**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., *et al*.,

Plaintiffs,

v.

CITY OF MYRTLE BEACH, *et al*.,

Defendants.

**DECLARATION OF TARA K. RAMCHANDANI**

I, Tara K. Ramchandani, hereby declare as follows:

1. I am over the age of eighteen and am competent to make this Declaration. I have personal knowledge of the matters set forth herein.

2. I am co-counsel for Plaintiffs in the above-captioned case. I intend to file an application for *pro hac vice* admission to practice in the District of South Carolina. Plaintiffs are also represented by Peter Wilborn, who is admitted to practice in this district (ID #7609).

3. I submit this Declaration in support of Plaintiffs' Motion for Preliminary Injunction.

A. Exhibit 1 is a true and correct copy of a screenshot of the Myrtle Beach Bike Week, LLC webpage entitled *Welcome to Myrtle Beach Bike Week*, available at http://www.myrtlebeachbikeweek.com/events/spring-rally/, as of February 23, 2018.

B. Exhibit 2 is a true and correct copy of the Declaration of Mickey James, Myrtle Beach NAACP Member, dated February 26, 2018.

C. Exhibit 3 is a true and correct copy of a May 16, 2016 article by Lisa Gresci from WMBF News entitled *Business Booming During First Weekend of Spring Bike Rally*, available at http://www.wmbfnews.com/story/31987350/business-booming-during-first-weekend-of-spring-bike-rally, last visited on February 23, 2018.

D. Exhibit 4 is a true and correct copy of the Answer of Defendants City of Myrtle Beach and Warren Gall to the First Amended Complaint filed in *Nat'l Ass'n for the Advancement of Colored People, Inc. by its Conway Branch v. City of Myrtle Beach*, No. 4:03-1732-12 (D.S.C) (Doc. No. 19) on August 16, 2004.

E. Exhibit 5 is a true and correct copy of a screenshot of the Bike Week Myrtle Beach webpage entitled *Welcome to Bike Week Myrtle Beach*, available at http://www.bikeweekmb.com/, as of February 23, 2018.

F. Exhibit 6 is a true and correct copy of the Declaration of Plaintiff Simuel Jones, dated February 23, 2018.

G. Exhibit 7 is a true and correct copy of the Declaration of Plaintiff Cedric Stevenson, dated February 23, 2018.

H. Exhibit 8 is a true and correct copy of the Declaration of Mitchell W. Brown, dated February 23, 2018.

I. Exhibit 9 is a true and correct copy of the Declaration of Dr. David B. Clark, dated February 26, 2018.

J. Exhibit 10 is a true and correct copy of the November 3, 2017 article by Bridget Callahan from the Star News Online entitled *Doc Looks at How Myrtle Beach Treats Bike Weeks Differently*, available at

http://www.starnewsonline.com/news/20171103/doc-looks-at-how-myrtle-beach-treats-bike-weeks-differently, last visited February 26, 2018.

K. Exhibit 11 is a true and correct copy of the May 24, 2017 article by Emily Weaver from The Myrtle Beach Sun News entitled *Cities Swell With Bikers and Police When Atlantic Beach Bikefest Rolls Into Gear*, available at http://www.myrtlebeachonline.com/news/local/bike-rallies/article152446824.html, last visited on February 20, 2018.

L. Exhibit 12 is a true and correct copy of excerpts of the October 13, 2004 Deposition of Mayor Mark McBride in *Nat'l Ass'n for the Advancement of Colored People, Inc. by its Conway Branch v. City of Myrtle Beach*, No. 4:03-1732-12 (D.S.C) (Doc. No. 53-1).

M. Exhibit 13 is a true and correct copy of the First Amended Complaint filed in *Nat'l Ass'n for the Advancement of Colored People, Inc. by its Conway Branch v. City of Myrtle Beach*, No. 4:03-1732-12 (D.S.C) (Doc. No. 16) on July 2, 2004.

