# EXHIBIT

# 1

Like 213

## – Welcome to Myrtle Beach Bike Week®

**The Company – Myrtle Beach Bike Week LLC** welcomes everyone to the two yearly Motorcycle Rallys alone the Grand Strand of SC.   All motorcycles and all motorcycle enthusiasts are always welcome at all the events Myrtle Beach Bike Week LLC promotes and advertises.

**The Spring Rally,** which has been the same time of the year since day one beginning in 1940 (yes 1940 was year 1) has changed greatly from 1940 and Myrtle Beach Bike Week® continues to change with the Grand Strand.   The Spring Rally just like the Fall Rally are riding events.   People come the the coast to ride and enjoy the coastline, to meet old friends and make new ones.

**The May Spring Rally is May 11 – 20, 2018** and draws an estimated 275,000 + people to the Grand Strand of SC.

**The October Fall Rally is Oct 1 – Oct. 7, 2018** and draws an estimated 25,000 +  people.

**Online Reservations** (http://www.ihsadvantage.com/h/reserve_hotels/myrtle_beach/sc/us/?pfs=655)
Great Rates can be found using Online Reservations not only for the Rallys but Reservations Year Round.

**Lodging Spring & Fall Events** (http://www.myrtlebeachbikeweek.com/friendly-lodging/)
Some of the best lodging locations for the Rallys and throughout the year are advertised on our web site.  Give them a call you will find all to be wonderful locations.  ** Lodging locations contact us to advertise your business on our web site.

We look forward to seeing everyone at the Rallys.

Sonny

*** **Myrtle Beach Bike Week LLC**   The use in any way of our name **Myrtle Beach Bike Week®** in any way shape or fashion without written consent of **Myrtle Beach Bike Week LLC**  is strictly prohibited.

───────────────────────────────────────────────────────────────

**Myrtle Beach Bike Week LLC**
**Sonny Productions LLC**
280 Haynes Rd,
Summerfield NC 27358

Office # 336-643-1367  –   cell # 336-580-1638
**Click Here to E-mail Us** (http://www.myrtlebeachbikeweek.com/contact-mbbw/)

**Copyright Notice:** ©1998 - 2018 Myrtle Beach Bike Week. Use by all others is prohibited without written permission by Myrtle Beach Bike Week, LLC or Sonny Productions, LLC.

Myrtle Beach Bike Week®
Myrtle Beach Bike Week™ is a Federally Registered Mark & Trademark™ of Myrtle Beach Bike Week, LLC or Sonny Productions, LLC. Use by all others is prohibited without written permission.

(http://www.northmyrtlebeachtravel.com/)

(https://www.thecaravelle.com/reservations/?checkin=5/11/2018&checkout=5/20/2018&adults=2&rooms=1&cmpid=bikewk17)

(http://www.holidayinn.com/redirect?path=hd&brandCode=cv&hotelCode=MYRCV&rateCode=IE9Y6&_PMID=99502056&corporateNu

(http://www.myrtle-beach-resort.com/)

(http://www.holidaysandssouth.com/)

(http://www.condo-world.com/myrtle-beach-bike-week?kmas=484)

(http://www.plantationresort.com/)



(http://www.facebook.com/MyrtleBeachBikeWeek) (http://twitter.com/MyrtleBeachBike)

