# EXHIBIT

# 6

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MYRTLE BEACH, et al., <br><br> Defendants. | |

## DECLARATION OF SIMUEL JONES

I, Simuel Jones, hereby state as follows:

1. I am over the age of eighteen and am competent to make this Declaration. I have personal knowledge of the matters set forth herein.

2. I am a 58-year old African American. I live in Chicago, Illinois.

3. I served in the Marines. I now work as a gas utility worker for WEC Energy Group.

4. I have been riding a motorcycle for over 40 years. My father taught me how to ride as a teenager.

5. I made my first trip to Black Bike Week in 2002 and have attended every year since. Each year, I drive sixteen hours in one day from Chicago to Myrtle Beach to participate in the Black Bike Week events in Myrtle Beach and Atlantic Beach over Memorial Day weekend.

6. I look forward to Black Bike Week all year. As soon as I arrive in Myrtle Beach, I unload my bike and ride it around the city. Black Bike Week allows me to express my enthusiasm for motorcycle culture, and black motorcycle culture in particular. I enjoy meeting

fellow motorcyclist enthusiasts from all over the country, seeing a variety of bikes and different customizations, and resting and relaxing on the nearby beach.

7.     One of the events that is a particularly important part of Black Bike Week is when the riders "cruise" or drive down Ocean Boulevard and engage with each other and the spectators. The riders, including me, regularly meet people along the side of the road, talk to them, and ride with them.

8.     In the last few years, a traffic plan has restricted traffic on Ocean Boulevard to one lane. This makes traffic significantly worse. In addition, as part of the traffic plan, barriers are placed alongside the street which prevent spectators from engaging with motorcyclists, one of the most pleasant and important parts of the experience. The traffic plan significantly interferes with the enjoyment I receive from "cruising" down Ocean Boulevard.

9.     There has also been a significant increase in police presence throughout the City during the weekend that did not used to be present. I believe that the police presence on Ocean Boulevard is excessive and further exacerbates traffic in the area.

10.    Since the traffic plan was implemented along Ocean Boulevard in 2015, traffic throughout the City during the Memorial Day weekend has become much worse.

11.    In 2017, I made a reservation to stay at the Sun & Sand Resort at 2701 South Ocean Boulevard during Memorial Day Weekend. The hotel is in a central location, and I booked it so that I could easily access the various Black Bike Week events as well as the beach.

12.    The hotel I selected is also close to the restaurant I regularly eat at when I visit Myrtle Beach, a Pizza Hut located at 7601 North Kings Highway. It would normally take approximately 15 to 20 minutes to go from the Sun & Sand Resort north to the Pizza Hut.

13. On Saturday, May 25, 2017, I left my hotel at 9 p.m. to go to the Pizza Hut. Upon leaving my hotel, I discovered that I could not go north directly to the Pizza Hut as planned, but had to go south on Ocean Boulevard and enter a traffic loop.

14. When I reached Highway 17, I was diverted west to 501 South. Although the trip normally takes no more than twenty minutes, it took me approximately three hours to get to the Pizza Hut.

15. I had originally planned to go out after dinner to enjoy some of the Black Bike Week festivities. However, exhausted and frustrated from being trapped in the traffic loop, I went back to my hotel and stayed in the rest of the evening.

16. The rest of the weekend, I had to plan my evenings around the traffic loop. I felt as though I had to plan to stay out until 2 a.m. in order to attend any evening events because otherwise I would be unable to get back to my hotel without being trapped in the loop and stuck for hours. As a result I did not go to any of the night events in Atlantic Beach. I also did not want to try out any new venues because I knew that if I did not like them and wanted to leave, I would be forced to enter the traffic loop. This severely impeded my overall weekend experience.

17. Although I plan to continue to attend Black Bike Week, the traffic plan and the police presence that have been implemented during Black Bike Week over the last few years have made the whole experience far less enjoyable. Having attended Black Bike Week for almost 15 years, the only reason I can identify for this harsh and unnecessary treatment is that officials are acting on stereotypes about the African-American attendees. Knowing this and experiencing this unequal treatment is painful, embarrassing, and humiliating and makes me feel unwelcome in Myrtle Beach.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED WITHIN THE UNITED STATES ON: February 23, 2018

BY: _____
Simuel Jones