**EXHIBIT**

**7**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MYRTLE BEACH, et al., <br><br> Defendants. | |

**DECLARATION OF CEDRIC STEVENSON**

I, Cedric Stevenson, hereby state as follows:

1. I am over the age of eighteen and am competent to make this Declaration. I have personal knowledge of the matters set forth herein.

2. I live in Suwanee, Georgia with my wife, Leslie Stevenson. I am African American.

3. I previously ran my own construction company, and currently work as a contract long-haul truck driver.

4. I began riding a motorcycle when I was 15 years old. I am a member of an Atlanta-based motorcycle club, the Mystic Knights. I attend approximately two bike festivals a year, and my wife accompanies me to some of them.

5. I drove from Georgia to Myrtle Beach, South Carolina in order to attend Black Bike Week in 2016 and 2017. We decided to go for the first time in 2016 because I had heard good things about the event from members of the Mystic Knights. I heard that over 100,000

bikers would attend and that the crowd was friendly, respectful and low-key, with lots of dancing and merriment.

6. While the crowd at Black Bike Week lived up to my expectations, we are reluctant to return to Myrtle Beach for Black Bike Week because of the traffic loop and the heavy police presence put in place during the festivities.

7. In 2016, my wife and I stayed at the Sheraton Convention Center hotel. We had decided to go to Landry's Seafood House in Broadway at the Beach for dinner. We did not know that the traffic loop would be in place outside of the downtown area. The drive to Landry's took only 20 minutes, and we finished dinner around 10 p.m.

8. When we tried to drive back to our hotel, we were forced into the traffic loop. It took nearly two hours for us to get back to our hotel.

9. Later that weekend, my wife and I went to a restaurant and the service was slow. We left before our food arrived because we knew that we had to get back to our hotel before 10 p.m. so that we would not get caught in the traffic loop again. For the rest of the weekend, we worried about getting stuck in the loop and made all of our evening plans with a goal of not getting caught in it. We chose to only go out at night to places within walking distance of the hotel, even though there were other restaurants and areas we wanted to go to.

10. Despite our negative experiences in 2016, we decided to return for Black Bike Week 2017. This is because attendees at Black Bike Week are a great group, and the best of any of the motorcycle gatherings we have been to. We were hopeful that we could enjoy the unique community of like-minded individuals, the sense of celebration, and the ability to express our passion for black bike culture more than we could the year before.

11. We decided to invite my wife's mother to join us in Myrtle Beach over Memorial Day weekend in 2017. We made reservations at the Holiday Inn Club Vacations at South Beach Resort, which is right off of Ocean Boulevard.

12. We arrived in the area from Georgia on Friday night around midnight in a car with a trailer attached to the back holding my motorcycle.

13. As we approached our hotel, there was a roadblock at the intersection with Ocean Boulevard. We could see the hotel from the intersection, and tried to speak with the police officer manning the roadblock. The officer asked us to provide a copy of our reservation, which we provided. The officer then told us that we could not enter Ocean Boulevard to get to our hotel, but would have to traverse the 23-mile loop in order to turn into the parking lot.

14. We turned onto Kings Highway and, luckily, found a side street that was not blocked where we could turn around and wind our way through a residential neighborhood back to the hotel. This took approximately 30 additional minutes, after what had already been a long drive from Georgia.

15. Having learned from our experience in 2016, we planned our activities around the traffic loop. This meant that we could only see areas outside of walking distance during the day, and had to eat at restaurants within walking distance in the evening. This prevented us from exploring other neighborhoods and restaurants of interest throughout the area.

16. During the 2017 Black Bike Week festivities, I went on several rides throughout the area. There were police officers stationed every few feet in the median on Ocean Boulevard. This was shocking, and made me feel like I was under surveillance. It was incredibly uncomfortable to be scrutinized for doing nothing more than riding a motorcycle during a motorcycle festival.

3

17. I have also previously attended Harley Week in the Myrtle Beach area. I have observed that Harley Week is attended primarily by white visitors while Black Bike Week is attended primarily by African Americans.

18. During Harley Week, motorists are able to ride around freely up and down Ocean Boulevard, stopping frequently to talk to one another and admire each other's bikes. This is a central part of the event.

19. Unlike during Harley Week, during Black Bike Week bikers have to navigate a maze of road closures and traffic restrictions when they attempt to "cruise" down Ocean Boulevard, and the minute a motorist slowed down to talk to someone, the police would descend and tell them to keep moving.

20. I believe the traffic plan and the police were intentionally trying to stop us from interacting with each other, which is the entire point of the gathering. Instead, bikers are forced to move slowly through the terrible traffic created by the City's traffic plan.

21. Because of the City's actions, I could not relax and enjoy the weekend as I would have otherwise. I felt embarrassed, unwelcome, and humiliated. I was particularly upset knowing that the City does not treat the mostly-white bikers at Harley Week the way they treat the mostly-black bikers at Black Bike Week.

22. My wife and I would like to return to Myrtle Beach for Black Bike Week, but are unlikely to do so unless the City changes its attitude towards the event, including its unreasonable traffic plan and its aggressive law enforcement activities.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED WITHIN THE UNITED STATES ON: February 23rd, 2018

BY: _____
Cedric Stevenson

5