# EXHIBIT

# 8

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,
INC., et al.,

      Plaintiffs,

       v.

CITY OF MYRTLE BEACH, et al.,

      Defendants.

## DECLARATION OF MITCHELL W. BROWN

I, Mitchell W. Brown, hereby state as follows:

1.      I am over the age of eighteen and am competent to make this declaration. I have

personal knowledge of the matters set forth herein.

2.      I am a former police chief of Raleigh, North Carolina Police Department with 30

years of law enforcement experience. I am also a retiree of the US Department of Homeland

Security Senior Executive Service. During my law enforcement career, I graduated from the FBI

National Academy, Northwestern University Police Management Institute, and the FBI National

Executive Institute. Additionally, I am a lifetime member of the International Association of

Chiefs of Police (IACP), lifetime member and former board member of the Police Executive

Research Forum (PERF) and a lifetime member of the North Carolina Police Chief's

Association.

3.      I have been retained to assess the City of Myrtle Beach's traffic management and

law enforcement practices during the Myrtle Beach Bike Week Spring Rally ("Harley Week")

and the Atlantic Beach Bikefest ("Black Bike Week").

4.      I was previously retained, along with retired police chief, Willie R. Williams, to analyze Harley Week and Black Bike Week in 2002. That analysis involved two parts:

5.      First, we evaluated the traffic and crowd control management plans put in place by the City along Ocean Boulevard and King's Highway at various times. I personally observed the City's traffic and crowd control management during the 2002, 2003, and 2004 Black Bike Weeks.

6.      Second, we assessed the City's law enforcement practices, methods, and policies. We observed police enforcement actions or lack thereof, crowd size and behavior, law enforcement responses to crowd behavior, and the number of deployed law enforcement officers during different events.

7.      On the basis of our observations, Chief Williams and I opined that the traffic plan used by the City of Myrtle Beach during Black Bike Week from 2002 through 2004 did not facilitate the free flow of traffic, minimize gridlock, or provide for public safety. We concluded that the traffic controls instead exacerbated traffic problems and gridlock, created anxiety and frustration for bikers and motorists, and created an environment that undermined public safety. We also concluded that there was no reason for different traffic plans to be used for Harley Week and Black Bike Week, and that the City could easily meet its traffic and crowd control goals for Black Bike Week using the same traffic plan it used during Harley Week. Finally, we concluded that there was a more visible, significantly larger, and more aggressive police presence during Black Bike Week than during Harley Week.

8.      In 2017, I again attended Harley Week and Black Bike Week to observe the City of Myrtle Beach's traffic and crowd control management plans.

9.      During the most recent Harley Week, held May 15-21, 2017, there were no special traffic management procedures in place for the event. Ocean Boulevard had all lanes open to traffic in both directions and motorists could turn from the road at intersecting streets. There were few police officers present along the route, and I observed individuals committing minor traffic violations, such as speeding, changing lanes without following proper procedures, or playing loud music, who were not stopped or cited by law enforcement.

10.     During the second weekend of Harley Week, I drove the route of the 23-mile loop that was later implemented during Black Bike Week. There was no indication of any special traffic control efforts by law enforcement along the route.

11.     During Black Bike Week, held May 26-29, 2017, three lanes of Ocean Boulevard were closed to traffic from the intersection of Ocean Boulevard and 29th Avenue North to the southern terminus of Ocean Boulevard where it intersects with Kings Highway at Myrtle Beach State Park. Along that five-mile length of Ocean Boulevard, only one, southbound lane was open to traffic. Most cross streets that intersect Ocean Boulevard were barricaded and turns onto those streets were prohibited. These traffic controls created a significant level of traffic congestion by unnecessarily cutting the road capacity by approximately 75%. The traffic controls significantly increased drive times along Ocean Boulevard and made navigation around the area extremely difficult.

12.     I observed the mandatory traffic loop on the Friday and Saturday of Black Bike week. The City stated that the loop would be in place from approximately 10 p.m. until 2 a.m.; however; I observed that it began prior to 10 p.m.

13.  The 23-mile loop began at the intersection of 29th Avenue North and Ocean Boulevard and ran south along the length of Ocean Boulevard until it intersects with Kings Highway. Motorists were then forced to travel north on Kings Highway until turning left on Harrelson Boulevard. The loop followed Harrelson until after it becomes George Bishop Parkway and intersects with South Carolina 501. The loop traveled west on 501 until the intersection of South Carolina 501 and 31 (the Carolina Bays Parkway). At that point, drivers could exit the loop and leave the area. However, drivers seeking to return to Ocean Boulevard would have to travel north on the Carolina Bays Parkway until they turned onto the Robert Grissom Parkway, which returned drivers to a point where the loop turned  left on 29th Avenue North and back to Ocean Boulevard.

