# EXHIBIT

# 9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., et al., | |
| Plaintiffs, | |
| v. | |
| CITY OF MYRTLE BEACH, et al., | |
| Defendants. | |

**DECLARATION OF DR. DAVID B. CLARKE**

I, David B. Clarke, hereby state as follows:

1.      I am over the age of eighteen and am competent to make this Declaration.  I have personal knowledge of the matters set forth herein.

2.      I am the Executive Director of the University of Tennessee, Knoxville Center for Transportation Research, where my responsibilities include administration, teaching, and sponsored research. My 36 years in the transportation field include: management or participation in numerous research projects; teaching undergraduate, graduate, and post-graduate courses; and experience in engineering design, construction, and project management.  From 2004-2016, I managed the Tennessee Transportation Assistance Program, a program funded by the State of Tennessee and the Federal Highway Administration to provide training and technical assistance to municipal and county highway agencies throughout the state. During my academic career, I have taught courses in roadway design, traffic engineering, transportation planning, and engineering systems. I have managed nearly $25 million in sponsored research, resulting in more than 80 articles and technical reports. I am active in professional associations, including the

Transportation Research Board, the American Society of Civil Engineers, the American Public

Works Association, and the American Railway Engineering and Maintenance of Way

Association. I hold the Ph.D. in Civil (transportation) Engineering, the M.S. in Civil Engineering

(transportation), and the Bachelor of Science in Civil Engineering, all from the University of

Tennessee. I am a registered engineer in Tennessee and South Carolina.

3.      In 2003, I assessed the traffic control plan put in place during two motorcycle

rally events held in the Myrtle Beach area: the Carolina Harley-Davidson Dealers Association

Myrtle Beach Rally ("Harley Week") and the Atlantic Beach Bikefest ("Black Bike Week"). As

part of my assessment, I reviewed the law enforcement plans in place, maps of the area, aerial

photographs, and traffic reports. I also supervised and coordinated a traffic study during both

events, including traffic counts, moving vehicle studies, speed measurements, photographs and

videos, and other observations.

4.      I found that the traffic control plan used during Black Bike Week in 2003 greatly

restricted the flow of traffic along Ocean Boulevard, resulting in significant congestion and

driver discomfort. I also determined that there were no significant differences between Harley

Week and Black Bike Week, including in regard to crowd size, pedestrian or motorist behavior,

or motor traffic. Given the similarities between the two events and the negative effects of the

traffic plan used during Black Bike Week, I concluded that there was no clear reason why the

traffic control plan used during Harley Week could not or should not be used for both events.

5.      In 2017, I again assessed the traffic, traffic plan, and traffic flows during the

second weekend of Harley Week and during Black Bike Week.

2

6.      The City of Myrtle Beach put virtually no special traffic restrictions in place for 2017 Harley Week. Ocean Boulevard remained open during all hours to both northbound and southbound traffic. Access to and from Ocean Boulevard from intersecting side streets was not impeded. Pedestrian barriers restricted access from the sidewalk to the Ocean Boulevard roadway just from 16th Ave North to 8th Avenue North.

7.      During 2017 Black Bike Week, traffic on Ocean Boulevard was restricted to a single lane of southbound traffic during the event. No northbound traffic was allowed and the remaining lanes of Ocean Boulevard were closed to public travel. Most intersecting cross streets were blocked off during the entire event and while the Black Bike Week Loop (described below) was in place, all turns to and from Ocean Boulevard were prohibited. Barriers were put in place along Ocean Boulevard between 29th Avenue North and 29th Avenue South to prevent pedestrians from entering the roadway.

8.      The 2017 Black Bike Week traffic plan unnecessarily cut the road capacity by approximately 50%, which hindered the flow of traffic and significantly increased drive times in the area. The single lane was inadequate to accommodate the traffic needs, and thus increased the traffic load, creating severe congestion. The blocked-off cross streets similarly increased congestion. Roads in the area experienced significantly worse performance than they would have without traffic restrictions.

9.      Ocean Boulevard and other area streets experienced better performance with no traffic restrictions in place during 2017 Harley Week than with the traffic restrictions in place during 2017 Black Bike Week.

10.    At various times during the second weekend of Harley Week and during Black Bike Week, I had test vehicles travel Ocean Boulevard from 29th Avenue North to 29th Avenue South and during Black Bike Week I had test vehicles travel around the 23-mile loop that was put in place at night.  The vehicles were equipped with GPS monitoring units that measured the time, distance, and speed of the vehicles. I summarize below the times it took the test vehicles to travel certain routes during Harley Week and Black Bike Week.

11.    At approximately 6 p.m., on Friday of the second weekend of Harley Week, our test vehicle traveled on Ocean Boulevard from 29th Avenue North to 29th Avenue South in 19 minutes and 14 seconds.

12.    At approximately 6 p.m. and 6:30 p.m. on Friday of Black Bike Week, two test vehicles traveled on Ocean Boulevard from 29th Avenue North to 29th Avenue South in 1 hour, 35 minutes and 1 second and in 1 hour, 40 minutes, and 33 seconds respectively.

