# EXHIBIT

# 21

# Memorial Day Weekend Bikefest
# Task Force Brief

## Horry County/Grand Strand
## May 2015




# Issue & Challenges



▶ Following the 2014 event, there was a significant outcry from the community, local and state leaders and businesses to get the event under control or eliminate it all together.

▶ Since the rally has a long history that is centered around the Atlantic Beach community, and the violence occurred in other areas, there was no support from the leaders of the Town of Atlantic Beach to eliminate the rally. Furthermore, there is not an organizer or other affiliate to work with.

▶ The rally has grown so large that the participation over-flows way beyond the small town of Atlantic Beach. The biggest challenge was how to improve public safety and manage the event in a way to reduce or hopefully eliminate the violence.

# Coastal Alliance

- Task Force concept was created.
- Coastal Alliance established the task force goal and appointed the task force chairman
- Bikefest Task Force Chairman
  - Horry County Emergency Management Director Randall Webster

# Task Force Goal

Create a safe environment for the community, bikefest participants, and public safety personnel that will be working this event

# Task Force Guiding Frame Work

- Hurricane Response Planning
- Provided basic frame work
- All of the agencies have planned and trained together
- In essence the public safety response would be the same
- Personnel and resource logistical issues would be similar
- Command and control
- Jurisdictional autonomy and collaboration gaps



**EMERGENCY MANAGEMENT
DEPARTMENT**

RANDALL S. WEBSTER
DIRECTOR

September 24, 2014

Dear Sir or Madam:

The jurisdictions along coastal Horry County are in the early stages of response planning for the Memorial Day Bikefest. The local leaders have established a goal of creating a safe environment for the community, bikefest participants, and public safety personnel that will be working this event. One means to achieve this goal is through the formation of a Memorial Day Bikefest Task Force. The role of the task force is to ensure that all participating agencies/organizations are planning and working together to support this goal, and I have been appointed to help facilitate the task force planning efforts.

This letter is an invitation for a representative from your agency to attend the Memorial Day Bikefest Task Force planning meeting on October 13, 2014 at 1:00 p.m. at the Myrtle Beach International Airport. The meeting should last about two hours and will be held at the General Aviation Terminal building which is located at 1250 Airdrome Avenue, Myrtle Beach, SC 29577. The terminal can be accessed from the Market Common area which is across the airfield from Myrtle Beach International Airport.

It is important to note that while each local jurisdiction remains in charge of their response activities, the task force is designed to promote communication and collaboration to ensure a safe event. I want to thank you in advance for your participation and willingness to have a representative on the task force. If you have any questions, please let me know.

Sincerely,

Randall S. Webster
Director

# Task Force Invitation Letter

# Bikefest Task Force Organizational Chart



# Task Force Meeting Dates

- October 13, 2014 (MYR GA Terminal)
- December 1, 2014 (CCU HTC Center)
- January 22, 2015 (NMB Council Chambers)
- February 26, 2015 (MB Large Court Room)
- March 18, 2015 (Horry County EOC)
- April 2015 (MYR GA Terminal)
- June 2015 After Action Review

# Task Force Objectives

- Maintain overall rally coordination through the Horry County EOC.
- Establish a unified command for law enforcement and fire/rescue operations throughout the rally.
- Monitor traffic and establish traffic control points at major intersections of the traffic loop during the hours of operation or each operational period.
- Coordinate medical coverage to ensure rapid responses to medical emergencies during the rally.
- Ensure detainees are processed efficiently to help reduce officer down time.

# Task Force Objectives



- Establish a communications plan that provides interoperability for all officers and first responders in the field to dispatch and/or local command posts.
- Establish and maintain forward command posts/staging locations in strategic areas that enable rapid interaction and access to resources for commanders and field staff.
- Gather intelligence and monitor event activity during each operational period.
- Establish a check-in location for processing in-coming officers that includes area for diversity training at a central location.
- Coordinate and publish unified rally information messages across all jurisdictions for the community and rally participants.

# Objectives 1 & 2

- Maintain overall rally coordination through the Horry County EOC.

- Establish a unified command for law enforcement and fire/rescue operations throughout the rally.



# Objectives 3 & 4

▶ Monitor traffic and establish traffic control points at major intersections of the traffic loop during the hours of operation or each operational period.

▶ Coordinate medical coverage to ensure rapid responses to medical emergencies during the rally.



# Objectives 5 & 6

▶ Ensure detainees are processed efficiently to help reduce officer down time.

▶ Establish a communications plan that provides interoperability for all officers and first responders in the field to dispatch and/or local command posts.

# Objectives 7 & 8

▶ Establish and maintain forward command posts/staging locations in strategic areas that enable rapid interaction and access to resources for commanders and field staff.

▶ Gather intelligence and monitor event activity during each operational period.



# Objectives 9&10

▶ Establish a check-in location for processing in-coming officers that includes area for diversity training at a central location.

▶ Coordinate and publish unified rally information messages across all jurisdictions for the community and rally participants.

Aquatic and Fitness Center · Parks and Recreation · Public Safety · NMB Park and Sports Complex

# City of North Myrtle Beach
South Carolina

HOME GENERAL INFO DEPARTMENTS SERVICES EMPLOYMENT CONTACT

## New and Noteworthy

**Cherry Grove Canals Dredging Project**
Information & Updates

**Atlantic Beach Bikefest**
News and Information

**It's UMBRELLAS ONLY on the Beach**
May 15 - September 15 Annually

**New City Laws**
New city laws for North Myrtle Beach

**New NMB Solid Waste Collection Routes & Days**
Effective June 4, 2012

**FY 2013 Annual Financial Reports**
FY 2013 Comprehensive Annual Financial Report (CAFR) & FY 2013 Popular Annual Financial Report (PAFR)

Pay Online
Annual Report
Public Safety
Event Calendar
Online Requests
Forms
Agendas
Local Resources
City Ordinances
Available Jobs

Beach Laws

Phone Directory

NMB Park & Sports Complex

## Press Releases

**January 19 WORK & SANITATION COLLECTION Schedule (Martin Luther King Day)**
January 15, 2015

**RESULTS - January 12 Special Called City Council Meeting**
January 13, 2015

**January 14 City Council EXECUTIVE SESSION Agenda**
January 12, 2015

**January 15 City Council WORKSHOP Agenda**
January 12, 2015

**AGENDA - January 12 Special Called City Council Meeting (Includes Copy of Proposed Resolution Pertaining to Cherry Grove Canals Dredging Project)**
January 9, 2015

