# EXHIBIT

# 23

JOHN RHODES, MAYOR
MICHAEL L. CHESTNUT, MAYOR PRO-TEM
WAYNE GRAY
MIKE LOWDER
SUSAN GRISSOM MEANS
PHILIP N. RENDER
RANDAL WALLACE


NOTE: CITIZENS ARE INVITED TO ATTEND AND PARTICIPATE IN THE MEETINGS. **CITIZENS WHO WISH TO ADDRESS COUNCIL ARE ASKED TO SIGN IN PRIOR TO THE START OF THE MEETING AND STATE THEIR NAMES PRIOR TO SPEAKING.** A TOTAL OF 30 MINUTES WILL BE PROVIDED AT THE BEGINNING OF THE MEETING FOR NON-AGENDA PUBLIC ISSUES. ADDITIONAL TIME WILL BE PROVIDED AT THE END OF THE MEETING AS NEEDED.

ANYONE WHO REQUIRES AN AUXILIARY AID OR SERVICE FOR EFFECTIVE COMMUNICATION OR PARTICIPATION SHOULD CONTACT THE CITY CLERK'S OFFICE AT (843) 918-1004 AS SOON AS POSSIBLE, BUT NO LATER THAN 48 HOURS BEFORE THE SCHEDULED EVENT.


**AGENDA**
**APRIL 28, 2015**
**9:00 A.M. – WORKSHOP – CITY HALL**
**2:00 P.M. – MEETING – TED C. COLLINS LAW ENFORCEMENT CENTER**

---

CALL TO ORDER..................................................................................Mayor Pro-Tem Chestnut
INVOCATION.........................................................................................
PLEDGE OF ALLEGIANCE....................................................................
APPROVAL OF AGENDA......................................................................
APPROVAL OF WORKSHOP MINUTES...............................................April 14, 2015
APPROVAL OF MINUTES.....................................................................April 14, 2015
NON-AGENDA ITEMS FROM PUBLIC..................................................30 Minute Time Limit

**PUBLIC REQUESTS, PRESENTATIONS, AWARDS, MEMORIALS:**

1. PGBA presentation of check for Military Appreciation Days (mtg)
2. Recognition of Citizens Police Academy Class #29 (mtg)

**CONSENT AGENDA**

2nd Reading **Ordinance 2015-21** An ordinance to amend Appendix A, Zoning, Article 8, Sign Regulations, Section 805, On Premise Sign Regulations by Zoning District, Subsection 805(g) Signs Permitted in Mixed Use-High Density (MU-H), Highway Commercial (HC), Airport (AP), Wholesale/Manufacturing (WM) District by enacting a new Subsection (17) to allow MU-H accommodations providers abutting the Myrtle Beach Boardwalk that offer an accessory retail component open to the public may have a pedestrian oriented static sign identifying the retail

1

use, which shall be affixed to the seaward facing wall, and providing the sign may not exceed 32 square feet.

2nd Reading **Ordinance 2015-24**  An ordinance to grant a franchise(s) for water safety and related activities along the oceanfront within the City of Myrtle Beach:

| | |
|---|---|
| Lacks Beach Service | Zones 1 through 27 and Zones 84 through 89 |
| Huggins Beach Service | Zones 28 through 38 |
| Johns Beach Service | Zones 39 through 74 |
| MB Lifeguards (Gene Hudson) | Zones 75 through 83. |

2nd Reading **Ordinance 2015-31**  An ordinance to amend Chapter 19, Streets and Sidewalks in Article VI, to amend the title of Article VI to be Special Events, Parades, Facility Use, Public Performance and Extraordinary Events, and to enact a new Division 5, entitled Extraordinary Events.

2nd Reading **Ordinance 2015-32**  An ordinance to amend Chapter 12, Article III, Division 2, Parking Meters in Section 12-136 and 12-140 to provide that the metered parking violation initial assessment is $30.00 and that the first late payment assessment is an additional $30.00 for an unpaid parking ticket.

