# EXHIBIT

# 25

# Memorial Day Weekend – Operational Plan

Status as of February 10, 2015

# Memorial Day Weekend

- 2015 Memorial Day Weekend operational dates - Friday, May 22, thru Sunday, May 24.
- Memorial Day Weekend event planning has been ongoing for the last 6 months.
- Focus  of the operational plan:
  - Acquiring additional law enforcement manpower support.
  - Enhancing use of technology.
  - Use of social media to communicate with attendees & community residents.
  - Training to reinforce "Fair Firm and Friendly message.
  - Traffic diversion beginning on Monday, May 18th.

# "All Hands On Deck"

- All City employees are subject to assisting this effort.
- Non-Fire & Police staff:
  - Will be used to assist w/ normal job responsibilities (ex. trash pick-up; equipment distribution. etc. )
  - Logistical support to Police, Fire & EMS.
- These employees will not be required to perform tasks w/ which they are uncomfortable.

# Police Services

- Police have assessed needs for additional manpower support, changes to the staff distribution & traffic diversion:
  - Staffing will be increased in the waterfront & backstreets
  - Quick Action Response Teams will be increased throughout the City.
  - Traffic enforcement details will increase throughout the City.

# Detention Services

- Additional manpower support & assistance:
  - Increase staffing by 40 outside agency officers.
  - Increase prisoner transport from Ocean Boulevard.
  - Increase bond hearings to provide efficiency in processing prisoners.
  - Clerk of Court's office will be open all weekend so that arrestees will be able to post bond at anytime should they be eligible.

# Communication Services

- Increasing communication services by additional radio channels.
- Increasing sector coverage.
- Working w/ state law enforcement agencies to increase talk channels to allow communications w/ additional agencies.
- Monthly meetings w/ local law enforcement agencies addressing overall communications concerns from past events.
- Deployment of County & regional EOC's.

# Community Liaison

- City will institute a "Community Ambassadors Team" to encourage direct communications w/ event attendees.

- Community Ambassadors will wear identifiable tee shirts & work in groups to:
  - Reinforce the overall tone – **Fair, Firm, & Friendly** & to build a rapport w/ event attendees.
  - Engage visitors in conversation.
  - Provide directions or related information about the City.

- Members of the Community Ambassadors Team will include individuals from the Citizens Police Academy, Community Watch groups, & local churches.

# Training

- The Department of Justice has worked the MBPD for years to provide related training including:
  - Cultural Professionalism.
  - Working w/ Minority Communities & Responding to Allegations of Racial Profiling:
  - Building Trust Between Police & the Community.
- This training is required for all law enforcement agencies assisting throughout the event.
- MBPD will also focus on local ordinance training to allow our officers to explain specific ordinances that may impact properties or businesses during this event.

# Social Media Campaign

- MBPD has launched Face Book & Twitter pages:
  - https://www.facebook.com/myrtlebeachpolice?ref=aymt_homepage_panel
  - https://twitter.com/MBPDSC
- For the Memorial Day Weekend social media will:
  - Provide links to all participating agencies .
  - Disseminate information regarding traffic diversion plans and related routes.
  - to gain information regarding incidents (ex. Traffic collisions, crimes in progress).
- We are also working w/ the Chamber of Commerce & Hospitality Association to provide pre-event information on other social media platforms.

# Personnel

- Assistance from State law Enforcement agencies to include South Carolina Law Enforcement Division, South Carolina Highway Patrol, South Carolina Probation, Parole and Pardon Services, the South Carolina Department of Corrections and the South Carolina Department of Natural Resources.
- Contact has been made w/ 102 SC local agencies.
- Additional contacts w/ 35 agencies in Georgia & Florida.
- Currently, 24 agencies have agreed to assist including:
  - Anderson PD, Benedict College PD, Chester PD, Charleston County SO, Charleston County Det. Ctr., Clover PD, Coastal Carolina Univ. Public Safety, Columbia PD, Conway PD, Darlington County SO, Dillon County Detention Ctr., Greenville PD, Florence PD, Horry County PD, Horry County SO, Laurens SO, Lee County SO, Lexington PD, Manning PD, North Charleston PD, Presbyterian College PD, Orangeburg DPS, Sumter County SO & Winthrop Univ. PD.
- Strategic Planning Unit has met w/ > 75 Constables - 20 have confirmed support.  Several more expressed  interest.
- Assistance also being sought from NC & GA State law enforcement agencies.

