# EXHIBIT

# 26

www.cityofmyrtlebeach.com/bikefest.html         Go         FEB **MAR** APR
23 captures                                                  ◀ **12** ▶
26 Jan 2015 - 30 Aug 2017                                2014 **2015** 2016   ▼ About this capture



Search [_____]

| **Home** | **Vacation Info** | **Weather** | **Employment** | **FAQs** |

**PARKING**

**No more than two motorcycles to a space.** Vehicles with handicapped, Purple Heart or DAV license plates or a handicapped hang tag may park **free** at *public meters*.

*Memorial Day Weekend*

*Events* | *Meetings*

 *Free mobile app shows Bikefest Loop...* See *Horry County's Bikefest Information* and download a *free mobile app* showing the Bikefest Loop and real-time traffic information for motorists.

 *Looking for more?* Visit our *Frequently Asked Questions* page for facts and details about Myrtle Beach and the Grand Strand. We also have a page of *Frequently Asked Court Questions*, should you need to know more about Municipal Court.

*Police records and statistics available...* The Police Department's *Police-to-Citizen* (P2C) site has details. Visit it for incident reports, arrest records, accident reports, crime statistics and more.

*Pets on the beach?* From May 1 through Labor Day, dogs are allowed on the beach only before 10:00 a.m. and after 5:00 p.m. On the boardwalk from May 1 through Labor Day, dogs are allowed only in the mornings, from 5:00 to 10:00 a.m. At all times when dogs are allowed in public, they must be on a leash of seven feet or shorter, and you must pick up and properly dispose of your pet's droppings.

 *Planning a trip?* The *Myrtle Beach Area Chamber of Commerce* can provide information about hotels, attractions, restaurants and events!

## Atlantic Beach Memorial Day Bikefest
### Traffic and Safety Plans for 2015



*Click on the map to launch a full-size version,*
or *click here to launch a printable .pdf* of the map.
The *Police Department's Memorial Day Weekend plan*, as of February 10, 2015, also is available.

    Anyone attending the **2015 Atlantic Beach Memorial Day Bikefest** will see significant changes in Myrtle Beach, especially on Ocean Boulevard and Kings Highway. The improvements identified below will address both traffic management and pedestrian safety concerns from recent years. The goal is to enhance emergency response times and prevent gridlock.

    Myrtle Beach is committed to a safe, friendly environment for our visitors and residents. Everyone is welcome, but everyone is expected to obey the law and behave responsibly and respectfully. **Here are some of the changes to expect during this year's Atlantic Beach Memorial Day Bikefest.**

- Increased law enforcement will help with public safety. Additional police officers will be available throughout the Grand Strand. Illegal activities, including excessive noise, speeding, littering, impromptu parties, unlicensed retail sales and other criminal behavior will result in tickets or arrests.

- All traffic on Ocean Boulevard in Myrtle Beach is one way, southbound, from 29th Avenue North to South Kings Highway, with an extended loop beyond Ocean Boulevard. From Friday through Monday, May 22-25, northbound lanes of Ocean Boulevard are reserved for emergency vehicles.

- Access to Ocean Boulevard begins on Kings Highway at 29th Avenue North, with no access north of that point. Exits from Ocean Boulevard may be allowed at those cross streets with traffic signals on Kings Highway, depending on traffic conditions.

- A 23-mile extended traffic loop will be in effect from 10:00 p.m. to 2:00 a.m. Friday, Saturday and Sunday, May 22-25, to keep traffic flowing and prevent gridlock. At other times, traffic may be diverted from Ocean Boulevard to keep vehicles moving at peak periods.

- For walkers' safety, pedestrians will be separated from vehicles along five miles of Ocean Boulevard, from 29th Avenue North to South Kings Highway. Barriers will be in place to prevent walkers from entering the roadway.

- Trash receptacles on Ocean Boulevard will be emptied twice daily during the weekend, once after noon and once after midnight, to avoid littering. Lane closures and detours may occur during this process.  Thank you for using the trashcans!

- No more than two motorcycles may park in a single public space.  For spaces controlled by pay-stations, rather than parking meters, both motorcycles must pay to park and both must display parking receipts.  Paid parking is enforced from 9:00 a.m. to 12:00 a.m., seven days a week.

- South Carolina requires helmets for all motorcycle operators and passengers who are under age 21.  Myrtle Beach encourages helmets for all riders!

- The noise ordinance prohibits excessive noise, including noise created by loud music, revving engines and spinning tires.  Violations are misdemeanors, subject to a fine of up to $500 and/or 30 days in jail, per occurrence, upon conviction.

- In the City of Myrtle Beach, a year-round curfew is in effect for juveniles (under age 18) between 1:00 and 6:00 a.m.  It is a misdemeanor for a minor to be in a public place during curfew hours.

- The Clerk of Court's Office will be open 24 hours a day throughout the weekend, with bond hearings scheduled every six hours.

**Are you coming to the Atlantic Beach Memorial Day Bikefest?**  Please be aware of these improvements to our traffic management and pedestrian safety plans for 2015.  We hope you have a safe and enjoyable visit!



Home   Vacation Info   Weather   Employment   City Events   Meetings   FAQs
City Hall   Departments   Forms   Links   Recreation   Facilities   Services   Payments



*City Hall*
*937 Broadway Street*
*P.O. Box 2468, Myrtle Beach, SC 29578*
*(843) 918-1000   Fax: (843) 918-1028*
*info@cityofmyrtlebeach.com*

© Copyright 2010.  The City of Myrtle Beach.  All rights reserved.