# EXHIBIT

# 34

# Mark Kruea

| | |
|---|---|
| **From:** | Kaycey Vrettos |
| **Sent:** | Monday, April 17, 2017 5:16 PM |
| **To:** | Mark Kruea |
| **Subject:** | RE: Bikefest post... |

Here's the text from the website with the changes highlighted...

**A new map is available on-line at http://mdwtrafficmap.com/ with
details about traffic during the upcoming Atlantic Beach Bikefest.**

Anyone attending the **2017 Atlantic Beach Memorial Day Bikefest** will again see the traffic and pedestrian safety changes implemented the past two years on Ocean Boulevard and Kings Highway. The improvements identified below will address safety concerns from recent years. The goal is to enhance emergency response times and prevent gridlock.

Myrtle Beach is committed to a safe, friendly environment for our visitors and residents. Everyone is welcome, but everyone is expected to obey the law and behave responsibly and respectfully. ***Here are some of the safety plans in place for this year's Atlantic Beach Memorial Day Bikefest.***

- Increased law enforcement will help with public safety. Additional police officers will be available throughout the Grand Strand. Illegal activities, including excessive noise, speeding, littering, impromptu parties, unlicensed retail sales and other criminal behavior will result in tickets or arrests.

- All traffic on Ocean Boulevard in Myrtle Beach is one way, southbound, from 29th Avenue North to South Kings Highway, with an extended loop beyond Ocean Boulevard. From Friday through Monday, May 26-30*, northbound lanes of Ocean Boulevard are reserved for emergency vehicles. *Changed to "Friday through Monday, May 26-29"

- Access to Ocean Boulevard begins on Kings Highway at 29th Avenue North, with no access north of that point. Exits from Ocean Boulevard may be allowed at those cross streets with traffic signals on Kings Highway, depending on traffic conditions.

- A 23-mile extended traffic loop will be in effect from 10:00 p.m. to 2:00 a.m. Friday, Saturday and Sunday, May 26-29*, to keep traffic flowing and prevent gridlock. At other times, traffic may be diverted from Ocean Boulevard to keep vehicles moving at peak periods. *Changed to "Friday, Saturday and Sunday, May 26-28"

- For walkers' safety, pedestrians will be separated from vehicles along five miles of Ocean Boulevard, from 29th Avenue North to South Kings Highway. Barriers will be in place to prevent walkers from entering the roadway.

- Impromptu parties, with or without alcohol, are illegal on both public and private property. Alcohol consumption is illegal in parking areas and on public rights-of-way. Violations are misdemeanors, subject to a fine of up to $500 and/or 30 days in jail, per occurrence, upon conviction.

- Trash receptacles on Ocean Boulevard will be emptied twice daily during the weekend, once after noon and once after midnight, to avoid littering. Lane closures and detours may occur during this process. Thank you for using the trashcans!

- No more than two motorcycles may park in a single public space. For spaces controlled by pay-stations, rather than parking meters, both motorcycles must pay to park and both must display parking receipts. Paid parking is enforced from 9:00 a.m. to 12:00 a.m., seven days a week.

- South Carolina requires helmets for all motorcycle operators and passengers who are under age 21. Myrtle Beach encourages helmets for all riders!

- The noise ordinance prohibits excessive noise, including noise created by loud music, revving engines and spinning tires. Violations are misdemeanors, subject to a fine of up to $500 and/or 30 days in jail, per occurrence, upon conviction.

1

- In the City of Myrtle Beach, a year-round curfew is in effect for juveniles (under age 18) between 1:00 and 6:00 a.m. It is a misdemeanor for a minor to be in a public place during curfew hours.

- The Clerk of Court's Office will be open 24 hours a day throughout the weekend, with bond hearings scheduled every six hours.

**Are you coming to the Atlantic Beach Memorial Day Bikefest?** Please be aware of these improvements to our traffic management and pedestrian safety plans for 2017. We hope you have a safe and enjoyable visit!

---

**From:** Mark Kruea
**Sent:** Monday, April 17, 2017 5:10 PM
**To:** Kaycey Vrettos; Chasity Pendergrass
**Subject:** RE: Bikefest post...

