# EXHIBIT

# 35

Bike Week Visitor Website Information

www.beachbikeweek.org

# Have Fun. Be Safe. Obey the Law.

### New for 2017 — 843.918.INFO (4636)

If you have a question about the traffic loop or other police related bike week questions, The information line can be off assistance.

Save time and avoid traffic Memorial Day Weekend.

Scan this code and get the traffic app in advance.
"*Spend your free time on the beach, not the road.*"



## Memorial Day Weekend

## 2017



Officers will review the information contained within this booklet and use it as a guide while patrolling and enforcing the operational plan.

**Restricted: For Official Use ONLY—Not for Public Release**

Welcome to the Myrtle Beach area for Memorial Day Weekend 2017. On behalf of the Mayor, City Council, City Manager and all City staff we want to thank you for supporting our community. As a member of the law enforcement profession tasked with providing public safety services to the 200,000 plus visitors and residents, your job will be a difficult one. The demands placed upon you will be varied, and you will no doubt experience behavior and incidents you may be unaccustomed to. By keeping a positive attitude and working together as a team, we will successfully get through the weekend event. The City of Myrtle Beach appreciates your contribution to this community, and it is our hope that the experience will be rewarding.

If at any time you have a question or encounter a problem, please contact any member of the Myrtle Beach Police Department or the City of Myrtle Beach, and we will do our best to assist you. You are our guests, and we want to make your stay here as comfortable as possible.

This event has attracted a fair amount of controversy. Law enforcement cannot take sides. If we remember that we are public servants to all people and we act accordingly, then we have accomplished our job with honor. I anticipate that your authority will be challenged, and your buttons will be pushed from time to time. I can assure you also that you will receive praise and thanks from the participants for your professional assistance and response. Don't let the negative issues allow you to lose touch with the positive contributions you can make. We will do our job and do it well, and that's all anyone can expect.

Again, we are glad to have you as part of the team. *Stay safe!*

*Warren S. Gall*
Chief of Police

## Radio Channels

| Channel # / Description | Time / Channel Assignment |
|---|---|
| Channel 1   MBP DSP | (24 hours) Patrol Channel |
| Channel 2  MBP TA | 0200 - 2200 Talk-a-round |
| | 2200 - 0200 Traffic Loop |
| Channel 4 MBP WFT | 0600 - 1800 All Waterfront |
| | 1800 - 0600 North Waterfront |
| Channel 5 MBP TRF | (24 hours) Traffic Channel |
| Channel 6 MBP BCH | 1800 - 0600 South Waterfront |
| Channel 8 MBP SWAT | (1600 - 0400) SWAT Channel |

You can reach our dispatch by calling 'STATION', <your badge #>

Radio Silence - When there is a major call requiring radio silence, your dispatcher will make an announcement and advise you what channel to move to.

**Verbal Warning dispositions need to be given as:**

**Verbal <race> <sex> <age>**

**Example: 'Verbal White Male 18'**

## Traffic Plan

All traffic on Ocean Blvd in Myrtle Beach is one way, southbound, from 29th Avenue North to South Kings Highway. Northbound lanes of Ocean Blvd are reserved for emergency vehicles only.

For safety, pedestrians will be separated from vehicles along five miles of Ocean Blvd, from 29th Avenue North to South Kings Highway. Barriers will be in place to prevent pedestrians from entering the roadway.

The traffic loop routes motorists from 29th Avenue North and Kings Highway EAST to Ocean Blvd SOUTH (right) to Kings Highway (right) NORTH to Harrelson Blvd, (which turns into George Bishop Parkway over the Intracoastal Waterway). Motorists turn left to head WEST on Waccamaw Blvd (which runs next to U.S. Highway 501) to Dick Scobee Road where motorists will arrive at their first exit point at Dick Scobee Road. Motorists can exit NORTH on US 501, SOUTH on SC 31 or NORTH on SC 31. If motorists prefer to stay in the loop they can continue NORTH on US 31, stay to the right and exit onto Robert Grissom Parkway SOUTH, then onto U.S. 17 Bypass SOUTH and continue to 29th Avenue North where they can re-enter the loop.

