# EXHIBIT

# 36

## Mark Kruea

**From:** Mark Kruea
**Sent:** Monday, May 23, 2016 1:00 PM
**To:** Weaver, Emily
**Subject:** RE: Media notes...

Not at this point. Depends on when the traffic control devices get picked up.

**From:** Weaver, Emily [mailto:eweaver@thesunnews.com]
**Sent:** Monday, May 23, 2016 12:59 PM
**To:** Mark Kruea
**Subject:** Re: Media notes...

Do you know what time the restriction will be lifted on Monday?

On Mon, May 23, 2016 at 12:57 PM, Mark Kruea <MKruea@cityofmyrtlebeach.com> wrote:

> Emily...
>
> For Ocean Boulevard, it's the whole weekend, although golf carts are allowed to drive after dusk anyway.
>
> Thanks,
> Mark
>
> **From:** Weaver, Emily [mailto:eweaver@thesunnews.com]
> **Sent:** Monday, May 23, 2016 12:57 PM
> **To:** Mark Kruea
> **Subject:** Re: Media notes...

Hey Mark,

Is the ban on golf carts only during the times of the traffic loop 10 p.m.-2 a.m. Friday-Monday or is it during the entire weekend beginning at 12:01 a.m. Friday through some time on Monday?

Thanks,

1

Emily

On Sun, May 22, 2016 at 8:53 PM, Mark Kruea <MKruea@cityofmyrtlebeach.com> wrote:

All…

FYI, the following message from City Manager John Pedersen, regarding the decision to restrict golf carts from a portion of Ocean Boulevard this coming weekend. The directive itself follows the message. Attached as a .pdf is the March resolution declaring the event occurring this coming weekend as an "extraordinary event" in the City of Myrtle Beach.

Thanks,
Mark

**From:** John Pedersen
**Sent:** Sunday, May 22, 2016 5:52 PM
**Subject:** Directive to Police Department

Good evening. Last week I issued a directive to the Police Department prohibiting the use of golf carts on Ocean Boulevard south of 29th North next Friday through Monday during the hours that coincide with the one way (southbound) traffic pattern on that portion of the Boulevard. This order only affects this section of Ocean Boulevard. It does not mean that golf carts cannot be rented or used during Memorial Day weekend. It only means that the Police will not allow them to enter this portion of Ocean Boulevard. I'd like to explain why I believe this prohibition is necessary.

There are two contributing factors to this decision. First, during this period almost all of the streets intersecting Ocean Boulevard south of 29th North will be barricaded off. Those that are not barricaded off (where there's a stop light on Kings Highway) are barricaded off from the side streets so that they only provide access from Kings Highway to the Boulevard. The second factor is that State law prohibits golf carts on Kings Highway.

Because of the placement of the barricades, and the State's ban on golf carts on Kings Highway, there is no practical and legal way for a golf cart in that section of Ocean Boulevard to return to the rental agency or to

2

the hotel where the person renting it is staying. In short, the one-way southbound traffic can't turn right off most streets because of the barricades. The few that would allow a right turn lead them only to Kings Highway where again they are stymied by State law. Once the golf carts go past 29th North they cannot turn around and come back because of the one-way street configuration. Finally, the carts can't ride to the end of the Boulevard because they cannot use Kings Highway to return. Since there is no legal and practical way for these vehicles to exit from that portion of the Boulevard during this time, in my judgment we have no choice but to prohibit them from entering that section.

The over-riding priority of the Memorial Day Bike Week Plan is making this event safe for our residents, our guests, and our staff. Secondarily, we make every reasonable effort not to burden the City's businesses, but unfortunately it is just not possible to avoid this entirely. I regret that this restriction negatively impacts the golf cart rental businesses, but I think this step is necessary in light of our primary goal.

**From:** John Pedersen
**Sent:** Wednesday, May 18, 2016 5:40 PM
**To:** Warren Gall; Amy Prock; Joey Crosby
**Cc:** Tom Ellenburg
**Subject:** FW: Executive Order-MDW

Pursuant to R2016-15, and Ordinance 2015-31, I hereby authorize the Police Department to prohibit all golf carts (excepting those used by law enforcement) from Ocean Boulevard south of 29th Avenue North between Friday 5/27/2016 at 12:01 AM and Monday 5/30/2016 until the traffic control devices on Ocean Boulevard are removed.

I also authorize you to utilize a sole source wrecker service from the City's approved rotation list to act as the sole agent for towing/storing and processing stolen motor vehicles located and seized by the Auto Theft Team during the dates and time indicated above.

Please let me know if you have any questions about this authorization.

Thank you.

John Pedersen

3