# EXHIBIT

# 37

# Mark Kruea

**From:** John Pedersen
**Sent:** Thursday, May 19, 2016 1:44 PM
**To:** City Council
**Cc:** Warren Gall; Amy Prock; Joey Crosby; MDW
**Subject:** FW: Golf Cart Restrictions MDW

Good afternoon.

We are continuing to look at options for accommodating the use of golf carts on Ocean Boulevard over Memorial Day Weekend. We have identified some theoretical options involving allowing the golf carts to turn right at signalized intersection on Ocean Boulevard, but because the side streets (Withers Drive, Withers Alley, Yaupon, and Chester) will be cut-off, the golf carts would be forced up to Kings. They could hypothetically return via Oak Street or Broadway, but I share the Chiefs' concerns that folks unfamiliar with the lay of the land are much more likely to take their chances illegally returning via Kings Highway. Even if they do figure out Oak and Broadway, I don't think we want to push this traffic into the adjacent residential areas.

We are continuing to look for solutions to this problem, but at this point I don't see one in sight.

John

---

**From:** Warren Gall
**Sent:** Thursday, May 19, 2016 12:58 PM
**To:** John Pedersen
**Subject:** FW: Golf Cart Restrictions MDW

Our response. Yes, there is some justification for relaxing the restrictions; however, because most operators will not know their way around the back streets, this will likely cause golf carts operating illegally on Kings Hwy. If we relax the restrictions, golf cart traffic will be forced to use (legally) Hwy 15 from 13th Ave S., as the furthest point South northbound, Broadway St., and Oak Street as the only North-South routes, again, fording golf cart traffic into the neighborhoods. Golf carts operating on N. Ocean Blvd., southbound will be forced to exit at 21st N., Mr. Joe White Ave., 9th Ave N., 9th Ave S., or 13th Ave S.. Those operating North of 3rd Ave S., can use Oak Street to go North-South. Those operating South of 3rd Ave S., would have to go to Hwy 15 to go North and South….but only South to 13th Ave S.,, because Harrelson Blvd.,, Grissom and Seaboard are off limits due to the speed limit restrictions. There is no way to make this simple due to the restrictions in place by state statute on golf carts, and our emergency lane and traffic plan!

**From:** Amy Prock
**Sent:** Thursday, May 19, 2016 12:40 PM
**To:** Warren Gall
**Cc:** Joey Crosby
**Subject:** RE: Golf Cart Restrictions MDW

> In our opinion, allowing this to occur will create golf cart traffic on Kings Highway. Our traffic diversion plan prohibits traffic in specific areas to avoid congestion. If golf carts are pushed into certain areas it is our opinion the operators will become frustrated as they do not know the area or simply ignore the warning and drive on the prohibited roadways (Kings Highway) thus creating an increased potential for traffic related incidents to include collisions. This will draw from our resources and the integrity of our plan.

1

Access to Ocean Boulevard is on avenues that have traffic lights on Kings Highway with exception to the 4 Emergency Access lanes (16th Ave N; 8th Ave N; 6th Ave S; 17th Ave S). As the parallel secondary roads (Withers Drive; Withers Alley; Chester Street; Yaupon Drive) are blocked they would have to cross Kings Highway to use Oak Street, Broadway or Highway 15 only (confirmed secondary roadways). The last access road would be 13th Avenue South for individuals to come northbound back to 29th Avenue North.

Our Organizational Vision:
The employees of the City of Myrtle Beach are a diverse group of individuals who blend their unique talents to create the most effective, elite team of public servants in South Carolina.