# EXHIBIT

# 38

# Mark Kruea

| | |
|---|---|
| **From:** | John Pedersen |
| **Sent:** | Friday, June 03, 2016 11:01 AM |
| **To:** | City Council |
| **Cc:** | MDW; Warren Gall; Amy Prock; Joey Crosby |
| **Subject:** | Reflections on Memorial Day |
| **Attachments:** | FW: 2016 MDW Stats Update |

Good morning!

After a few days of reflection, I'd like to give you some thoughts on the successes and challenges of this past Memorial Day weekend.

Our goal of this effort continues to be to make for a safer event for our citizens, our guests, and our staff. We are making very good progress in this regard. Many of the past issues stem from having too many people in a concentrated area. From observation I think that the size of the crowd on Ocean Boulevard is much more manageable than previously. My estimate is that we are down 40 – 50% from 2014. Despite the murder on Thursday night (before our plan for the weekend went into effect), and the shootings, I believe that overall serious crime is down as well. ==The weekend stats and the Chief's analysis of these stats (with which I concur) are attached. These stats will be released later today.==

My concerns are:
1. Wear and tear on the staff.
2. The change in expectations from one year to the next.
3. The difficulty in getting our various messages throughout the community.
4. The fact that even though our numbers are down, serious acts of violence continue to take place.
5. Continued motorcycle speeding, especially on Kings Highway.

I think we have the State's best team of public servants, and I think they performed extremely well, however, this week takes a toll on everyone. Obviously our first responders are doing double duty throughout the event. A much less visible, but just as significant effort is made by our Public Works folks, many of whom set out over 9,000 barricades the week leading up to the event, came in at 11:30 Thursday night to set up the one way pattern, showed up between 9 PM and 3 AM Friday through Sunday, and began picking up barricades Monday morning. They're all bushed too, and looking at having to catch up their normal work as well.

With respect to the second, the concern last year coming on the heels of Ferguson, Baltimore, and North Charleston was that there would be a much more violent event with a much greater loss of lives and property. That didn't happen in 2015, but reactions coming out of 2016 demonstrate how much the standard of success has changed. This year we have received complaints from merchants regarding the loss of expected profits, girls in thongs, and the inconvenience of the loop, and, to a lesser degree, the one-way traffic pattern, to our local residents.

To me the learning from this year is that we all need to be very clear on the real goal of this effort going into 2017, and that we need to reinforce this goal continually. We will do everything that we can to mitigate lost profits, and inconvenience, but at the end of the day some of that is the inevitable consequence of our strategies to achieve our primary goal.

Secondly, despite our efforts to push the information out on multiple platforms, we still find that it does not reach everyone that needs to know. This observation is not unique to this event, and we are going to need to continue our efforts to push information to our residents and guests. The loop was designed to provide routes to avoid it completely

1

while going from point A to point B, even though you may well have to go out of your way to get to your destination. We need to continue our efforts to reach our citizens on this and other topics throughout the year.

I am also concerned that even though the event appears to be diminishing in popularity, it still seems to attract violent gang elements who bring their local grudges with them. The frustrating thing in this to me is that while I believe that we have a good focus on gang prevention and suppression, those efforts don't have much effect on out-of-town gangs. We will plan another Special Event summit next year, and the Police Command staff is brainstorming additional enforcement techniques.

The other learning in this is that even though the numbers are growing smaller, we cannot let up the effort until the associated violence goes away. This may happen as the result of excising the violence from the event itself, or doing away with the event altogether. Either way, _all_ lives matter in the City of Myrtle Beach, and this violence has got to go. I am concerned that as the numbers grow smaller that the State may be tempted to reduce its support of this effort. We cannot afford for that to happen. In this regard it is very much in our best interests to find opportunities to thank the individual State agencies and the Governor for their/her support.

Finally, with respect to speeding, this is also improving, but remains an Achilles' heel in our efforts. We will try to get more motorcycle officers deployed to this area, but to truly make a difference we believe that we will need to impose some physical barrier on the Highway. This will take the approval of SCDOT, and would also result in an even greater level of inconvenience for our citizens. We will draw up such a plan, but before we present it to the State I will bring it to you so that you can gauge the impact for yourself.

Again, I believe that we are making good progress, but the cost of making this progress is the potential of being distracted from the ultimate goal. We cannot afford for that to happen.

Thank you for allowing me to share these thoughts with you.

John