# EXHIBIT 44

## Mark Kruea

| | |
|---|---|
| **From:** | John Pedersen |
| **Sent:** | Tuesday, June 07, 2016 6:53 PM |
| **To:** | stevenrsharp@icloud.com |
| **Cc:** | Mary Jeffcoat; Mark Kruea; Warren Gall; Amy Prock; Joey Crosby; MDW |
| **Subject:** | RE: "Black" Bike week |

Mr. Sharp –

Your email to Councilmember Mary Jeffcoat has been referred to me for reply. I apologize that it has taken this long to get back to you, but it takes us some time to recover normal operations following Memorial Day Weekend.

I'm sorry that you had such a bad experience during your visit here. I'm curious as to when and where you saw the sexual acts that you refer to. We have surveillance cameras at every intersection on Ocean Boulevard, and if you give us the information we may be able to find video evidence of this event and also identify the officers that you believe saw it personally. The Mayor, several Councilmembers, both Assistant City Managers, the Chief Financial Officer and I spent a great deal of time on the Boulevard over the Memorial Day Weekend. While we certainly saw some questionable fashion choices, we did not witness or hear about anything as egregious as you describe below, so I would be interested in the details.

The City does not condone the type of language directed at you and your family, or the conduct that you describe, and there's a concerted effort to bring order to this event between numerous State agencies, and all of the local jurisdictions. This effort has been underway for the past two years. During that time we believe the number of event participants has declined by about 40%. We have also had similar decreases in criminal activity, emergency medical calls, and litter. Even given that progress the City is by no means satisfied with where things stand. Unfortunately the event is still marred by violence and bad behavior, and we will continue our efforts to address those problems.

We are very familiar with Freaknik. In order to begin addressing this problem, the City sponsors a summit each year of City's that face the same type of events in order to share best practices. Our current 23 mile traffic loop was such a best practice borrowed directly from Atlanta, where we believe it was first used, and subsequently employed in other cities such as Galveston, Virginia Beach, and Miami.

There are both similarities and differences between Bike Week and Freaknik. On the similarity side they are both large spontaneous events where there is no organizing committee with whom to negotiate. In that respect the City of Myrtle Beach no more "allows" the event than the City of Atlanta "allowed" Freaknik. They are also similar in that changing the direction of this event is not like throwing a light switch. In Atlanta's case it took several years to bring the event under control (4 years according to Wikipedia). In our case, our goal of making this event safer for our residents, our guests, and our staff will also take some time as well. I acknowledge that we have a lot of work to do in this regard, but we have also come an incredible distance in a relatively short period of time.

The primary difference that I'd like to point out is one of scale. Again citing Wikipedia as a source, the Freaknik crowd was estimated at 250,000 at its peak, which is roughly comparable to our estimates of Bike Week. The differences, however, are the size of the two communities: Atlanta (population 447,000 + in the 132 square miles of the City proper) vs. the City of Myrtle Beach (slightly less than 30,000 in 17 square miles). It is our understanding that Atlanta had over 2,000 officers between the City and the metro counties involved in managing Freaknik. That number is nearly 10 times the number of police officers on our entire force. This requires us to recruit more than 600 officers from throughout South Carolina and Georgia (NC state law does not permit local law enforcement from working outside the state). I am not saying this to make excuses, but at the same time the facts are that we manage an equal sized event concentrated in a much smaller geographic area with significantly fewer resources.

1

Finally, I would like to respond to your comments concerning the Police Chief's direction to the Police Department. I am his supervisor, and the Mayor and I were present when he gave direction to the assembly of all the officers brought in to the event. The direction was fairly reported in this newspaper article: http://www.myrtlebeachonline.com/news/local/bike-rallies/article80180692.html. I can tell you that I did not hear the words "back-off", or words to that effect. I supported his direction at the time, and agree with it now. We are not going to harass or otherwise mistreat all the event participants in order to address problems created by a relatively small number of event participants.

Again I apologize for your families' terrible experience. That is not something that the City condones or is willing to tolerate, and we work all year to bring the excesses, violence and bad behavior associated with Bike Fest under control. We are not at our destination by any matter of means, but despite your experience, we have made significant progress. Again I ask that you provide specifics of the event that you witnessed so that we can attempt to locate suspects and identify any officers that failed to take appropriate action.

Thank you.

John Pedersen
City Manager


-------- Original message --------
From: Steven Sharp <stevenrsharp@icloud.com>
Date: 5/29/16 12:29 PM (GMT-05:00)
To: Mary Jeffcoat <mjeffcoat@cityofmyrtlebeach.com>
Subject: "Black" Bike week

My family and I just got home a day early from NORTH Myrtle Beach where we made the GRAVE ERROR of driving into MYRTLE Beach. This is where my EIGHT YEAR OLD SON, was able to witness a young black woman sitting in the passengers seat of a car, WITH A LINE OF YOUNG MEN at her window as she orally serviced them IN FULL VIEW OF POLICE.

This is where my EIGHT YEAR OLD SON was introduced to something called TWERKING - IN THE MIDDLE OF THE STREET!!!!!!!

This is where I had to, for the first time in my life, make someone aware that if they didn't stop their taunting, and threatening towards my ALL WHITE FAMILY, IN OUR VEHICLE, that I was armed and if he made any further movement towards our vehicle he COULD and likely WOULD BE SHOT. I reported this to a Myrtle Beach Police Officer who I wish to GOD I would have gotten his name - His response? "It's black bike week…. Not much we can do." Oh, but you would have done something if there would have been a black biker laying dead in the street because he thought my "Snowflake" (HIs words) family was in the wrong, "Mu'fuckin place" at the wrong, "Mu'fuckin time." Again, HIS WORDS. I have NEVER, EVER, felt the need to draw my concealed weapon for ANY reason but I had my hand on it, and it was half way out of the holster when this idiot finally backed off.

Is the city of Myrtle Beach so TERRIFIED of being labeled racist that you let this go on in your limits? Many years ago I was a police officer in the city of Atlanta. This was back during the time of "Freaknik." If you don't know what that is, I HIGHLY suggest you Google it. The city of Atlanta STOPPED ALLOWING this crap because of the behavior of the festival goers and I'll be damned if the city of Myrtle Beach shouldn't follow suit. At MINIMUM the City Police Chief should be SERIOUSLY reprimanded, even fired, for instructing officers to "back off." When were the police allowed to do ANYTHING?

By allowing "Black" Bike Week, Myrtle Beach is sending a message that they will put up with the reverse racists of the black biker world. By allowing this to continue, Myrtle Beach is saying they're ok with white people being victimized but opportunistic black bikers who think their fest means white people aren't allowed in Myrtle Beach during "their" time.

2