# EXHIBIT

# 45

## DIRECTIVES

| 1. INCIDENT NAME | 2. OPERATIONAL PERIOD (DATE AND TIME) |
|---|---|
| Memorial Day Weekend | 26 May 2017 through 29 May 2017 |

### 3. NOTIFICATION DETAILS

### BRIEFING MEMOS

(1) Parking Enforcement: Be consistent and concentrate on safety first and foremost. If it is a hazard, cite and tow. We will have other issues to deal with but be aware of safety related parking problems (i.e. hydrants, double parking, too close to intersections, etc.) and take action when necessary. The City erected **NO RV PARKING AT STREET END** signs. These need to be strictly enforced. Motorcycle only parking must be in accordance with City Code Section 12-132. The specific locations will be announced. The City will be assisting with the distribution of barricades and signs in these cases.

(2) Use of Force: Complete all paperwork associated with Use of Forces and Show of Force. A supervisor must be notified at the time of the incident. All Blueteam forms need to be completed and done so accurately by the supervisor and with as much detail as possible. All officers and supervisors are responsible for identifying witnesses and having them complete statements. Assisting agencies need to complete statements as well. Use of force incidents may not be avoided, but they can be managed like professionals.

(3) Transportation of Prisoners: Transport officers, Patrol Officers and Traffic Officers will remain alert to calls for transport, and will respond immediately to assist. Remember prisoner security is a priority. Handcuff, search and secure all prisoners with a seatbelt. Make sure the sally port doors are closed before removing any prisoners. Also, extremely disorderly prisoners should not be transported in a patrol car. Officers need to call for a van and make sure there is a secondary officer riding with the prisoner to prevent injury. Clear the sally port when you have dropped off your prisoners.

(4) Food/Drink: There will be a catered "Welcome Barbeque Dinner" starting at 18:00 at the Convention Center immediately following the briefing on Thursday May 25, 2017 for all law enforcement personnel. Throughout the weekend, the Myrtle Beach Hospitality Association has also arranged for hot meals to be available to officers on Ocean Boulevard at pre-selected resorts. Lunch will be delivered between 11:00 and 12:00 and dinner will be delivered between 19:00 and 20:00. Hot meals will be delivered throughout the weekend to the Main Police Department and the Myrtle Beach Base Recreation Center for lunch and dinner during the same time frames for officers and support staff posted at those locations.

(5) Officer Safety: Safety is a top priority. Officers need to slow down, think through decisions and respond accordingly. Only do one thing at a time and use safety and survival as your guide.

(6) Hospitality Rooms: During the Memorial Weekend, please refer to the attached list of businesses that will have some type of hospitality room for officers. Please remember to thank them for their generosity. These break rooms will be available throughout the weekend. Each location will have different comforts available.

(7) Briefings: All Patrol shift briefings to include Traffic Unit and Beach Patrol for each event will be at the main Police Department, in the briefing room. All patrol vehicles will be housed at this location. Officers will leave their personal vehicles at this location where we will have security during the event. Parking will be in provided in the adjacent parking lots. Please see #19 for specifics related to Waterfront shifts.

(8) Unregistered vehicles: Address restrictions on use of un-registered vehicles (i.e. Golf carts, four-wheelers, pocket bikes and similar vehicles etc.).

(9) Refer to the City Code Section 10-22, Nuisance Violations and to additional codes as they relate to solicitation and panhandling.

(10) Obstructions of Right-of-Way (City Code Section 14-23) and Obstruction of Traffic by Vehicle (SC State Code of Law 56-5-2510). Address all obstructions identified in these statutes. In addition address all obstructions of sidewalks by chairs and other obstacles.

(11) The posting of "No Thru Traffic" signs will be completed in the neighborhoods throughout the city upon citizen request to the Cultural and Leisure Services. These signs will be posted on Monday, May 15 and remain posted until the following Monday, May 29.

(12) Litter. All violations require some type of enforcement action.

(13) Nudity. All violations require some type of enforcement action. Please refer to City Code Section 14-83 to include the 2009 amendment.

