# EXHIBIT

# 53

# Mark Kruea

| | |
|---|---|
| **From:** | John Pedersen |
| **Sent:** | Monday, December 08, 2014 6:47 PM |
| **To:** | Mark Kruea |
| **Cc:** | Amy Prock; Joey Crosby |
| **Subject:** | RE: BW thoughts |

Mark -

I'd weave in the notion that this is a reaction to the violence that marred last year's event and that our goal is to provide a safe experience for both our visitors and our residents. I think I'd order the 3 F's as Fair, Firm and Friendly, but I'd reference that somewhere in the statement.

Thank you.

John

-----Original Message-----
From: Mark Kruea
Sent: Monday, December 08, 2014 4:10 PM
To: John Pedersen
Cc: Amy Prock; Joey Crosby
Subject: FW: BW thoughts

Just FYI, in advance of our meeting Friday. It's a fairly simple message, repeated with variations.

Mark

-----Original Message-----
From: Mark Kruea
Sent: Friday, November 07, 2014 3:49 PM
To: Mark Kruea
Subject: BW thoughts

Firm, fair and friendly

Anyone going to the 2015 Atlantic Beach Memorial Day Bikefest should expect significant changes in Myrtle Beach, especially on Ocean Boulevard and Kings Highway. The most noticeable difference is increased law enforcement to address public safety. Illegal activity, including excessive noise, speeding, littering, impromptu parties, unlicensed retail sales and other criminal behavior, will result in tickets or arrests. Myrtle Beach is committed to addressing issues which occurred in 2014. Everyone is welcome, but everyone is expected to obey the laws and behave respectfully and responsibly.

Traffic management also is different for 2015. Access to Ocean Boulevard in Myrtle Beach begins at 29th Avenue North, with no access north of that point. All traffic on Ocean Boulevard is one way, southbound, from 29th Avenue North to South Kings Highway, with an extended loop beyond Ocean Boulevard. To keep vehicles moving at peak times, the extended loop is in effect from 10:00 p.m. to 2:00 a.m., and possibly longer. Northbound lanes of Ocean Boulevard are reserved for emergency vehicles.

1

Myrtle Beach will collect trash and pick up litter twice daily along the length of Ocean Boulevard, beginning at 3:00 p.m. and 2:00 a.m. Visitors should expect lane closures and traffic detours during this process. Pedestrians also will be separated from vehicles by barricades.

_____

Coming to the Atlantic Beach Bikefest in Myrtle Beach? Then expect big changes for 2015, including one-way traffic, an extended traffic loop and, especially, more law enforcement. Myrtle Beach will not tolerate illegal activity and criminal behavior. Traffic management will address gridlock on Ocean Boulevard and elsewhere. Visitors are expected to behave respectfully and responsibly, or face the consequences.