# EXHIBIT

# 54

# Mark Kruea

**From:** Mark Kruea
**Sent:** Wednesday, May 20, 2015 7:18 PM
**To:** 'Michael Smith'
**Subject:** RE: NAACP to Monitor Myrtle Beach for Discriminatory Practices During Black Bike Week
**Attachments:** NAACP Offers to Settle -- February 2, 2006.pdf

Michael…

Thanks for forwarding the release. I won't attempt a "fact check," but the following information may be of interest. I'm pretty sure you are aware of all of these points.
_____

The Harley-Davidson event no longer occurs in the City of Myrtle Beach. Myrtle Beach hasn't had a Harley-Davidson spring rally in several years.

Participants in the Atlantic Beach Memorial Day Bikefest are by no means exclusively African-American.

The Atlantic Beach Memorial Day Bikefest has been an extraordinary event for two decades. It has overwhelmed the community due to, among other things, the sheer number of attendees, the overall lack of organization, speeding and other dangerous driving habits, excessive noise and increased criminal activity.

All law-abiding citizens absolutely will be treated with courtesy and respect.

The law enforcement presence will be greater this year in the wake of eight shootings and three murders during last year's Atlantic Beach Memorial Day Bikefest.

Safety measures are being implemented to protect pedestrians on Ocean Boulevard.

Security at public events across the country has been heightened in recent years in the wake of multiple deadly incidents.

The US Justice Department will have members of its Community Relations Service here this weekend, as it has for many years in the past.

Myrtle Beach police officers receive diversity training regularly, including this spring.

The extended traffic loop is from 10:00 p.m. to 2:00 a.m. – the peak party hours – and is designed to keep event-related traffic moving Friday, Saturday and Sunday nights, rather than creating a massive traffic jam on Ocean Boulevard and/or Kings Highway.

The NAACP requested to settle its lawsuit against the city *(see the attached news release from 2006)*, to which the city agreed, and the five-year term of that consent agreement expired in 2010.

Finally, I believe the number of private security officers hired will be approximately 170, rather than 190.

Thanks,
Mark

1

**From:** Michael Smith [mailto:michael.smith29579@gmail.com]
**Sent:** Wednesday, May 20, 2015 4:55 PM
**To:** Mark Kruea
**Subject:** Fwd: NAACP to Monitor Myrtle Beach for Discriminatory Practices During Black Bike Week

Hey Mark,

When you have a moment, would you mind commenting on this news release from the NAACP? While operation bike week justice is not new, this particular release makes specific references to the 2015 bikefest plan. I was hoping you could fact check some of what is said in the release. This is for a website story. Thanks!

Michael Smith
Carolina Forest Chronicle editor
(843) 488-7259
http://www.myhorrynews.com
http://www.facebook.com/MyHorryNews
https://twitter/myhorrynews.com

Sent from my iPhone

Begin forwarded message:

> **From:** "Dwight James" <director@scnaacp.org>
> **Date:** May 20, 2015 at 4:37:23 PM EDT
> **To:** michael.smith@myhorrynews.com
> **Subject: NAACP to Monitor Myrtle Beach for Discriminatory Practices During Black Bike Week**



Contact: Dwight James
(803) 754-4584
(803) 873-1402
director@scnaacp.org

### NAACP TO MONITOR MYRTLE BEACH FOR DISCRIMINATORY PRACTICES DURING BLACK BIKE WEEK

MYRTLYE BEACH, S.C. -- For the ninth year, the NAACP will conduct Operation Bike Week Justice to monitor discriminatory practices in Myrtle Beach during Black Bike Week, the annual Memorial Day weekend gathering of African American motorcycle enthusiasts. Throughout the weekend the NAACP South Carolina State Conference, local branch leadership, and NAACP member volunteers will be observing police activity and treatment of black tourists, monitoring the practices of local businesses, watching traffic patterns and fielding calls.

The City of Myrtle Beach plans to establish a 23-mile traffic loop with only four exits, substantially increase police presence, retain 190 private security officers and 14 supervisors and erect metal pedestrian barricades. Moreover, the city passed an extraordinary events ordinance declaring Black Bike Week an extraordinary event. As originally proposed, the ordinance would have made it unlawful for people to possess common items such as aerosol containers, backpacks, duffel bags, coolers, lumber and chains under certain circumstances. As reported in the Sun News, the City Council removed those restrictions due to concerns about giving the "wrong impression."

"The NAACP supports reasonable law enforcement tactics designed to promote public safety and peace," said South Carolina State Conference NAACP President Dr. Lonnie Randolph. "However, the Association will vehemently oppose any tactics that unfairly target African Americans."

"The overwhelming majority of Black Bike attendees are law abiding citizens," said Myrtle Beach Branch NAACP President Mickey James. "They should be treated with the same courtesy and respect as all other tourists regardless of race."

Within the past ten years, the NAACP and individual African American plaintiffs have successfully settled a number of discrimination lawsuits against the City of Myrtle Beach and area businesses for unequal treatment of Black Bike Week visitors compared to those who attend Harley Week, a predominantly white event, traditionally held one week earlier.

"The NAACP will not allow the legal gains made in Myrtle Beach to be replaced with the same discriminatory practices of the past," said, NAACP Interim General Counsel, Marshall Taylor.

Again this year, a complaint hotline will be activated for individuals to report closed businesses, police misconduct or other unfair treatment. Black Bike Week attendees can report incidents by calling (888) 362-8683 or by visiting Sandy Grove Baptist Church at 1008 Carver Street, Myrtle Beach, SC to file a complaint in person.

Founded in 1909 the NAACP is the nation's oldest and largest civil rights organization. Its members throughout the United States and the world are premier advocates for civil rights in their communities conducting voter mobilization and monitoring equal opportunities in the public and private sectors.

###

If you would rather not receive future communications from NAACP, let us know by clicking here.
NAACP, 1156 15th st. NW, Washington, DC 20005 United States