N. Exhibit 14 is a true and correct copy of email correspondence from Pat Dowling outlining the City of Myrtle Beach Memorial Day Weekend Plan, filed in *Nat'l Ass'n for the Advancement of Colored People, Inc. by its Conway Branch v. City of Myrtle Beach*, No. 4:03-1732-12 (D.S.C) (Doc. No. 53-4) on February 24, 2005.

O. Exhibit 15 is a true and correct copy of the Expert Report of Chief Willie R. Williams and Chief Mitchell W. Brown filed as Exhibit 16 to Plaintiff's Motion for Preliminary Injunction and Supporting Memorandum of Law in *Nat'l Ass'n*

*for the Advancement of Colored People, Inc. by its Conway Branch v. City of Myrtle Beach*, No. 4:03-1732-12 (D.S.C), (Doc. 53-5) on February 24, 2005.

P. Exhibit 16 is a true and correct copy of the Expert Report of David B. Clarke filed as Exhibit 6 to Plaintiff's Motion for Preliminary Injunction and Supporting Memorandum of Law in *Nat'l Ass'n for the Advancement of Colored People, Inc. by its Conway Branch v. City of Myrtle Beach*, No. 4:03-1732-12 (D.S.C) (Doc. 53-4) on February 24, 2005.

Q. Exhibit 17 is a true and correct copy of the Complaint filed in *Nat'l Ass'n for the Advancement of Colored People, Inc. by its Conway Branch v. City of Myrtle Beach*, No. 4:03-1732-12 (D.S.C) (Doc. No. 1) on May 20, 2003.

R. Exhibit 18 is a true and correct copy of the Written Opinion and Order filed in *National Ass'n for Advancement of Colored People v. City of Myrtle Beach*, No. 4:03-1732-25TLS, 2006 WL 2038257 (D.S.C. July 20, 2006) (Wooten, J.) on May 9, 2005.

S. Exhibit 19 is a true and correct copy of the Settlement Agreement and Order filed in *Nat'l Ass'n for the Advancement of Colored People, Inc. by its Conway Branch v. City of Myrtle Beach*, No. 4:03-1732-12 (D.S.C) (Doc. No. 122) on February 6, 2006.

T. Exhibit 20 is a true and correct copy of the October 12, 2014 article by Maya T. Prabhu from The Myrtle Beach Sun News entitled *Bikefest Task Force to Discuss Traffic Loops, Centralized Process for Visiting Officers*, available at http://www.myrtlebeachonline.com/news/local/article16686722.html, last visited on February 26, 2018.

U. Exhibit 21 is a true and correct copy of the Horry County/Grand Strand May 2015 Memorial Day Weekend Bikefest Task Force Brief. Exhibit 21 was obtained by Plaintiffs through a public records request to Horry County.

V. Exhibit 22 is a true and correct copy of Myrtle Beach, SC, Code of Ordinances § 19-190 *et seq.* (Ordinance 2015-31).

W. Exhibit 23 is a true and correct copy of the Myrtle Beach City Council April 28, 2015 Agenda and Meeting Minutes and the corresponding City of Myrtle Beach Resolution 2015-28. Exhibit 23 was obtained through a public records request to the City of Myrtle Beach.

X. Exhibit 24 is a true and correct copy of the April 14, 2015 article by Maya T. Prabhu from The Myrtle Beach Sun News entitled *Myrtle Beach Plan Would Set Tight Restrictions For Certain Events*, available at http://www.myrtlebeachonline.com/news/local/bike-rallies/article18545597.html, last visited on February 26, 2018.

Y. Exhibit 25 is a true and correct copy of the Myrtle Beach Police Department's Memorial Day Weekend—Operational Plan: Status as of February 10, 2015. Exhibit 25 is an archived page of the current website http://www.cityofmyrtlebeach.com/bikefest.html and was accessed using the internet archive application known as the WayBack Machine. Exhibit 25 is available at https://web.archive.org/web/20150321201812/http://cityofmyrtlebeach.com/PDF%20Forms/Memorial%20Day%20Weekend%20Plan%20021015.pdf, last visited on February 26, 2018.