# Menu

| |
|---|
| **Home (http://www.myrtlebeachbikeweek.com/)** |
| **About MBBW (http://www.myrtlebeachbikeweek.com/about-mbbw/)** |
| **Official Bike Week Merchandise (http://www.myrtlebeachbikeweek.com/souviners-t-shirts/)** |
| **MBBW Thunder (M/C Drag Racing At The Beach) (http://www.myrtlebeachbikeweek.com/myrtle-beach-bike-week-thunder/)** |
|   **Drag Strip Vending Info (http://www.myrtlebeachbikeweek.com/drag-strip-vending/)** |
| **Bike Week Dates (http://www.myrtlebeachbikeweek.com/events/)** |
|   **Myrtle Beach Discount Card (http://www.myrtlebeachbikeweek.com/myrtle-beach-discount-card/)** |
|   **MBBW Spring Rally 2018 (http://www.myrtlebeachbikeweek.com/events/spring-rally/)** |
|   **Vending (http://www.myrtlebeachbikeweek.com/vending/)** |
|   **Vending Location Greek Orthodox Church (http://www.myrtlebeachbikeweek.com/vending-location-greek-orthodox-church/)** |
|   **Online Shopping Mall (http://www.myrtlebeachbikeweek.com/online-shopping-mall/)** |
|   **MBBW Fall Rally 2018 (http://www.myrtlebeachbikeweek.com/events/fall-rally/)** |
|   **FREE Limo Shuttle Rides (http://www.myrtlebeachbikeweek.com/limo-rides/)** |
|   **Maggie Valley Spring Rally May 24 – 26, 2018 (http://www.myrtlebeachbikeweek.com/maggie-valley-spring-rally/)** |
|   **Indian Motorcycle Rally in the Smokies, June 7 – 9, 2018 (http://www.myrtlebeachbikeweek.com/indian-victory-slingshot-rally-in-the-smokies/)** |
| **Bands Playing Bike Week 2018 (http://www.myrtlebeachbikeweek.com/bands-playing-bike-week/)** |
| **Advertise With MBBW (http://www.myrtlebeachbikeweek.com/advertising-mbbw/)** |
| **Motels & Hotels (http://www.myrtlebeachbikeweek.com/motels-hotels/)** |
|   **\*\* On-Line Reservations (http://www.ihsadvantage.com/h/reserve_hotels/myrtle_beach/sc/us/?pfs=655)** |
|   **\*\* Reservations \*\* (http://www.myrtlebeachbikeweek.com/motels-hotels/reservations/)** |
|   **Direct Rally Reservations (http://www.myrtlebeachbikeweek.com/direct-rally-reservations/)** |
|   **Condos – Time Shares – Homes For Rent By Owner (http://www.myrtlebeachbikeweek.com/condos-for-rent-by-owner/)** |
|   **Lodging Motels / Hotels / Condos (http://www.myrtlebeachbikeweek.com/friendly-lodging/)** |
|   **Campgrounds (http://www.myrtlebeachbikeweek.com/motels-hotels/campgrounds/)** |
|   **Vacation Rentals & Sales (http://www.myrtlebeachbikeweek.com/motels-hotels/vacation-rentals/)** |
| **Lodging Sponsors (http://www.myrtlebeachbikeweek.com/lodging-sponsors/)** |
|   **Beach Cove Resort (http://www.myrtlebeachbikeweek.com/beach-cove-resort/)** |
|   **Captain's Quarters Resort (http://www.myrtlebeachbikeweek.com/captains-quarters-resort/)** |
|   **Caravelle Resort (http://www.myrtlebeachbikeweek.com/caravelle-resort/)** |
|   **Condo-World (http://www.myrtlebeachbikeweek.com/condo-world/)** |
|   **Crown Reef Beach Resort and Waterpark (http://www.myrtlebeachbikeweek.com/crown-reef/)** |
|   **Holiday Inn Club Vacations® South Beach Resort (http://www.myrtlebeachbikeweek.com/holiday-inn-club-vacations-south-beach-resort/)** |
|   **hotel BLUE (http://www.myrtlebeachbikeweek.com/hotel-blue/)** |
|   **Landmark Resort (http://www.myrtlebeachbikeweek.com/landmark-resort/)** |
|   **Myrtle Beach Resort Vacations (http://www.myrtlebeachbikeweek.com/lodging-sponsors/myrtle-beach-resort-vacations/)** |
|   **Ocean Creek Resort (http://www.myrtlebeachbikeweek.com/ocean-creek-resort/)** |
|   **Plantation Resort (http://www.myrtlebeachbikeweek.com/lodging-sponsors/plantation-resort/)** |
| **Link Directory (http://www.myrtlebeachbikeweek.com/link-directory/)** |
|   **M/C Painting Pinstriping (http://www.myrtlebeachbikeweek.com/mc-painting-pinstriping/)** |
|   **On-line Event Magazines (http://www.myrtlebeachbikeweek.com/link-directory/on-line-event-magazines/)** |
|   **Restaurants (http://www.myrtlebeachbikeweek.com/restaurants/)** |
| **Grand Strand Area (http://www.myrtlebeachbikeweek.com/grand-strand-area/)** |
| **Contact E-mail MBBW (http://www.myrtlebeachbikeweek.com/contact-mbbw/)** |

**Sign up for our**
**Email Newsletter**
[        ] GO

Privacy by SafeSubscribe℠ (http://www.constantcontact.com/safesubscribe.jsp)

Web hosting and maintenance by The Ronin Agency, LLC. (http://www.theroninagency.com)