14.  The loop forced any driver entering Ocean Boulevard at 29th Avenue North or anywhere south of that point to drive the entire length of the loop or leave the loop at the 501 and Carolina Bays Parkway exit. While turns onto Ocean Boulevard from intersecting roads were prohibited, Myrtle Beach visitors exiting restaurants, hotels, or other businesses along Ocean Boulevard could turn onto Ocean Boulevard where they would be forced into the loop.

15.  I observed that the loop created significant logistical difficulties for motorists trying to travel in the area, increased travel times, and forced motorists travelling short distances to detour far out of their way to reach their destinations.

16.  During Black Bike Week there were barricades between the sidewalks and Ocean Boulevard along the length of Ocean Boulevard from 29th Avenue North to 29th Avenue South. During Harley Week, similar barricades were in place only from 8th Avenue North to 16th Avenue North.

17.     There were significantly more law enforcement officers present in the Myrtle Beach area during Black Bike Week than had been present during Harley Week. Unlike the lax enforcement I observed during Harley Week, I observed numerous motor vehicle traffic stops along Ocean Boulevard and elsewhere in the City of Myrtle Beach. I saw numerous officers peering inside of vehicles in stopped traffic along Ocean Boulevard. The number of law enforcement officers in the Myrtle Beach area created a very intimidating atmosphere for visitors to the area during Black Bike Week.

18.     I did not see any significant difference in the number of attendees of Harley Week events compared to Black Bike Week events. Similarly, I did not see anything about the behavior of the visitors during Black Bike Week or the crowd behavior that was substantially or significantly different from what I observed during Harley Week. I did observe that the crowds during Harley Week were predominantly white, while the crowds during Black Bike Week were predominantly African-American.

19.     I saw nothing that led me to believe that traffic demands were different during Harley Week and Black Bike Week, or that justified the different traffic plans put in place by the City during those two weekends. In fact, Ocean Boulevard and other area streets experienced better performance with no traffic restrictions in place during the 2017 Harley Week than with the traffic restrictions put in place during the 2017 Black Bike Week. I also saw nothing that justified the dramatic change in law enforcement presence that I observed.

20.    City officials have indicated that the traffic pattern was implemented in response to shootings that occurred in Myrtle Beach during the 2014 Black Bike Week. Those officials also indicated that the shootings were related to gang violence. Traffic patterns are not a deterrent to gang and gun violence. If they were, police chiefs throughout the United States would use traffic patterns in their jurisdictions to help curb the gang violence which is happening everywhere in the country.

21.    City officials also indicated that the traffic pattern increased the visibility of law enforcement during Black Bike Week. To the extent additional police visibility is necessary for an event, it should be accomplished through personnel deployment and assignment and not traffic patterns.

22.    In addition, there is no indication that the City's emergency personnel needed three lanes closed on Ocean Boulevard to allow emergency vehicle access. Ensuring effective emergency response should be accomplished in a comprehensive tactical event plan and from my observations, similar plans could be used for the Harley Week event and the Black Bike Week event.

23.    In my opinion, the current Black Bike Week traffic plan (including reducing Ocean Boulevard to one lane, shutting off multiple exits from Ocean Boulevard, and imposing a 23-mile traffic diversion loop) has a more harmful impact on traffic and further restricts the freedom of movement of Black Bike Week attendees than the 2002-2004 traffic plans I observed. The current Black Bike Week traffic plan serves no useful purpose and does not facilitate the flow of traffic or enhance safety.

24.    I would not have designed or approved the traffic management plan imposed during Black Bike Week. Reducing a main popular thoroughfare to approximately 25% of its

6

capacity, leaving traffic controls in full operation, and limiting turns from the road when there is

an *increase* of traffic on the road violates all basic traffic management principles. Also, a 23-mile

loop imposed for traffic management purposes is virtually unheard of and serves no useful

purpose. My conclusion is that that the current Black Bike Week Traffic Plan could only have

been designed to frustrate motorists and discourage potential visitors from traveling to the area

while it is in effect.

      I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED WITHIN THE UNITED STATES ON: February __23__, 2018

BY: *Mitchell W. Brown*
     Mitchell W. Brown

7