13.    At approximately 6 p.m., on Saturday of the second weekend of Harley Week our test vehicle traveled on Ocean Boulevard from 29th Avenue North to 29th Avenue South route in 33 minutes and 46 seconds.

14.    At approximately 6:30 p.m. on Saturday of Black Bike Week, our test vehicle traveled on Ocean Boulevard from 29th Avenue North to 29th Avenue South in 5 hours and 7 minutes.

15.    At approximately 10 p.m. on Friday of the second weekend of Harley Week, our test vehicle traveled on Ocean Boulevard from 29th Avenue North to 29th Avenue South in 47 minutes and 43 seconds.

16.    At approximately 10 p.m. on Friday of Black Bike Week, our test vehicle traveled on Ocean Boulevard from 29th Avenue North to 29th Avenue South in 1 hour, 41 minutes, and 31 seconds.

17.    At approximately 10 p.m. on Saturday of the second weekend of Harley Week our test vehicle traveled on Ocean Boulevard from 29th Avenue North to 29th Avenue South in 1 hour, 21 minutes, and 28 seconds.

18.    The test vehicle scheduled to travel Ocean Boulevard at 10 p.m. on the Saturday of Black Bike Week could not reach 29th Avenue North and Ocean Boulevard to start the trip because of the excessive traffic.

19.    At approximately midnight on Saturday of the second weekend of Harley Week, our test vehicle traveled on Ocean Boulevard from 29th Avenue North to 29th Avenue South in 25 minutes and 58 seconds.

20.    The test vehicle scheduled to travel Ocean Boulevard at midnight on the Saturday of Black Bike Week could not reach 29th Avenue North and Ocean Boulevard to start the trip because of the excessive traffic.

21.    At approximately 1 a.m. on Saturday of the second weekend of Harley Week, our test vehicle traveled on Ocean Boulevard from 29th Avenue North to 29th Avenue South in 17 minutes and 47 seconds.

22.    In addition to the single lane restriction on Ocean Boulevard, the City created a mandatory 23-mile traffic loop for any vehicle entering Ocean Boulevard from the hours of 10 p.m. to 2 a.m. on the Friday, Saturday, and Sunday nights of Black Bike Week.

23.     The Black Bike Week Loop consisted of an approximately 23-mile loop starting south from the intersection of 29th Avenue North and Ocean Boulevard and then proceeded to a right on Kings Highway; left on Harrelson Boulevard, which becomes George Bishop Parkway; left on South Carolina 501; right on South Carolina 31, where there was an exit from the loop; right on Robert Grissom Parkway; left on 29th Avenue North and returned to Ocean Boulevard.

24.     At approximately 10 p.m. on Friday of Black Bike Week, our test vehicle traveled the Black Bike Week Loop in 2 hours, 25 minutes, and 31 seconds.  At approximately midnight of the same night our test vehicle traveled the Black Bike Week Loop in 1 hour, 58 minutes, and 50 seconds.  These times were significantly longer than if the traffic restrictions were not in place.

25.     At approximately 6:30 p.m. on Saturday of Black Bike Week, our test vehicle traveled the Black Bike Week Loop in 6 hours, 5 minutes, and 58 seconds.

26.     Two vehicles scheduled to travel the Black Bike Week Loop at 10 p.m. and at midnight on Saturday of Black Bike Week could not reach the start of the loop at 29th Avenue and Ocean Boulevard because of the traffic in the area and as a result were unable to drive the loop.

27.     The loop creates significant traffic congestion, driver discomfort, and prevents access to restaurants, entertainment venues, and hotels.

28.     I saw no evidence that Black Bike Week had distinct traffic demands from Harley Week. The traffic pattern imposed by the City during Black Bike Week is not warranted by the traffic, driving behavior, number of vehicles, crowd size, or any other characteristic of the Black Bike Week festival or its attendees.

6

29.     During various times of the second weekend of Harley Week and during Black Bike Week, I had individuals count the number of automobiles and motorcycles that passed various points along Ocean Boulevard.  Those counts established that there were generally higher percentages of motorcycles traveling along Ocean Boulevard during the second weekend of Harley Week than during Black Bike Week.

30.     Just as I concluded that the traffic plan used by the City of Myrtle Beach during Black Bike Week in 2003 was not justified by any traffic-related reason, there is no traffic-related purpose for the 2017 Black Bike Week traffic plan. From a traffic management perspective, the City could implement the same traffic plans for Black Bike Week and Harley Week.

31.     The restrictions imposed by the City during Black Bike Week in 2017 had an even more negative effect on traffic flow in the Myrtle Beach area than the traffic measures imposed under the 2003 traffic plan.

32.     Based on my observations during 2017 Black Bike Week, I believe that the traffic plan put in place by the City during that weekend served no useful purpose, but resulted in added travel time and inconvenience to motorists in the area. Thus, the 2017 Black Bike Week traffic plan serves only to discourage travel and visitors in the area during Black Bike Week.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED WITHIN THE UNITED STATES ON: February 26 , 2018

BY:     _____
        David B. Clarke

7