2nd Reading **Ordinance 2015-33**  An ordinance to amend Chapter 10, Article II, Nuisances.  In Chapter 10, Article II, Division 1, Generally, amending Sections 10-21 to define hearing officer as appointed by the manager; in Section 10-22 (B) (5) to define excessive police response to be three officers; to repeal 10-22 (B) (5) (A) & (B) as unnecessary; and Section 10-28 make changes to reflect the hearing officer duties in a nuisance hearing appeal; and in Chapter 10, Article II, Division 3, Unfit Dwellings, in Section 10-46 to provide the public officer's hearing to be held not less than five days nor more than fifteen days after the date of the complaint, excluding Saturday and Sunday and legal holidays; and the public officer's order to be rendered within two days of the hearing; and in Section 10-47 to provide that the failure to comply with the order in the time provided results in a Rule to Show Cause hearing before City Council at the second city council meeting date that occurs after the Notice of Failure.

2nd Reading **Ordinance 2015-36**  An ordinance to amend Chapter 14, Article IV, Offences against the Public Peace, Section 14-70, to define riot and unlawful assembly, and declare unlawful the participation in same and the failure to disperse.

2nd Reading **Ordinance 2015-37**  An ordinance to extend the corporate limits of the City of Myrtle Beach by annexing 0.49 acres located at 9335 Park St (TMS 166-01-06-029), and rezone said property from Horry County SF 10 (Single Family Residential) to City of Myrtle Beach R-15 (Single Family Residential).

Resolution **R2015-28** to declare the Carolina Country Music Fest and the Motorcycle event associated with Memorial Day weekend to be extraordinary events as defined by Section 19-178 of the City Code and to authorize the City Manager to take action as required and set forth in Section 19-180 of the Code to promote health, safety, welfare, and order during such events..

Motion **M2015-91** to appoint one member to the Election Commission to replace Allen Jeffcoat who has resigned.

Motion **M2015-92** granting a Special Event Permit to BEI-Beach, LLC for "Face Painting, Carriage Rides and Farmers' Market at The Market Common" for the period May 1, 2015 – July 29, 2015, for the purpose of approving farmers' markets, carriage rides, face painting, and moveable signs on the sidewalks to promote activities. The farmers' markets will include the closing of Deville Street on Saturdays and the carriage rides will include the closing of three parking spaces on Howard Avenue on Sundays. The City Manager is authorized to make changes to these plans as he deems necessary in keeping with the nature of the event and as circumstances dictate.

Motion **M2015-93** granting a Special Event Permit to BEI-Beach, LLC for "Face Painting, Carriage Rides and Farmers' Market at The Market Common" for the period July 30, 2015 – October 29, 2015, for the purpose of approving farmers' markets, carriage rides, face painting, and moveable signs on the sidewalks to promote activities. The farmers' markets will include the closing of Deville Street on Saturdays and the carriage rides will include the closing of three parking spaces on Howard Avenue on Sundays. The City Manager is authorized to make changes to these plans as he deems necessary in keeping with the nature of the event and as circumstances dictate.

Motion **M2015-94** granting a Special Event Permit to BEI-Beach, LLC for "Face Painting, and Carriage Rides at The Market Common" for the period October 30, 2015 – January 28, 2016, for the purpose of approving carriage rides, face painting, and moveable signs on the sidewalks to promote activities. The carriage rides will include the closing of three parking spaces on Howard Avenue on Sunday, October 31 and Saturdays from November 28 through December 26. The City Manager is authorized to make changes to these plans as he deems necessary in keeping with the nature of the event and as circumstances dictate.

Motion **M2015-95** amending Resolution R2015-8 to amend the end time of the operational hours of the Special Event Permit for the "Native Sons Salt Games" at the former Pavilion sites, Ocean Boulevard, and adjacent beach area on May 30-31, 2015 to 8:00 p.m. rather than 6:00 p.m. as previously approved. This amendment also includes the addition of a 5K race on May 30, 2015, between the hours of 7:30 a.m. and 8:30 a.m. on the boardwalk and beach.

## REGULAR AGENDA

Resolution **R2015-24** to establish a policy for the sale of alcohol at the Myrtle Beach Sports Center.

Motion **M2015-88** to authorize the city manager to dismiss or enforce the Order to Show Cause requiring the owner(s) or parties in interest of property known as 1005 5th Ave South, to show cause why they should not be ordered to bring the property into compliance with Chapter 10 of the Code of Ordinances of the City of Myrtle Beach.

Motion **M2015-89** to authorize the city manager to dismiss or enforce the Order to Show Cause requiring the owner(s) or parties in interest of property known as 615 37th Ave North, Unit F, to show cause why they should not be ordered to bring the property into compliance with Chapter 10 of the Code of Ordinances of the City of Myrtle Beach.