# Interagency Cooperation

- All local & state agencies continue to meet monthly to address needs & areas of concern.
- Smaller groups have also formed & have met to address specific areas including:
  - Law enforcement manpower.
  - Personnel logistics.
  - Media campaign.
  - Traffic diversion details & implementation.
  - Equipment & logistical needs.

# Security Contract

- In December 2014 the City conducted a bid process for unarmed security services for Memorial Day Weekend.
- Focus of security services personnel is to man barricades to free law enforcement for higher level tasks.  Private security will not engage in enforcement action.
- Active communication will be provided between security personnel & law enforcement.
- The City has accepted the bid for security personnel services from Coastal Protective Services (CPS) for
- 190 private security officers &14 supervisors.

# Equipment & Supplies

- Operations planning has included monthly meetings & coordination between the MBPD, the MBFD, Budget, Finance, Purchasing, Parks, Sanitation, Traffic Engineering & Public Work staffs.
- In order to address the traffic patterns implemented for the weekend, additional equipment was purchased including:
  - Pedestrian Barricades & Bike Racks.
  - A Frames & cones.
  - LED message boards.
  - Surveillance cameras.
  - Skywatch Tower.
  - Body-cams.

# Pedestrian Barricades / Bicycle Racks

- Pedestrian barricades / Bicycle Racks will be used primarily to address pedestrian traffic on Ocean Boulevard during Memorial Day Weekend.

- Pedestrian barricades will line Ocean Boulevard pedestrian walkways from 29th North to 29th South on both sides of Ocean Boulevard.

- Pedestrian barricades will also be used to block all avenues & street-ends on the Traffic Loop.





# Water filled barricades





- Water filled barricades will be used to address traffic congestion at specific locations.
- These barricades will form chutes at the entrance to the Traffic Loop at 29th North & Kings.
- Will also be used at access avenues to prohibit turn-around traffic & on  Harrelson Boulevard.

# A-frames & Cones

- A-frames will be used to block traffic at the split at Kings Hwy.
- Traffic cones will be used as the base for "No Thru Traffic" signs on the avenues.
- Cones will also be used throughout the traffic pattern & Traffic Loop to divert traffic.



# LED Message Boards



- Message boards will be used throughout the City & County to provide visitors event information.

- Placement will include locations around the Traffic Loop & at entrances to the City.

- 4 message boards were purchased ( 2 already on hand).

# Surveillance Cameras

- The MBPD & Information Systems Department is working on identifying a camera system to upgrade the city's current system.

- Currently, over 200 locations within the City have been identified for placement of cameras to assist in monitoring activities (locations were identified due to based on previous criminal activity or traffic offenses).

- A 4 tiered proposal is being completed to provide options for the vendor.

# Sky Watch Tower

- The Sky Watch Tower was purchased to provide better visibility during special events.
- The tower can be manned with up to 4 officers.
- The tower is equipped with a camera system that provides the ability to actively monitor several areas for up to 200 meters away.





# Use of Body Cameras

- 212 Body camera have been acquired by the MBPD.
- Body camera training has been conducted through all field supervisors. The use of the body camera system in addition to review of the departmental policy was completed with officers prior to implementation of the program
- Body cameras will be used during all field contacts involving actual or potential violations of law to include:
  - o Traffic stops
  - o Suspicious vehicles or persons
  - o Arrests
  - o Voluntary contacts of an investigative nature

# Traffic Diversion Plan

## Tier 1 – Emergency Lane Closure

- Starting at 12:00 AM on Friday, May 22, northbound traffic on Ocean Blvd will be shut down until 6:00 am Monday, May 25.

- Barricades & cones will line Ocean Blvd medians along w/ "Emergency Vehicles Only" & "No Right Turn" signs.

- Emergency lane will be used only for Police, Fire & EMS.

- Officers on assigned posts will allow vehicles into businesses on the east side of the Boulevard.

- Congested areas, including Kings, will be addressed w/ enhanced Traffic Enforcement teams & specialized motorcycle patrols.

- Traffic officers focus will include speeding violations, improper lane changes & related traffic offenses.

# Traffic Division Plan

## Tier 2 – 23.1 Mile Traffic Loop

- The Traffic Loop is scheduled from 10 PM – 2 AM on Friday, May 22, thru Sunday, May 24 (hours may vary depending on need).

- 4 exits to the Loop - 501 westbound, 31 South, 31 North, & 29th North / 17 Bypass.

- MBPD, HCPD & Myrtle Beach International Airport Admin are addressing airport staff & customers access needs during Traffic Loop hours. Harrelson Boulevard eastbound will be the primary route.

# Traffic Loop



# Memorial Day Weekend 2015

- Questions?