Made a couple of changes. What dates did you fix? I need to change them on the site. Here you go.

Thanks,
Mark

---

**From:** Kaycey Vrettos
**Sent:** Monday, April 17, 2017 4:46 PM
**To:** Mark Kruea; Chasity Pendergrass
**Subject:** Bikefest post...

Mark,

Below is the text pulled from the other website... What parts did you want me to include? I did fix a date or two...

Thanks,
Kaycey

Traffic plan returns for 2017 Memorial Day weekend...

Anyone attending the 2017 Atlantic Beach Memorial Day Bikefest again will see the traffic and pedestrian safety plans on Ocean Boulevard and Kings Highway. The improvements identified below address safety concerns from recent years. The goal is to enhance emergency response times and prevent gridlock.

Myrtle Beach is committed to a safe, friendly environment for our visitors and residents. Everyone is welcome, but everyone is expected to obey the law and behave responsibly. See the attached image for details about this year's traffic loop, in effect from 10:00 p.m. to 2:00 a.m., Friday, Saturday and Sunday nights. Here are some of the safety plans in place for the Atlantic Beach Memorial Day Bikefest.

Increased law enforcement will help with public safety. Additional police officers will be available throughout the Grand Strand. Illegal activities, including excessive noise, speeding, littering, impromptu parties, unlicensed retail sales and other criminal behavior will result in tickets or arrests.

All traffic on Ocean Boulevard in Myrtle Beach is one way, southbound, from 29th Avenue North to South Kings Highway, with an extended loop beyond Ocean Boulevard. From Friday through Monday, May 26-29, northbound lanes of Ocean Boulevard are reserved for emergency vehicles.

Access to Ocean Boulevard begins on Kings Highway at 29th Avenue North, with no access north of that point. Exits from Ocean Boulevard may be allowed at those cross streets with traffic signals on Kings Highway, depending on traffic conditions.

The 23-mile extended traffic loop will be in effect from 10:00 p.m. to 2:00 a.m. Friday, Saturday and Sunday, May 26-28, to keep traffic flowing and prevent gridlock. At other times, traffic may be diverted from Ocean Boulevard to keep vehicles moving at peak periods.

For walkers' safety, pedestrians will be separated from vehicles along five miles of Ocean Boulevard, from 29th Avenue North to South Kings Highway. Barriers will be in place to prevent walkers from entering the roadway.

Impromptu parties, with or without alcohol, are illegal on both public and private property. Alcohol consumption is illegal in parking areas and on public rights-of-way. Violations are misdemeanors, subject to a fine of up to $500 and/or 30 days in jail, per occurrence, upon conviction.

Trash receptacles on Ocean Boulevard will be emptied twice daily during the weekend, once in the afternoon and once after midnight, to help prevent littering. Lane closures and detours may occur during this process. Thank you for using the trashcans!

No more than two motorcycles may park in a single public space. For spaces controlled by pay-stations, rather than parking meters, both motorcycles must pay to park and both must display parking receipts. Paid parking is enforced from 9:00 a.m. to 12:00 a.m., seven days a week.

South Carolina requires helmets for all motorcycle operators and passengers who are under age 21. Myrtle Beach encourages helmets for all riders!

The noise ordinance prohibits excessive noise, including noise created by loud music, revving engines and spinning tires. Violations are misdemeanors, subject to a fine of up to $500 and/or 30 days in jail, per occurrence, upon conviction.

In the City of Myrtle Beach, a year-round curfew is in effect for juveniles (under age 18) between 1:00 and 6:00 a.m. It is a misdemeanor for a minor to be in a public place during curfew hours.

The Clerk of Court's Office will be open 24 hours a day throughout the weekend, with bond hearings scheduled every six hours.

Are you coming to the Atlantic Beach Memorial Day Bikefest? Please be aware of these improvements to our traffic management and pedestrian safety plans for 2017. We hope you have a safe and enjoyable visit!

#CityofMyrtleBeach #MyrtleBeachNews #HorryCounty #GrandStrand #AtlanticBeach #AtlanticBeachBikefest #AtlanticBeachMemorialDayBikefest #trafficloop