The loop will be in effect from 10:00 p.m. to 2:00 a.m. from May 26th to May 28th.

Motorists will be able to access Ocean Blvd only from designated avenues that have a stoplight at Kings Highway during non-loop hours. This includes 21st Avenue North, Mr. Joe White, 9th Avenue North, 3rd Avenue South, 9th Avenue South, 13th Avenue South and 29th Avenue South.



## Suspicious Package/Unattended Packages

- Unattended Package/item: common item, purse, bag, pack, what has been set down and forgotten. Unattended Package/item with suspicious indicators: discolored package or liquid leaking; wires or batteries visible; placed in a location that may cause significant injuries, damage, or disruption.

- If the owner is not located, the item may be classified as "unattended" and the procedure described below for "unattended package/bag" should be followed.

- Once an "unattended package/bag" is identified, the Unified Command should be notified with a detailed description and location. This information will immediately be relayed to the On Scene Bomb Squad Supervisor.

- An on-scene supervisor should make attempts to locate the owner of the package/bag, without disturbing the item in question. If the owner is not located the on-scene supervisor should follow procedures.

- A Bomb Squad Supervisor or representative will be mobilized and dispatched to the location and initiate appropriate measures.

- The Bomb Squad Supervisor will assume overall control and command of the hazard area. The Bomb Squad Supervisor in Unified Command will keep the Operations Section Chief updated on the situation and outcome.

## Human Trafficking

- Human trafficking is more likely than not going to look like consensual prostitution.
- A high percentage of traffickers who use hotels/motels wait in a vehicle in the parking lot of the hotel/motel while their victims are servicing clients in the room. Conduct field interviews with occupant(s) of vehicles and ask to show their keycard or provide friend's name and room number. Check that name with the front desk. Make contact at that room. Be thorough.
- When speaking to individuals suspected of being involved in trafficking (both victims AND suspects), separate EVERYONE by sight and sound before questioning (remember that females can be traffickers and that 'lower–level' girls will try to influence other victims into keeping quiet).
- If it looks like a case of human trafficking, follow lawful procedure in obtaining evidence such as electronics (phones, tablets, computers, etc.) including those belonging to the victims.
- If/when conducting a search related to human trafficking, always remember to look for notebooks, pieces of paper, as these often have client lists, rates to charge for various acts/times, and contacts for other associates involved in trafficking.

## Quick Reference - Arrest Charges

**Sec. 14-222. - Destructive uses of landscape, and the public nuisance uses of parking areas, are a misdemeanor and a public nuisance.**

*Definitions.* For purposes of this article, destructive use includes, but is not limited to the congregation, loitering or lingering of persons, or the placement of tents, trailers, structures, cooking devices, chairs, tables, coolers or other objects on or in a required landscaped area in disturbance or damage of the plants or area; the required landscaped area is the defined nongrassy and mulched area of plantings; congregation means an assembly of persons for any purpose other than immediate passage; and public nuisance use of a parking area means, in the creation or maintenance of impromptu, unmanaged outdoor events or parties, to set up, place or use tents, trailers, structures, cooking devices, chairs, tables, coolers or other objects from which to sell, dispense, cook, prepare, serve, distribute or consume any food or beverage, object or product; or to broadcast amplified music from vehicles or other devices; or the use of tents, trailers, structures, cooking devices, chairs, tables, coolers or other objects for congregational purposes that prevent the use of the parking area for its intended purpose.

**Bond: $257 for any 14-222**

## Quick Reference - Arrest Charges

**14-222(b)** The *business license holder shall provide adequate security resources* and *policies that will prevent the destructive use in the required landscaped area, and to prevent the public nuisance use of required parking areas.*

**14-222(c)** It shall be a misdemeanor and a public nuisance for any *business license holder to permit, encourage or allow the destructive use of required landscaped areas.*

**14-222(d)** It shall be a misdemeanor and a public nuisance for *any person to engage in the destructive use of a required landscaped area.*

**14-222(e)** It shall be a misdemeanor and a public nuisance for the *business license holder to permit, encourage or allow the public nuisance use of its required parking* areas; provided however that such events that are specifically permitted through legislative or administrative action, or sponsored by the business license holder in compliance with regulations governing such outdoor events are not included.