(14) Community (Business / Citizen) Contacts. Officers working the waterfront and surrounding areas will continue community policing initiatives. These initiatives include community policing visits / introductions to business owners, event staff, Ambassadors and visitors. Officers will work pro-actively at the beginning of the operational period to conduct introductions in order to provide business staff, citizens and visitors a name and contact information of officers working their area. In addition, officers will emphasize the need to comply with the parking lot ordinance and provide information regarding this ordinance and other like ordinances.

(15) Street and parking lot vendors. Please insure that they are licensed and approved.

(16) Body Warn Camera System (BWC) and In-Car System: Officers will comply with departmental policy regarding the use of all camera systems and will utilize the system during the entire operational period as directed. In the event there are any malfunctions, officers will report the malfunction immediately and attempt to retrieve a replacement as soon as possible. All officers will work with their supervisors to appropriately download data when necessary. Additional docking systems will be provided in order to do so.

(17) Citizen Complaints. During Memorial Day Weekend, MBPD will receive and address complaints or other feedback regarding the performance of all Police Officers deployed to the City. Such complaints shall be investigated pursuant to Administrative Policy 102-A (as amended) and, under the policy; any complaints of racial discrimination during the event shall be referred to the Office of Professional Standards. All Police Officers are responsible for providing information pertaining to the Myrtle Beach Police Department's complaint review process to any civilian who expresses an interest in proving such a complaint or feedback. In addition any officer will provide upon request their name and any badge or officer identification number to any citizen or civilian who requests it without retaliation for such a request. Any observed officer misconduct (MBPDAROP Policy 116) will be reported to a direct supervisor.

(18) Officer Conduct. All officers will enforce laws firmly, fairly, impartially and consistently. The City of Myrtle Beach has a zero tolerance policy for any type of harassment or discrimination, be it related to ethnicity, gender, national origin, religion, disability, age or orientation. Use your cameras at all times.

(19) All Waterfront briefings will take places at 5:45 at Ground Zero located at 904 Chester Street. All officers are required to attend the first briefing on Friday, May 26, 2017. Other agency officers will be directed regarding remaining briefings by their supervisors throughout the weekend.

(20) All supervisors and assisting agencies are required to attend the Memorial Day Weekend Briefing on Thursday, May 25 at 1700 at the Myrtle Beach Convention Center in Exhibit Hall A.

## DIRECTIVES

| 1. INCIDENT NAME | 2. OPERATIONAL PERIOD (DATE AND TIME) |
|---|---|
| Memorial Day Weekend | 26 May 2017 06:00 thru 29 May 2017 18:00 |

### 3. NOTIFICATION DETAILS

#### OUTSIDE AGENCY OFFICERS

1. There will be a formal briefing for all officers assigned to the Waterfront. MBPD officers will park their personal vehicles at the main Police Department (adjacent parking lots) and be transported to the waterfront. The sector supervisors will have a briefing at the police department and will be responsible for taking a roll call. If there are any questions, please contact your sector supervisor. The mandatory meeting for all assisting officers and participating in the Memorial Weekend festivities as well as MBPD supervisors will be Thursday, May 25 at 17:00 at the Myrtle Beach Convention Center, 2101 North Oak Street. All assisting agencies can check-in as early as 13:00 to receive their per diem, assignments and radios if necessary.

2. Prior to working the Memorial Weekend, all outside agency officers excluding State officers and Constables, are required to attend training. This was previously arranged with each agency's training section. If you have not completed the training, you must notify Asst. Chief Amy Prock.

#### WATERFRONT SECTOR SUPERVISORS

1. Sector supervisors need to closely monitor manpower to ensure that all officers show up for duty. Any "no shows" need to be reported to the Waterfront Lieutenants. Some constables and assisting agencies will be working from 10:00 to 18:00 or 18:00 to 02:00. Patrol and Waterfront Lieutenants will be responsible for the even distribution and tracking of the tasers that are assigned to the Waterfront.

#### SPECIAL EVENTS

1. Horry County Schools will not have early dismissal during the Memorial Weekend but will be off Monday, May 25.
2. The Harley Davidson Shop will be open Memorial Day Weekend.
3. Any additional events will be distributed via briefings and/or your sector supervisor.