Z. Exhibit 26 is a true and correct copy of the City of Myrtle Beach's Atlantic Beach Memorial Day Bike: Traffic and Safety Plans for 2015. Exhibit 26 is an archived page of the current website http://www.cityofmyrtlebeach.com/bikefest.html and was accessed using the internet archive application known as the WayBack Machine. Exhibit 26 is available at https://web.archive.org/web/20150315063034/www.cityofmyrtlebeach.com/bikefest.html, last visited on February 26, 2018.

AA. Exhibit 27 is a true and correct copy of the Myrtle Beach Police Department's 2016 Memorial Day Weekend Operational Plan, dated May 20, 2016. Exhibit 27 was obtained through a public records request to the City of Myrtle Beach.

BB. Exhibit 28 is a true and correct copy of the Myrtle Beach Police Department's 2016 Memorial Day Weekend Traffic Loop Incident Action Plan, dated April 9, 2016. Exhibit 28 was obtained through a public records request to the City of Myrtle Beach.

CC. Exhibit 29 is a true and correct copy of the Myrtle Beach Police Department's 2017 Memorial Day Weekend Operational Plan, dated May 10, 2017. Exhibit 29 was obtained through a public records request to the City of Myrtle Beach.

DD. Exhibit 30 is a true and correct copy of the Myrtle Beach Police Department's 2017 Memorial Day Weekend Traffic Loop Incident Action Plan, dated April 9, 2017. Exhibit 30 was obtained through a public records request to the City of Myrtle Beach.

EE. Exhibit 31 is a true and correct copy of the May 30, 2017 article by Jo Brown from WBTW News 13 entitled *Traffic Loop Did 'What It's Designed to Do' Say*

*Myrtle Beach Leaders*, available at http://www.wbtw.com/news/traffic-loop-did-what-its-designed-to-do-say-myrtle-beach-leaders_20171129121240598/868576086, last visited on February 26, 2018.

FF. Exhibit 32 is a true and correct copy of the May 30, 2017 article by Sydney Glenn from WPDE: ABC 15 News entitled *Myrtle Beach Mayor: The Bikefest Traffic Loop Isn't Going Anywhere*, available at http://wpde.com/news/local/myrtle-beach-mayor-the-bikefest-traffic-loop-isnt-going-anywhere, last visited on February 22, 2018.

GG. Exhibit 33 is a true and correct copy of the January 5, 2018 article by Michael Maely from WMBF News entitled *Myrtle Beach Mayor Reflects on 12 Years of Growth and Accomplishments*, available at http://www.wmbfnews.com/story/37204735/myrtle-beach-mayor-reflects-on-12-years-of-growth-and-accomplishments, last visited on February 21, 2018.

HH. Exhibit 34 is a true and correct copy of email correspondence from Kaycey Vrettos to Mark Kruea dated April 17, 2017. Exhibit 34 was obtained through a public records request to the City of Myrtle Beach.

II. Exhibit 35 is a true and correct copy of the Myrtle Beach Police Department Memorial Day Weekend 2017 booklet. Exhibit 35 was obtained through a public records request to the City of Myrtle Beach.

JJ. Exhibit 36 is a true and correct copy of email correspondence from John Pedersen dated May 22, 2016. Exhibit 36 was obtained through a public records request to the City of Myrtle Beach.

KK. Exhibit 37 is a true and correct copy of email correspondence from Amy Prock dated May 19, 2016. Exhibit 37 was obtained through a public records request to the City of Myrtle Beach.

LL. Exhibit 38 is a true and correct copy of email correspondence from John Pedersen dated June 3, 2016. Exhibit 38 was obtained through a public records request to the City of Myrtle Beach.