Motion **M2015-90** to authorize the city manager to dismiss or enforce the Order to Show Cause requiring the owner(s) or parties in interest of property known as 509 9th Ave North, to show cause why they should not be ordered to bring the property into compliance with Chapter 10 of the Code of Ordinances of the City of Myrtle Beach.

Motion **M2015-96** to declare certain vehicles abandoned or derelict pursuant to the authority of Article 41 of Title 56 South Carolina Code of Laws 2001. Memo dated April 22, 2015 shows 17 vehicles.

Motion **M2015-97** to approve a request from New Directions of Horry County, Inc. to manage the use of the City's parking spaces located between Broadway and Oak Streets, and between 10th Avenue North and Mr. Joe White Avenue to accommodate the expected parking demand related to the Carolina Country Music Festival from 6:00 PM Friday, June 5, 2015 through Sunday June 7, 2015 at 11:59 PM, and to allow New Directions to retain the parking revenues collected from this effort subject to a letter of understanding between the City Manager and that agency.

**NON-AGENDA ITEMS FROM THE PUBLIC**

**COMMUNICATIONS FROM CITY BOARDS/COMMISSION MEMBERS**

**COMMUNICATIONS FROM CITY COUNCIL AND CITY MANAGER**

**REPORTS AND INFORMATION PRESENTATIONS FROM CITY STAFF**
1. Review February Financial Statement (ws)
2. Budget Discussion (ws)

**EXECUTIVE SESSION**

**ADJOURNMENT**

4

# MINUTES OF CITY COUNCIL MEETING
## APRIL 28, 2015
## TED C. COLLINS LAW ENFORCEMENT CENTER

**COUNCIL:**

**PRESENT:**
MAYOR PRO-TEM MICHAEL CHESTNUT
WAYNE GRAY
MIKE LOWDER
PHILIP N. RENDER
RANDAL WALLACE

**ABSENT:**
MAYOR JOHN RHODES
SUSAN GRISSOM MEANS

**STAFF PRESENT:**
JOHN G. PEDERSEN, CITY MANAGER
E. RONALD ANDREWS, ASSISTANT CITY MANAGER
JONATHAN "FOX" SIMONS, JR., ASSISTANT CITY MANAGER
MICHAEL SHELTON, CHIEF FINANCIAL OFFICER
JOI YOUNG, ASST. CITY ATTORNEY
JOAN GROVE, CITY CLERK

### ALL FOIA REQUIREMENTS WERE MET.

**CALL TO ORDER**..................................................................Mayor Pro-Tem Chestnut
 Roll Call.
**Present:** Michael Chestnut, Wayne Gray, Philip Render, Mike Lowder, Randal Wallace.
**Absent/Excused:** Mayor John Rhodes, Susan Grissom Means.

**INVOCATION**......................................................................Councilman Gray
**PLEDGE OF ALLEGIANCE**......................................................Councilman Lowder
**APPROVAL OF AGENDA**......................................................
 Mr. Pedersen reviewed:
**CONSENT AGENDA:**
**AMENDMENT:**
Add **Ordinance 2015-38** to approve Law Enforcement Assistance Agreements.
**ADOPT:**
2nd Reading **Ordinance 2015-21** – Adopt Planning Commission's version limiting height to 20 feet.
**AMEND:**
2nd Reading **Ordinance 2015-31** – Amend to delete Section 19-181 Prohibitions and amend Paragraphs (b, (d) and (e) to make declaration of extraordinary event for political debates, permitted special events and Memorial Day bike rally discretionary.
2nd Reading **Ordinance 2015-33** – The number of police officers defined as excessive police response will revert to original five rather than three.

1
4/28/2015

Motion **M2015-95** – Amended ending time on Special Events Permit for "Native Sons Salt Games to run to 8:00 pm and adds a 5K race on May 30, 2015 on the boardwalk and beach between the hours of 7:30 am and 8:30 am. Involves no street closures.

**TABLE:**
2nd Reading **Ordinance 2015-36** defining riot, unlawful assembly, and declare unlawful participation in same and failure to disperse.

**CONTINUE:**
Motion M2015-91 to appoint one member to the Election Commission.

**REGULAR AGENDA:**
**CONTINUE:**
Resolution **R2015-24** establishing a policy for sale of alcohol at the Myrtle Beach Sports Center.