**14-222(f)** It shall be a misdemeanor and a public nuisance for *any person to create or maintain a public nuisance use of a required parking area.*

## Quick Reference - Arrest Charges

### 14-82 Specified sexual activity to public view

It shall be unlawful for any person to engage in specified sexual activities outside to the view of any person from their private property or place of business, or to the view of any person from any highway, street, alley or other public beach, park or way. As herein specified, sexual activities means and includes any of the following: (1) the fondling or other erotic touching of human genitals, pubic region, buttocks, anus, or female breasts; (2) sex acts, normal or perverted, actual or simulated, including intercourse, oral copulation, or sodomy; (3) masturbation, actual or simulated; or (4) excretory functions as part of or in connection with any of the activities set forth in subdivisions (1) through (3) of this section.

**Bond: $464**

### 14-83. - Public exposure of specified anatomical parts

It shall be unlawful for any person to intentionally appear in any public place in such a state of dress or undress so as to expose to the view of others the human male or female genitals, pubic area, pubic hair, buttocks, anus, vulva or any portion of the female breast at or below the areola thereof.

**Bond: $464**

## Quick Reference - Arrest Charges

| Section | Description | Bond | Code |
|---|---|---|---|
| 12-53 | Careless Operation | $257 | 94 |
| 14-61-(B)(1) | Disorderly Conduct | $257 | 94 |
| 56-05-1810 | Driving on Wrong Side of Road | $128 | 94 |
| 56-05-3835 | Driving on Sidewalk | $128 | 94 |
| 56-01-0440 | Driving Without a License 1st. | $232 | 94 |
| 56-03-0110 | Expired/No Vehicle Registration | $128 | 94 |
| 56-05-0950 | Failure to Obey Traffic Control Devise | $128 | 94 |
| 56-05-2110 | Improper Start of Vehicle | $232 | 94 |
| 14-62 | Noise Ordinance Violation | $101 | 94 |
| 14-302 (B)(9) | Obstruct Passage by any Means on ROW | $257 | 94 |
| 61-04-0110 | Open Container in Vehicle | $257 | 94 |
| 56-01-0190 | Operating Veh. w/out License in Possession | $128 | 94 |
| 56-05-1860 | Passing Unlawfully on Left | $128 | 94 |
| 56-05-1850 | Passing Unlawfully on Right | $128 | 94 |
| 14-302 (B)(11) | Posses or Consume Alcohol on ROW | $153 | 94 |
| 14-66 | Public Intoxication | $153 | 94 |

## Quick Reference - Arrest Charges

| Section | Description | Bond | Code |
|---|---|---|---|
| 16-17-0530 | Public Disorderly Conduct | $257 | 94 |
| 12-15 | Racing Engines Unnecessary | $257 | 94 |
| 56-05-2920 | Reckless Driving | $439 | 94 |
| 14-63(C)(1) | Resisting Arrest | $464 | 94 |
| 12-12 | Riding on Portion of Vehicle | $101 | 94 |
| 56-05-6520 | Seatbelt Violation | $25 | 94 |
| 16-13-0110(A) | Shoplifting | $776 | 94 |
| 44-53-0370(D)(4) | Simple Possesion Marijuana | $615 | 94 |
| 56-05-1520(G)(2) | Speeding More than 10, Less than 15MPH | $128 | 94 |
| 56-05-1520(G)(3) | Speeding More than 15, Less than 25MPH | $180 | 94 |
| 56-05-1520 A) | Too Fast for Conditions | $76 | 94 |
| 16-23-00200 | Unlawful Carrying of Pistol | Judge | 94 |
| 56-05-2510 | Unlawful Parking | $128 | 94 |
| 56-01-0130 | Violation of Classified Driver's License | $128 | 94 |