#### EVACUATION PLAN

1. The Evacuation Plan for both rallies is provided. Please see attached schedule for the Monday, May 29, 2017 Evacuation Plan. Traffic Supervisors (Sgt. Jim Allen and Cpl. West) will make sure the message boards are moved prior to 08:00 hours on Monday, to Hwy 501 advising motorists of alternative route to SC 22 or SC 31. Both of the boards will be stationed on Hwy 501 (See Appendix B).

#### PREPARATION AND REMINDERS

(1) Each supervisor will attend this mandatory review on Tuesday, May 2, 2017 or Wednesday, May 3, 2017 at 17:00 hours. All law enforcement personnel employed by the City of Myrtle Beach and deployed by or on behalf of the City (law enforcement personnel defined as any county or by any municipality including the City) during the Memorial Weekend event will complete training instruction on policing crowds, and on cultural and community sensitivity (including training on interactions with persons from different racial and ethnic groups). This training will be completed prior to working this event and notification will be made to the Myrtle Beach Police Department's Training Section (Cpt. Brown). Any agency law enforcement officer (as defined above) that has not completed the training prior to arriving in Myrtle Beach to work will complete the training on their arrival date and as designated by the Myrtle Beach Police Department's Training Section. Specific times will be announced. Failure to complete this training will eliminate eligibility to work the event.

(2) All assisting officers are required to park their vehicles in appropriate locations while working foot beats on the Waterfront. Parking passes identifying law enforcement vehicles will be issued to law enforcement officers upon check-in.

(3) Patrol will assist the waterfront officers by answering time consuming UCR calls.

(4) Patrol Officers need to make contact with business owners to assure them you are available for them. Officers need to stay mobile and cover all the businesses and parking lots throughout their shifts. Handicap parking issues must be addressed. Businesses may not change handicap parking signs or areas to accommodate motorcycle parking. Construction Services will be available to assist the police department in handling this issue. All contact numbers will be provided to dispatch as well as shift supervisors.

(5) Towing of vehicles as a result of an arrest, vehicle collision or parking violation will be completed by our contracted towing companies. These contracted companies will have identified passes in their windshileds throughout the weekend. Dispatch personnel will be responsible for making all calls of notification to the next company on rotation and advising them of the need, location, vehicle description and reason for the tow. All companies have been made aware of the possibility of the increased need for services during the busy weekends and to plan accordingly. In addition, all companies will be responsible for contacting dispatch personnel if drivers are held up in traffic however they will still be held to a 30-minute response time.

(6) The processing of all 1% outlaw bikers, probates or associates arrested and booked into our facility will be mandatory for both prints and photos. Officers are encouraged to utilize all proper field interview and intelligence reports in reference to any encounters with these subjects or other street encounters related to ongoing criminal activity. This will assist in maintain ongoing intelligence and updated information. Please ensure that this information is accurate and detailed and forwarded to the Intelligence Center as soon as possible.

(7) The Property and Evidence Section will be available if needed. All batteries, supplies, vehicle maintenance issues and repairs should be addressed prior to the weekend. The City Shop will be open during both weekend events.

(8) Supervisors and patrol officers must monitor their area for private signs, barricades, and obstruction of right of ways (bike washes, bike and trailer parking, etc). Officers and supervisors need to address and correct these issues. Make sure you follow up on these issues as well and pass on any problems to the next shift. The residential areas still need to be heavily patrolled. It is The responsibility of the patrol officers in each area to ensure barricades and neighborhood signs are maintained. If signs are removed or destroyed, notify the Lieutenant on duty. They will have contact with he proper resources for replacement.

(9) The Clerk of Courts office will be open Friday, May 26th through Sunday, May 28th 24 hours. Bond Hearings will be held at 6 hour intervals beginning at 0600 on Friday, May 26th and continue through Sunday, May 28th at midnight. Please do not tell an arrestee when their bond hearing will be. We make every attempt to have them attend the next available hearing but there are many variables that affect their time.