MM. Exhibit 39 is a true and correct copy of the Declaration of Plaintiff Leslie Stevenson, dated February 23, 2018.

NN. Exhibit 40 is a true and correct copy of the May 13, 2016 article by Audrey Hudson from The Myrtle Beach Sun News entitled *Harley Bike Week: 5 Things to Know Before You Go*, available at http://www.myrtlebeachonline.com/news/local/bike-rallies/article77304622.html, last visited on February 23, 2018.

OO. Exhibit 41 is a true and correct copy of a May 22, 2015 article by Gene Demby from NPR: Code Switch entitled *2 Biker Rallies: One White, One Black – One 'Badass,' The Other, Just 'Bad,'* available at https://www.npr.org/sections/codeswitch/2015/05/22/408517195/two-biker-rallies-one-white-one-black-one-badass-one-just-bad, last visited on February 22, 2018.

PP. Exhibit 42 is a true and correct copy of Coastal Carolina University Clay Brittain Jr. Center for Resort Tourism and E. Graig Wall Sr. College of Business Administration "The Tourism Economy Study: CCU Lodging Update," from May 24, 2012, May 31, 2012, May 23, 2013, May 30, 2013, May 22, 2014, May 29,

2014, May 21, 2015, May 28, 2015, May 26, 2016, June 2, 2016, May 25, 2017 and June 1, 2017.

QQ. Exhibit 43 is a true and correct copy of email correspondence from the South Beach Neighborhood Watch to Mark Kruea, dated May 11, 2017. Exhibit 43 was obtained through a public records request to the City of Myrtle Beach.

RR. Exhibit 44 is a true and correct copy of email correspondence from John Pedersen dated June 7, 2016. Exhibit 44 was obtained through a public records request to the City of Myrtle Beach.

SS. Exhibit 45 is a true and correct copy of the Myrtle Beach Police Department Memorial Day Weekend Directives. Exhibit 45 was obtained through a public records request to the City of Myrtle Beach.

TT. Exhibit 46 is a true and correct copy of a screenshot of the Beach Bike Week webpage entitled *2017 Public Safety Guidelines: Atlantic Beach Memorial Day Weekend Bikefest*, available at http://www.beachbikeweek.info/, as of February 22, 2018.

UU. Exhibit 47 is a true and correct copy of a compilation of ordinances created by the City of Myrtle Beach. Exhibit 47 was obtained through a public records request to the City of Myrtle Beach.

VV. Exhibit 48 is a true and correct copy of the Horry County, SC 2017 Harley Davidson Spring Rally personnel assignments. Exhibit 48 was obtained through a public records request to Horry County.

WW. Exhibit 49 is a true and correct copy of the June 16, 2016 article by Emily Weaver from The Myrtle Beach Sun News entitled “Longtime Bikefest Attendees Say

They Are Unfairly Targeted'" available at http://www.myrtlebeachonline.com/news/local/bike-rallies/article84291297.html, last visited on February 20, 2018.

XX. Exhibit 50 is a true and correct copy of the June 8, 2014 article by Amanda Kelley from The Myrtle Beach Sun News entitled *Myrtle Beach Police chief Says Dedicated Emergency Lane Likely Returning Next Memorial Day*, available at http://www.myrtlebeachonline.com/news/local/article16669028.html, last visited February 22, 2018.

YY. Exhibit 51 is a true and correct copy of the September 30, 2014 article by Jason M. Rodriguez from The Myrtle Beach Sun News entitled *Horry County Leader Proposes Smaller Bikefest Loop; Myrtle Beach Mayor Doesn't Support*, available at http://www.scnow.com/news/business/local/article_b659b230-489d-11e4-84e3-0017a43b2370.html, last visited February 22, 2018.

ZZ. Exhibit 52 is a true and correct copy of the April 6, 2016 article from WPDE: ABC 15 News entitled *Myrtle Beach Police Address Concerns for Upcoming Carolina Country Music Fest*, available at http://wpde.com/news/local/myrtle-beach-police-address-concerns-for-upcoming-carolina-country-music-fest 1/, last visited February 23, 2018.