**Motion:** Motion to approve the agendas as amended., **Action:** Approve, **Moved by** Mike Lowder, **Seconded by** Wayne Gray.
**Vote:** Motion carried (**summary:** Yes = 5).
**Yes:** Michael Chestnut, Wayne Gray, Philip Render, Mike Lowder, Randal Wallace.
**Absent:** Mayor John Rhodes, Susan Grissom Means.

**APPROVAL OF WORKSHOP MINUTES**..........................................April 14, 2015
**Motion:** Motion to approve the Workshop Minutes of April 14, 2015 as presented., **Action:** Approve, **Moved by** Wayne Gray, **Seconded by** Philip Render.
**Vote:** Motion carried (**summary:** Yes = 5).
**Yes:** Michael Chestnut, Wayne Gray, Philip Render, Mike Lowder, Randal Wallace.
**Absent:** Mayor John Rhodes, Susan Grissom Means.

**APPROVAL OF MINUTES**..........................................................April 14, 2015
**Motion:** Motion to approve the Meeting Minutes of April 14, 2015 as presented., **Action:** Approve, **Moved by** Mike Lowder, **Seconded by** Wayne Gray.
**Vote:** Motion carried (**summary:** Yes = 5).
**Yes:** Michael Chestnut, Wayne Gray, Philip Render, Mike Lowder, Randal Wallace.
**Absent:** Mayor John Rhodes, Susan Grissom Means.

**NON-AGENDA ITEMS FROM PUBLIC**...........................................30 Minute Time Limit
Mark McBride signed in to speak on Ord. 2015-31 Extraordinary Events. Asked if it was done with approval of the SC Atty. Gen.'s Office and Governor's office. He felt it presents a conflict with city code. Asked for clarification and discuss governing authority of City of Myrtle Beach. Page 2, 3rd **Whereas** questioned definition. Questioned authority of city manager to ask for assistance from state; state law requires Mayor to have this authority.

**PUBLIC REQUESTS, PRESENTATIONS, AWARDS, MEMORIALS:**

1. PGBA presentation of check for Military Appreciation Days

Woody Ford, Dir. Operations of PGBA, presented sponsorship check in the amount of $10,000.

2. Recognition of Citizens Police Academy Class #29

📄 Chief Gall introduced members of the Class. Twenty-four citizens participated in the class. He also recognized staff members involved in the training program.

📄 Carl Silverstein spoke on behalf of the class. Complimented the program and thanked Council for their support.

## CONSENT AGENDA

2nd Reading **Ordinance 2015-21** An ordinance to amend Appendix A, Zoning, Article 8, Sign Regulations, Section 805, On Premise Sign Regulations by Zoning District, Subsection 805(g) Signs Permitted in Mixed Use-High Density (MU-H), Highway Commercial (HC), Airport (AP), Wholesale/Manufacturing (WM) District by enacting a new Subsection (17) to allow MU-H accommodations providers abutting the Myrtle Beach Boardwalk that offer an accessory retail component open to the public may have a pedestrian oriented static sign identifying the retail use, which shall be affixed to the seaward facing wall, and providing the sign may not exceed 32 square feet.

   **ADOPT PLANNING COMMISSION'S VERSION LIMITING HEIGHT TO 20'.**

2nd Reading **Ordinance 2015-24** An ordinance to grant a franchise(s) for water safety and related activities along the oceanfront within the City of Myrtle Beach:

| | |
|---|---|
| Lacks Beach Service | Zones 1 through 27 and Zones 84 through 89 |
| Huggins Beach Service | Zones 28 through 38 |
| Johns Beach Service | Zones 39 through 74 |
| MB Lifeguards (Gene Hudson) | Zones 75 through 83. |

   **ADOPT**

2nd Reading **Ordinance 2015-31** An ordinance to amend Chapter 19, Streets and Sidewalks in Article VI, to amend the title of Article VI to be Special Events, Parades, Facility Use, Public Performance and Extraordinary Events, and to enact a new Division 5, entitled Extraordinary Events.