## Quick Reference - Arrest Charges

| Section | Description | Bond | Code |
|---|---|---|---|
| 12-190(A) | Moped/Operators/Passengers at Least 16 and Have Valid License | $257 | 94 |
| 12-190(B) | Moped/Operators Must Have License in Possession | $101 | 94 |
| 12-190(C) | Moped/Operators/Passengers <21 Must Have Helmet | $101 | 94 |
| 12-190(E) | Moped/Operators Shall Not Exceed 25 MPH | $101 | 94 |
| 12-181 (J) | Moped/Unlawful to Ride Other Than Designed Regular Seat | $91 | 94 |
| 12-187 | Moped/Operators must be in Possession of Rental Contract & Safety Brochure | $91 | 94 |
| 12-195(G) | Golf Cart-Unlawful to Ride with Body Parts Outside Interior | $101 | 94 |
| 12-195(H) | Golf Cart- Unlawful to Operate Before Sunrise & After Sundown | $101 | 94 |
| 12-195(I) | Golf Cart - Unlawful to Over Occupancy or Sit Anywhere Except Seat | $91 | 94 |
| 12-167(B)(2) | Rental Agency Shall Observe and Document Renters are Competent, Use of Seats, Mirrors, Signals | $101 | 94 |
| 12-167 | Rental Agency Shall Observe and Document Renters are able to Brake and Stop | $101 | 94 |
| 12-172(E) | Rental Agency -Golf Carts Shall not be Rented After Sunset or Before Sunrise | $262 | 94 |
| 12-187 | Operators Must Be in Possession of Rental Contract and Safety Brochure | $101 | 94 |

### Executive Orders ~ City Manager

#### Mopeds

Pursuant to R2016-15, and Ordinance 2015-31, I hereby authorize the Police Department to prohibit all mopeds from Ocean Boulevard, south of 29th Avenue North on the following dates:

- 8:00 PM Thursday 5/25/2017 – 8:00 AM Friday 5/26/2017
- 8:00 PM Friday 5/26/17, - 8:00 AM Saturday 5/27/17
- 8:00 PM Saturday 5/27/17 – 8:00 AM Sunday 5/28/17
- 8:00 PM Sunday 5/28/17 - until all the traffic control devices on Ocean Boulevard are removed on Monday 5/29/17.

#### Golf Carts

Pursuant to R2016-15 and Ordinance 2015-31, I hereby authorize the Police Department to prohibit all golf carts (excepting those used by law enforcement) from Ocean Boulevard south of 29th Ave North between Friday, May 26, 2017 at 12:01 AM and Monday, May 29, 2017 until the traffic control devices on Ocean Boulevard are removed.

Rental Conveyance Decal & Safety Pamphlet Examples

Regular Decal    Voided Decal

Safety Pamphlet

## Bond Hearings

Bond Hearings will be held at 6 hour intervals beginning at 0600 on Friday, May 26th and continue through Monday, May 29th at noon.

| | |
|---|---|
| Fri May 26th 0600 | Fri May 26th 1200 |
| Fri May 26th 1800 | Fri May 26th 2400 |
| Sat May 27th 0600 | Sat May 27th 1200 |
| Sat May 27th 1800 | Sat May 27th 2400 |
| Sun May 28th 0600 | Sun May 28th 1200 |
| Sun May 28th 1800 | Sun May 28th 2400 |
| Mon May 29th 0600 | Mon May 29th 1200 |

(next bond hearing Tuesday, May 30th at 0900)

We make every attempt to have arrestees attend the next available bond hearing but there are many variables that affect their time. Do not tell an arrestee that they will definitely see a judge at the next scheduled hearing.

- Inmates may bond out with cash, credit card or a money order.
- Required documents to come in with an inmate are: citation(s), arrest narrative on the back of the white copy of the citation or advise the jail to hold for high court.
- Inmate intake and processing time varies, please do not advise how quickly an inmate can be released.
- Inmates charged with 14-66 Public Intoxication are required to stay in our facility at least 4 hours.