AAA. Exhibit 53 is a true and correct copy of email correspondence from J. Pedersen dated November 8, 2014. Exhibit 53 was obtained through a public records request to the City of Myrtle Beach.

BBB. Exhibit 54 is a true and correct copy of email correspondence from Mark Kruea dated May 20, 2017. Exhibit 54 was obtained through a public records request to the City of Myrtle Beach.

CCC. Exhibit 55 is a true and correct copy of the May 25, 2014 article by Yamiche Alcindor from USA Today entitled *3 Dead, 1 Hurt in Shooting in Myrtle Beach Motel*, available at https://www.usatoday.com/story/news/nation/2014/05/25/myrtle-beach-shooting/9569305/, last visited February 26, 2018.

DDD. Exhibit 56 is a true and correct copy of the May 26, 2014 article by Doug Stanglin from USA Today entitled *Weekend Myrtle Beach Shootings Leave 3 Dead, 4 Injured*, available at https://www.usatoday.com/story/news/nation/2014/05/26/myrtle-veach-south-carolina-shootings-bike-rally/9596861/, last visited February 26, 2018.

EEE. Exhibit 57 is a true and correct copy of the following compiled articles:

a. The January 12, 2015 article by Tonya Root from The Myrtle Beach Sun News entitled *Myrtle Beach Police Charge Two Men, Search For Two Others in Shooting*, available at http://www.myrtlebeachonline.com/news/local/crime/article16700798.html, last visited February 23, 2018;

b. The January 21, 2015 article by Tonya Root from The Myrtle Beach Sun News entitled *Myrtle Beach Man Reports Gunshots Fired at His Home*, available at

http://www.myrtlebeachonline.com/news/local/crime/article16702607.html, last visited February 23, 2018;

c. The March 6, 2015 article by Tonya Root from The Myrtle Beach Sun News entitled *Woman Indicted On Murder, Weapons Charges in Myrtle Beach Man's Stabbing Death*, available at http://www.myrtlebeachonline.com/news/local/crime/article16718612.html, last visited February 23, 2018;

d. The March 9, 2015 article by Tonya Root from The Myrtle Beach Sun News entitled *Myrtle Beach Man Reports His Foot Ran Over With Car, Being Shot at During Argument*, available at http://www.myrtlebeachonline.com/news/local/crime/article16721483.html, last visited February 23, 2018;

e. The March 25, 2015 article by Elizabeth Townsend from The Myrtle Beach Sun News entitled *Two Men Surrender To Police After Shooting Near Racepath*, available at http://www.myrtlebeachonline.com/news/local/crime/article16826657.html, last visited February 23, 2018;

f. The March 31, 2018 article by Elizabeth Townsend from The Myrtle Beach Sun News entitled *Man Arrested After Shots Fired in Myrtle Beach*, available at http://www.myrtlebeachonline.com/news/local/crime/article17523167.html, last visited February 23, 2018;

g.  The June 3, 2015 article by Michael Smith from My Horry News entitled *Myrtle Beach Police Release Photo From Second Shooting of 2015 Bikefest*, available at https://www.myhorrynews.com/news/crime/myrtle-beach-police-release-photo-from-second-shooting-of-bikefest/article_4bec504e-03df-11e5-95bd-1f743ad1110f.html, last visited February 23, 2018;

h.  The August 14, 2015 article from WBTV Charlotte entitled *3rd Man Arrested For Murder in Connection to Collins St. Shooting in August*, available at http://www.wbtv.com/story/29790264/one-suspect-charged-one-at-large-for-fatal-shooting-on-collins-st-on-monday, last visited February 26, 2018;

i.  The September 1, 2015 article by Tonya Root from The Myrtle Beach Sun News entitled *Myrtle Beach Police Charge Man With Murder in Hotel Parking Lot Shooting*, available at http://www.myrtlebeachonline.com/news/local/crime/article33153513.html, last visited February 26, 2018;

j.  The October 8, 2015 article by Elizabeth Townsend from The Myrtle Beach Sun News entitled *Police Respond to Shooting at Burrito Bar*, available at http://www.myrtlebeachonline.com/news/local/crime/article38171775.html, last visited February 23, 2018; and

k.  The February 10, 2017 article by Elizabeth Townsend from The Myrtle Beach Sun News entitled *Myrtle Beach Businessman to Face Attempted*