   **ADOPT AS AMENDED deleting Section 19-181-Prohibitions; Section 19-178 Paragraphs (b), (d) and (e) amended to make declaration of extraordinary event for political debates, permitted special events and Memorial Day bike rally discretionary rather than automatic.**

2nd Reading **Ordinance 2015-32** An ordinance to amend Chapter 12, Article III, Division 2, Parking Meters in Section 12-136 and 12-140 to provide that the metered parking violation initial assessment is $30.00 and that the first late payment assessment is an additional $30.00 for an unpaid parking ticket.

   **ADOPT**

2nd Reading **Ordinance 2015-33** An ordinance to amend Chapter 10, Article II, Nuisances. In Chapter 10, Article II, Division 1, Generally, amending Sections 10-21 to define hearing officer as appointed by the manager; in Section 10-22 (B) (5) to define excessive police response to be three officers; to repeal 10-22 (B) (5) (A) & (B) as unnecessary; and Section 10-28 make changes to reflect the hearing officer duties in a nuisance hearing appeal; and in Chapter 10,

Article II, Division 3, Unfit Dwellings, in Section 10-46 to provide the public officer's hearing to be held not less than five days nor more than fifteen days after the date of the complaint, excluding Saturday and Sunday and legal holidays; and the public officer's order to be rendered within two days of the hearing; and in Section 10-47 to provide that the failure to comply with the order in the time provided results in a Rule to Show Cause hearing before City Council at the second city council meeting date that occurs after the Notice of Failure.

**ADOPT AS AMENDED. The number of officers defined as excessive police response will revert to original five rather than three.**

2nd Reading **Ordinance 2015-36** An ordinance to amend Chapter 14, Article IV, Offences against the Public Peace, Section 14-70, to define riot and unlawful assembly, and declare unlawful the participation in same and the failure to disperse.

**TABLED**

2nd Reading **Ordinance 2015-37** An ordinance to extend the corporate limits of the City of Myrtle Beach by annexing 0.49 acres located at 9335 Park St (TMS 166-01-06-029), and rezone said property from Horry County SF 10 (Single Family Residential) to City of Myrtle Beach R-15 (Single Family Residential).

**ADOPT**

Resolution **R2015-28** to declare the Carolina Country Music Fest and the Motorcycle event associated with Memorial Day weekend to be extraordinary events as defined by Section 19-178 of the City Code and to authorize the City Manager to take action as required and set forth in Section 19-180 of the Code to promote health, safety, welfare, and order during such events.

**ADOPT**

Motion **M2015-91** to appoint one member to the Election Commission to replace Allen Jeffcoat who has resigned.

**CONTINUE**

Motion **M2015-92** granting a Special Event Permit to BEI-Beach, LLC for "Face Painting, Carriage Rides and Farmers' Market at The Market Common" for the period May 1, 2015 – July 29, 2015, for the purpose of approving farmers' markets, carriage rides, face painting, and moveable signs on the sidewalks to promote activities. The farmers' markets will include the closing of Deville Street on Saturdays and the carriage rides will include the closing of three parking spaces on Howard Avenue on Sundays. The City Manager is authorized to make changes to these plans as he deems necessary in keeping with the nature of the event and as circumstances dictate.

**APPROVE**

Motion **M2015-93** granting a Special Event Permit to BEI-Beach, LLC for "Face Painting, Carriage Rides and Farmers' Market at The Market Common" for the period July 30, 2015 – October 29, 2015, for the purpose of approving farmers' markets, carriage rides, face painting, and moveable signs on the sidewalks to promote activities. The farmers' markets will include the

closing of Deville Street on Saturdays and the carriage rides will include the closing of three parking spaces on Howard Avenue on Sundays. The City Manager is authorized to make changes to these plans as he deems necessary in keeping with the nature of the event and as circumstances dictate.

### APPROVE

Motion **M2015-94** granting a Special Event Permit to BEI-Beach, LLC for "Face Painting, and Carriage Rides at The Market Common" for the period October 30, 2015 – January 28, 2016, for the purpose of approving carriage rides, face painting, and moveable signs on the sidewalks to promote activities. The carriage rides will include the closing of three parking spaces on Howard Avenue on Sunday, October 31 and Saturdays from November 28 through December 26. The City Manager is authorized to make changes to these plans as he deems necessary in keeping with the nature of the event and as circumstances dictate.