## Quick Reference - Phone Numbers

| | |
|---|---|
| MBPD Dispatch Center | 843.918.1382 |
| MBPD Jail | 843.918.1399 |
| | 843.918.1088 |
| Myrtle Beach Clerk of Court | 843.918.1356 |
| Myrtle Beach Victims Assistance | 843.918.1372 |
| Grand Strand Regional Hospital | 843.692.1000 |
| South Strand Hospital | 843.839.1000 |
| Waccamaw Community Hospital | 843.545.5600 |
| Conway Hospital | 843.347.7111 |
| Seacoast Medical Center | 843.390.0028 |
| Doctors Care / 21st Ave North | 843.626.9379 |

## Technical Issues/ Information Systems

For computer issues from 0500–1700, call 843.918.1460

From 1700 – 0500, call SSM Rhodes @ 843.446.5874

| Other LE Agencies | Phone Number |
|---|---|
| Horry County Police—Dispatch | 843.444.1520 |
| J. Reuben Long Detention Center | 843.915.5140 |
| North Myrtle Beach DPS | 843.280.5511 |
| Surfside Beach Police Department | 843.913.6368 |
| SC Highway Patrol Dispatch | 843.365.5001 |

| Response Team Contacts | Radio Call # |
|---|---|
| Lt. Mike Guthinger | 131 |
| Sgt. Philip Cain | 206 |
| MCpl. Todd MacPherson | 429 |
| Cpl Garrett Spencer | 231 |
| PFC Jason Shumpert | 379 |
| PFC Randy Miller | 555 |

| Alert Crew | Radio Call # / Phone |
|---|---|
| Dave Weaver | 800 / 843.446.6985 |
| Jeff Hollister | 803 / 843.457.0220 |

| MBPD Command Staff | Phone Number |
|---|---|
| Chief Warren Gall | 843.450.2500 |
| Assistant Chief Amy Prock | 843.222.9113 |
| Capt. John Bertang (Patrol) | 843.450.4077 |
| Capt. Marty Brown (Administration) | 843.450.1704 |
| Capt. John Kennedy (Support Svcs) | 843.450.1731 |
| Capt. David Knipes (Investigations) | 843.450.2341 |
| Lt. Joey Crosby (Beach/PIO) | 843.450.0131 |
| Lt. Terry Altman (Patrol) | 843.450.2013 |
| Lt. Robert Swanson (Strategic Planning) | 843.450.2919 |
| Lt. Tony Mitchell (Street Crimes) | 843.267.1055 |
| Lt. Gary Kalkwarf (Traffic) | 843.446.1910 |
| Lt. Tommy Chestnut (OPS) | 843.450.3241 |
| Lt. Doug Furlong (Investigations) | 843.446.3424 |
| SSM Cathie Rhodes (Support Services) | 843.446.5874 |
| Sgt. Tracy Russell (Detention) | 843.467.0258 |

## Officer Hospitality Rooms

<u>Sector 1, 29th Ave N – 16th Ave N</u>
Caribbean Resort, 3000 N Ocean Blvd
Patricia Grand, 2710 N Ocean Blvd
Ocean 22, 2200 N Ocean Blvd
<u>Sector 2, 16th Ave N to 5th Ave N</u>
Roxanne Towers, 1604 N Ocean Blvd
Aqua Beach Inn, 1301 Withers Drive
<u>Sector 3, 5th Ave N to 6th Ave S</u>
Sand Bucket, 603 N Ocean Blvd
<u>Sector 4, 6th Ave S to 18th Ave S</u>
Captains Quarters, 901 S Ocean Blvd
Coral Beach Resort, 1105 S Ocean Blvd
Palace Resort, 1605 S Ocean Blvd
The Gazebo Inn, 1607 S Ocean Blvd

<u>Sector 5, 18th Ave S to 29th Ave S</u>
Bluewater Resort, 2001 S Ocean Blvd
Crown Reef Resort, 2913 S Ocean Blvd
Damon's Restaurant, 2985 S Ocean Blvd
<u>Additional</u>
Caravelle Resort, 6900 N Ocean Blvd

Notes:
_____
_____
_____
_____
_____
_____
_____
_____