*Murder Trial; Stand Your Ground Challenge Denied*, available at http://www.myrtlebeachonline.com/news/local/article132063189.html, last visited February 23, 2018.

FFF. Exhibit 58 is a true and correct copy of the November 5, 2016 article from The Myrtle Beach Sun News entitled *Update: Police Say Myrtle Beach Night Club Shooting May Be Gang-Related*, available at http://www.myrtlebeachonline.com/news/local/crime/article112763558.html, last visited February 22, 2018.

GGG. Exhibit 59 is a true and correct copy of the April 19, 2017 article by Elizabeth Townsend from The Myrtle Beach Sun News entitled *Six Shootings in Five Days. 'We're Not A Small Little Resort Town Anymore,'* available at http://www.myrtlebeachonline.com/news/local/article145551434.html, last visited February 23, 2018.

HHH. Exhibit 60 is a true and correct copy of the June 19, 2017 article by Robert Gearty from Fox News entitled *Myrtle Beach Shooting Captured on Facebook Live Injures 6, Suspect Nabbed*, available at http://www.foxnews.com/us/2017/06/19/myrtle-beach-shooting-captured-on-facebook-live-injures-6-suspect-nabbed.html, last visited February 22, 2018.

III. Exhibit 61 is a true and correct copy of the September 4, 2017 article by Max McGee from WMBF News entitled *Myrtle Beach Officer Involved Shooting Dampers Labor Day Weekend*, available at http://www.wmbfnews.com/story/36287414/myrtle-beach-officer-involved-shooting-dampers-labor-day-weekend, last visited February 22, 2018.

JJJ. Exhibit 62 is a true and correct copy of the October 7, 2017 article by Holly DeLoache from WMBF News entitled *Police Investigating After Shots at the Sea Banks Motel*, available at http://www.wmbfnews.com/story/36546134/police-investigating-after-shots-fired-call-at-the-sea-banks-motel, last visited February 22, 2018.

KKK. Exhibit 63 is a true and correct copy of the City of Myrtle Beach, SC Comprehensive Annual Financial Report: Fiscal Year Ended June 30, 2015.

LLL. Exhibit 64 is a true and correct copy of the South Carolina Department of Public Safety South Carolina Highway Patrol Operations Plan for 2017 Harley Davidson Bike Rally (last updated April 10, 2017), and the 2017 Memorial Week Bike Fest (last updated April 24, 2017). Exhibit 64 was obtained through a public records request to the South Carolina Department of Public Safety.

MMM. Exhibit 65 is a true and correct copy of February 11, 1999 article by Steve Porter from The Harold entitled *Guard May Supplement Memorial Day Police*, filed as Exhibit 8 to Plaintiff's Motion for Preliminary Injunction and Supporting Memorandum of Law in *Nat'l Ass'n for the Advancement of Colored People, Inc. by its Conway Branch v. City of Myrtle Beach*, No. 4:03-1732-12 (D.S.C) (Doc. 53-4) on February 24, 2015.

NNN. Exhibit 66 is a true and correct copy of a screenshot of the Black Bike Week webpage entitled *The History of Black Bike Week*, available at http://www.blackbikeweek.us/about-2/privacy-policy/info/black-bike-week-history/index.html 1/, as of February 25, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED WITHIN THE UNITED STATES ON: February 27, 2018

BY: [signature]
Tara K. Ramchandani