### APPROVE

**Motions M2015-92, M2015-93 and M2015-94 all pertain to summer, fall and winter festivals to be held at The Market Common. Each permit runs for 90 days.**

Motion **M2015-95** amending Resolution R2015-8 to amend the end time of the operational hours of the Special Event Permit for the "Native Sons Salt Games" at the former Pavilion sites, Ocean Boulevard, and adjacent beach area on May 30-31, 2015 to 8:00 p.m. rather than 6:00 p.m. as previously approved. This amendment also includes the addition of a 5K race on May 30, 2015, between the hours of 7:30 a.m. and 8:30 a.m. on the boardwalk and beach.

### APPROVE

1st reading **Ordinance 2015-38** to approve Law Enforcement Assistance Agreements with Andrews Police Dept., Cayce Police Dept., Chester Co9unty Sheriff's Office, Lexington County Sheriff's Office and 14th Circuit Solicitors Office.

### ADDED BY MOTION:
**Motion:** Motion to add Ordinance 2015-38 to the Consent Agenda to approve 1st Reading., **Action:** Approve, **Moved by** Mike Lowder, **Seconded by** Philip Render.
**Vote:** Motion carried (**summary:** Yes = 5).
**Yes:** Michael Chestnut, Wayne Gray, Philip Render, Mike Lowder, Randal Wallace.
**Absent:** Mayor John Rhodes, Susan Grissom Means.

### REGULAR AGENDA

Resolution **R2015-24** to establish a policy for the sale of alcohol at the Myrtle Beach Sports Center.

**MOVED TO CONSENT AGENDA TO CONTINUE.**

Motion **M2015-88** to authorize the city manager to dismiss or enforce the Order to Show Cause requiring the owner(s) or parties in interest of property known as 1005 5th Ave South, to show

cause why they should not be ordered to bring the property into compliance with Chapter 10 of the Code of Ordinances of the City of Myrtle Beach.

Bruce Boulineau reviewed. No one appeared on behalf of the owner(s)

**Motion:** Motion to enforce the Order to Show Cause., **Action:** Approve, **Moved by** Wayne Gray, **Seconded by** Mike Lowder.
**Vote:** Motion carried (**summary:** Yes = 5).
**Yes:** Michael Chestnut, Wayne Gray, Philip Render, Mike Lowder, Randal Wallace.
**Absent:** Mayor John Rhodes, Susan Grissom Means.

Motion **M2015-89** to authorize the city manager to dismiss or enforce the Order to Show Cause requiring the owner(s) or parties in interest of property known as 615 37th Ave North, Unit F, to show cause why they should not be ordered to bring the property into compliance with Chapter 10 of the Code of Ordinances of the City of Myrtle Beach.

Bruce Boulineau reviewed. No one appeared on behalf of the owner(s).
**Motion: to dismiss**, **Action:** Deny, **Moved by** Wayne Gray, **Seconded by** Mike Lowder.
**Vote:** Motion carried (**summary:** Yes = 5).
**Yes:** Michael Chestnut, Wayne Gray, Philip Render, Mike Lowder, Randal Wallace.
**Absent:** Mayor John Rhodes, Susan Grissom Means.

Motion **M2015-90** to authorize the city manager to dismiss or enforce the Order to Show Cause requiring the owner(s) or parties in interest of property known as 509 9th Ave North, to show cause why they should not be ordered to bring the property into compliance with Chapter 10 of the Code of Ordinances of the City of Myrtle Beach.

Bruce Boulineau reviewed. Mr. Nance, property owner. was shown the exhibits and stated no objection.
Mr. Nance asked for more time to make repairs. Has obtained a permit issued April 10, 2015. Work to commence within 15 days and be completed within 15 days after commencement.
Mr. Nance asked for 30 days to complete roof work. Motion to allow 30 days as requested by owner to complete.
**Motion:** Motion to amend the Order to allow 30 days for completion of repairs., **Action:** Amend, **Moved by** Mike Lowder, **Seconded by** Philip Render.
**Vote:** Motion carried (**summary:** Yes = 5).
**Yes:** Michael Chestnut, Wayne Gray, Philip Render, Mike Lowder, Randal Wallace.
**Absent:** Mayor John Rhodes, Susan Grissom Means.

Motion **M2015-96** to declare certain vehicles abandoned or derelict pursuant to the authority of Article 41 of Title 56 South Carolina Code of Laws 2001. Memo dated April 22, 2015 shows 17 vehicles.

**Motion:** Motion to declare vehicles abandoned or detelict., **Action:** Approve, **Moved by** Mike Lowder, **Seconded by** Philip Render.
**Vote:** Motion carried (**summary:** Yes = 5).
**Yes:** Michael Chestnut, Wayne Gray, Philip Render, Mike Lowder, Randal Wallace.

Absent: Mayor John Rhodes, Susan Grissom Means.

Motion **M2015-97** to approve a request from New Directions of Horry County, Inc. to manage the use of the City's parking spaces located between Broadway and Oak Streets, and between 10th Avenue North and Mr. Joe White Avenue to accommodate the expected parking demand related to the Carolina Country Music Festival from 6:00 PM Friday, June 5, 2015 through Sunday June 7, 2015 at 11:59 PM, and to allow New Directions to retain the parking revenues collected from this effort subject to a letter of understanding between the City Manager and that agency.

Councilman Gray asked the city manager to define the areas to be used for parking.
Mr. Pedersen and Mr. Andrews responded.
It was discussed that residents will not be charged a fee. Councilman Gray offered that the area around the City Services Building be made available and that property owned and used by the city in and around city hall and city services be used if available.
Councilman Lowder asked if clean-up responsibility be added along with liability to Letter of Understanding. Mr. Pedersen advised this would be added. It was also clarified that tail-gating will not be allowed in the parking areas.

**Motion:** Motion to approve., **Action:** Approve, **Moved by** Wayne Gray, **Seconded by** Randal Wallace.
**Vote:** Motion carried (**summary:** Yes = 5).
Yes: Michael Chestnut, Wayne Gray, Philip Render, Mike Lowder, Randal Wallace.
Absent: Mayor John Rhodes, Susan Grissom Means.

## NON-AGENDA ITEMS FROM THE PUBLIC

Rev. George Swift, Sandy Grove Missionary Baptist Church, spoke on his concern about the bike rallies. Wanted to make Council aware of the Spyder rally coming up which he feels will impact MB. He also commented on the Harley Davidson rally. He felt so much emphasis has been placed on the Memorial Day BikeRally while these other two rallies had not received any discussion or publicity.

Ms. Violet Lucas spoke to the Memorial Day biker issues.

COMMUNICATIONS FROM CITY BOARDS/COMMISSION MEMBERS

COMMUNICATIONS FROM CITY COUNCIL AND CITY MANAGER

## REPORTS AND INFORMATION PRESENTATIONS FROM CITY STAFF

## EXECUTIVE SESSION

## ADJOURNMENT  3:10 pm

7
4/28/2015

ATTEST:                                                    JOHN RHODES, MAYOR

*Joan Grove* (signature)
JOAN GROVE, CITY CLERK

RESOLUTION 2015-28

| | |
|---|---|
| CITY OF MYRTLE BEACH<br>COUNTY OF HORRY<br>STATE OF SOUTH CAROLINA | RESOLUTION TO DECLARE THE CAROLINA COUNTRY MUSIC FEST AND THE MOTORCYCLE EVENT ASSOCIATED WITH MEMORIAL DAY WEEKEND TO BE EXTRAORDINARY EVENTS AS DEFINED BY SECTION 19-178 OF THE CITY CODE AND TO AUTHORIZE THE CITY MANAGER TO TAKE ACTION AS REQUIRED AND SET FORTH IN SECTION 19-180 OF THE CODE TO PROMOTE HEALTH, SAFETY, WELFARE, AND ORDER DURING SUCH EVENTS. |

WHEREAS, Ordinance 2015-31 permits the Myrtle Beach City Council to declare certain events as extraordinary events; and

WHEREAS, Ordinance 2015-31 delegates special authority and powers to the City Manager to assist in managing extraordinary events;

NOW THEREFORE, It is resolved by the Myrtle Beach City Council that the following two events are declared extraordinary events:

1. The motorcycle event, however named or styled, that occurs immediately preceding Memorial Day.
    a. Beginning at 12:00 am, Thursday, May 21, 2015 – 12:00 am, Wednesday, May 27, 2015.
2. The Carolina Country Music Fest.
    a. Beginning 12:00 am, Thursday, June 4, 2015 – 12:00 pm, Monday, June 8, 2015.

SIGNED, SEALED and DATED, this 28 day of April, 2015.

JOHN RHODES, MAYOR

Attest:

JOAN GROVE, CITY CLERK