**EXHIBIT**

**57**

Myrtle Beach police charge two men, search for two others in shooting | Myrtle Beach Sun News

**CRIME**

# Myrtle Beach police charge two men, search for two others in shooting

By Tonya Root - troot@thesunnews.com

January 12, 2015 02:15 PM
Updated January 12, 2015 04:01 PM

Two Horry County men are facing attempted murder charges and two other men are being sought in connection with a shooting in Myrtle Beach, authorities said.

William Campbell, 23, of Myrtle Beach and Desman Chestnut, 22, of Little River were each charged with attempted murder in the Jan. 5 incident on Grey Street, Myrtle Beach police Lt. Joey Crosby said. Campbell is also charged with possession of a firearm by a convicted felon.

Officers continue to search for Rondric Smith and Jamal Daniels, both of Myrtle Beach in connection with the shooting, Crosby said.

The men are considered armed and dangerous and should not be approached: Residents should call police if they see them, Crosby said.

Close Ad


**Latest news by email**

This afternoon's latest local news

Enter Email Address

**SIGN UP**

A 35-year-old woman told Myrtle Beach police someone shot at her vehicle about 3:20 p.m. Jan. 5, according to a police report. The rear glass, roof and headliner were damaged and police estimated $1,500 worth of damage was done to the car.

ADVERTISING



Close Ad

Officers said in the report that "based on the bullet trajectory, it is our belief that the shots fired were in retaliation for shots fired from Grey Street."

Police were called to Grey Street for a shooting and officers followed and tried to stop a red Camaro in the area of 48th Avenue North and Wild Iris Road, which is in the jurisdiction of Horry County police, Crosby said. The vehicle fled.

Horry County officers and their bloodhound tracking team responded to the area and searched an apartment complex, Horry County police Lt. Raul Denis said at the time of the incident. Officers found the people in the vehicle and took them into custody, but later released those people.

Residents in the area were briefly blocked from returning home until the search was over that night, Denis said.

Anyone with information about Smith and Daniels' whereabouts can call Myrtle Beach police at 918-1382.

💬 COMMENTS ⌄



SPONSORED CONTENT

**Pay-Per-Click Marketing for Personal Injury Lawyers**

**By Lawyers Group** — Generating qualified leads can be challenging and time-consuming. Spend your time working cases - Not finding them.

Close Ad



2/23/2018
Myrtle Beach police charge two men, search for two others in shooting | Myrtle Beach Sun News



## SUBSCRIPTIONS

Start a Subscription

Customer Service

eEdition

Vacation Hold

Pay Your Bill

Rewards

## SITE INFORMATION

About Us

Contact Us

Newsletters

News in Education

## SOCIAL, MOBILE & MORE

Text News Alerts

Mobile & Apps

Facebook

Twitter

YouTube

Close Ad



Newsletters

## ADVERTISING

Place a Classified

Advertise

Rates

Contests & Promotions

Shopping

Local Deals

## MORE

Copyright

Privacy Policy

Terms of Service

Close Ad



CRIME

# Myrtle Beach man reports gunshots fired at his home

**By Tonya Root - troot@thesunnews.com**

January 21, 2015 07:20 AM
Updated January 21, 2015 07:27 AM

A Myrtle Beach man called police Tuesday to report someone fired gunshots into his home, according to a police report.

The 36-year-old man called officers at 9:30 a.m. Tuesday to report he had been sleeping on his couch at 1500 Secondary Highway 15 in Myrtle Beach when he heard gunshots, police said.

The victim found a hole in his wall and heard several gunshots, according to the report. The victim said he believed the gunshots were coming from a wooded area near his home.

A witness told police he heard gunshots and they were coming from the wooded area, which was not uncommon, according to the report. Officers saw a hole through the victim's wall and an indentation in the opposite wall.

---

**Never miss a local story.**
Sign up today for unlimited digital access to our website, apps, the digital newspaper and more.

ADVERTISING

Close Ad



2/23/2018                    Myrtle Beach man reports gunshots fired at his home | Myrtle Beach Sun News



SUBSCRIBE NOW

Officers found a 9mm bullet inside the home, according to the report. Officers also found a bullet hole in an outside wall at a nearby home, but the person who lived there was not home.

Another witness told police she saw three men in the wooded area and they were shooting guns, but the men were gone when police arrived, according to the report. Officers planned to contact the property owner about the incident.

**SUGGESTED FOR YOU**



2/23/2018                    Woman indicted on murder, weapons charges in Myrtle Beach man's stabbing death | Myrtle Beach Sun News

CRIME

# Woman indicted on murder, weapons charges in Myrtle Beach man's stabbing death

By Tonya Root - troot@thesunnews.com

March 06, 2015 07:59 AM
Updated March 06, 2015 09:05 PM

A 48-year-old homeless woman was indicted by an Horry County grand jury on murder and weapons charges in the stabbing death of a Myrtle Beach MAN, according to court records.

Sarah Wassillie, 48, who was staying in the Myrtle Beach area, was indicted on a charge of murder and possession of a weapon during the commission of a violent crime, according to indictments released Tuesday.

Wassillie'S arrest happened three days after 53-year-old William Allen Powell's body was discovered Dec. 9 in the 2300 block of North Kings Highway, Myrtle Beach police said.

In an arrest warrant, authorities said that Powell had been dead for 48 to 72 hours before his body was found. He died from multiple stab wounds, the affidavit showed.

---

**Never miss a local story.**
Sign up today for unlimited digital access to our website, apps, the digital newspaper and more.

ADVERTISING



inRead invented by Teads

SUBSCRIBE NOW

"Investigation of the crime scene yielded evidence that was linked to" Wassillie, according to the warrant.

Officers found Wassillie, and during an interview she revealed details of the crime that only someone involved would know about, police said in the warrant.

**SUGGESTED FOR YOU**





Weird Things Everyone Ignores About Jenny McCarthy's Marriage

What You Don't Know About These Famous Twins





'Good Morning America' Scandals You Never Knew About

The Untold Truth of 'Mountain Men'



Florida Shooter's Former Friend Reported Him 'Multiple' Times



Katie Couric Apologizes for Olympic Coverage Miscue





The Real Reason Why Hollywood Won't Cast Chris O'Donnell Anymore

The Stunning Transformation of the Obama Sisters



💬 **COMMENTS** ⌄

SPONSORED CONTENT

### Pay-Per-Click Marketing for Personal Injury Lawyers

**By Lawyers Group** — Generating qualified leads can be challenging and time-consuming. Spend your time working cases - Not finding them

2/23/2018

Woman indicted on murder, weapons charges in Myrtle Beach man's stabbing death | Myrtle Beach Sun News





**SUBSCRIPTIONS**

Start a Subscription

Customer Service

eEdition

Vacation Hold

Pay Your Bill

Rewards

**SITE INFORMATION**

About Us

Contact Us

Newsletters

News in Education

**SOCIAL, MOBILE & MORE**

Text News Alerts

Mobile & Apps

Facebook

Twitter

YouTube

Newsletters

**ADVERTISING**

Place a Classified

Advertise

Rates

Contests & Promotions

Shopping

Local Deals

**MORE**

Copyright

Privacy Policy

Terms of Service

CRIME

# Myrtle Beach man reports his foot ran over with car, being shot at during argument

By Tonya Root - troot@thesunnews.com

March 09, 2015 07:47 AM
Updated March 09, 2015 10:01 PM

Myrtle Beach police are investigating an argument between two men Sunday night that resulted in one man reporting his foot was ran over by a vehicle and the other man shot at him, according to a police report.

The 22-year-old man told officers that he had been drinking and argued with a 21-year-old man, who was identified as Shawntavius Johnson, at a home at 1221 Brown Pelican Drive, police said.

On Monday, Myrtle Beach police said they are searching for Johnson and have an arrest warrant to charge him with attempted murder in connection with the incident.

The victim told officers that Johnson ran over his foot intentionally while they argued, according to the report. The victim also told police that Johnson fired one gunshot at him as he crawled back into his house.

**Latest news by email**

This afternoon's latest local news

Enter Email Address

SIGN UP

Officers found a shell casing and a bullet in the wall of the home, according to the report.

Offices also found a gun inside the home that the victim said he pointed it at Johnson during the argument, police said. A witness told police the men argued and the victim limped back into the house and called for an ambulance.

Another witness told police he was walking his dog when he saw a vehicle drive by, then he heard a gunshot and saw the same vehicle speeding away, according to the report.

The victim was taken to a nearby hospital for treatment and officers planned to charge him with pointing a gun, according to the report. The suspect was not at the scene.

**SUGGESTED FOR YOU**

2/23/2018                    Myrtle Beach man reports his foot ran over with car, being shot at during argument | Myrtle Beach Sun News



Woman Who Cared for Cruz Wants Control of His Inheritance



This Figure-Skating Move Was Too Provocative for the Olympics



The Double Life of Todd Chrisley



The Real Reason We Don't Hear From Larry The Cable Guy Anymore



This is What Happened to Data From 'Star Trek'



Suspected School Shooter Says Attack Was Instructed by 'Demons'

2/23/2018    Myrtle Beach man reports his foot ran over with car, being shot at during argument | Myrtle Beach Sun News



School Shooter's Brother Committed to Mental Facility



The Untold Truth of Sarah Huckabee Sanders

 COMMENTS ⌄

SPONSORED CONTENT

### An Incredible $200 Intro Bonus Just For Using This Card

A leading bank just upped the intro bonus on its top cash back card to an insane $200. Plus get unlimited 1.5% cash back, no annual fee and more

By NextAdvisor

2/23/2018

Myrtle Beach man reports his foot ran over with car, being shot at during argument | Myrtle Beach Sun News





**SUBSCRIPTIONS**

Start a Subscription

Customer Service

eEdition

Vacation Hold

Pay Your Bill

Rewards

**SITE INFORMATION**

About Us

Contact Us

Newsletters

News in Education

**SOCIAL, MOBILE & MORE**

Text News Alerts

Mobile & Apps

Facebook

Twitter

YouTube

Newsletters

**ADVERTISING**

Place a Classified

Advertise

Rates

Contests & Promotions

Shopping

Local Deals

**MORE**

Copyright

Privacy Policy

Terms of Service

2/23/2018                    Two men surrender to police after shooting near Racepath | Myrtle Beach Sun News

**CRIME**

# Two men surrender to police after shooting near Racepath

**By Elizabeth Townsend - etownsend@thesunnews.com**

March 25, 2015 09:26 AM
Updated March 25, 2015 03:49 PM

Horry County police have two men in custody Wednesday in connection with a shooting that occurred a day earlier on Racepath Street near Myrtle Beach, Lt. Chip Squires said.

Lavander Dieon Wilson, 20, and Terrance Anthony Herriott, 22, both of Myrtle Beach, were charged with attempted murder in connection to a Tuesday afternoon shooting near Racepath, Squires said.

The two men surrendered to police several hours after the shooting, Denis said. They are being held at J. Reuben Long Detention Center awaiting bond.

Authorities were called about 12 p.m. Tuesday when a man was found with a gunshot wound inside a vehicle at Robert Grissom Parkway and Executive Avenue, police said.

**Latest news by email**

This afternoon's latest local news

Enter Email Address

SIGN UP

A witness told them the victim was on Racepath Street talking to someone inside a car when someone in the car shot him.

ADVERTISING



inRead invented by Teads

The car, a gold Crown Victor or Grand Marquis, drove away from the scene of the shooting but eventually returned, the witness told police. A black male exited the vehicle and was confronted by a group of males, police said.

"We do not have any information at this time that leads us to believe there are other individuals criminally involved in this incident, therefore the case is closed by the arrest of these two individuals," Squires said.

**SUGGESTED FOR YOU**



The Untold Truth of Aldi



Famous People Who Went Missing and Were Never Found

2/23/2018

Two men surrender to police after shooting near Racepath | Myrtle Beach Sun News



'Frasier' Star John Mahoney's Cause of Death Revealed



Angry Canadian Hockey Star Forced to Wear Silver Medal



Fired 'Tonight Show' Staffers File Lawsuit



How Dr. Oz Disappointed Us With His Double Life



Former Roommate Reveals Secrets About Melania Trump



Weird Things Everyone Ignores About Jenny McCarthy's Marriage

💬 **COMMENTS** ⌄

SPONSORED CONTENT

## An Incredible $200 Intro Bonus Just For Using This Card

A leading bank just upped the intro bonus on its top cash back card to an insane $200. Plus get unlimited 1.5% cash back, no annual fee and more

By NextAdvisor

2/23/2018

Two men surrender to police after shooting near Racepath | Myrtle Beach Sun News



**SUBSCRIPTIONS**

Start a Subscription

Customer Service

eEdition

Vacation Hold

Pay Your Bill

Rewards

**SITE INFORMATION**

About Us

Contact Us

2/23/2018

Two men surrender to police after shooting near Racepath | Myrtle Beach Sun News

Newsletters

News in Education

**SOCIAL, MOBILE & MORE**

Text News Alerts

Mobile & Apps

Facebook

Twitter

YouTube

Newsletters

**ADVERTISING**

Place a Classified

Advertise

Rates

Contests & Promotions

Shopping

Local Deals

**MORE**

Copyright

Privacy Policy

Terms of Service

**CRIME**

# Man arrested after shots fired in Myrtle Beach

**By Elizabeth Townsend - etownsend@thesunnews.com**

March 31, 2015 09:58 AM
Updated April 01, 2015 10:27 AM

Myrtle Beach police have arrested a man in connection with a report of gunshots fired at an apartment complex on Monday.

Jamal Antwaun Lewis, 28, was charged with attempted murder, possession of meth/cocaine, and pointing and presenting a firearm at someone, according to jail records.

Police responded about 8 p.m. Monday to the 300 block of Cedar Street after there were reports of shots fired in the area, authorities said.

After investigating, authorities discovered the victim was shot at, but had not been hit, according to Lt. Joey Crosby, spokesman with the Myrtle Beach Police Department.

Close Ad



Man arrested after shots fired in Myrtle Beach | Myrtle Beach Sun News

**Today's top news by email**

The local news you need to start your day

Enter Email Address

**SIGN UP**

Lewis ran to a nearby apartment after shooting at the victim and begged to be let in, which he was, according to an arrest warrant.

ADVERTISING

Close Ad

love
has
no
labels

2/23/2018

Man arrested after shots fired in Myrtle Beach | Myrtle Beach Sun News

Myrtle Beach police got a search warrant and found Lewis inside the apartment, authorities said.

Police also said they found a bag containing crack cocaine, and charged Lewis with possession of crack, third offense. Officers also found a stolen handgun, according to an arrest warrant.

**SUGGESTED FOR YOU**



Katie Couric Apolog

Man arrested after shots fired in Myrtle Beach | Myrtle Beach Sun News



Big Stars Who Quietly Work a Normal Job



The Disturbing Truth About Erin Andrews

Close Ad



love has no labels





The Real Reasons Why 'Pawn Stars' is a Total Sham          Shady Things Everyone Just Ignores About Kelly Ripa

Close Ad







Ben Affleck Banned for Life From Playing Blackjack at Hard Rock

The Untold Truth of 'Mountain Men'

💬 **COMMENTS** ⌄


Close Ad

2/23/2018

Man arrested after shots fired in Myrtle Beach | Myrtle Beach Sun News



SPONSORED CONTENT

## An Insane Credit Card Offering 0% Interest Until 2019

This top cash back card doubles your 5% back in rotating categories to 10% after your first year and also offers an amazing 14-month 0% intro APR.

By NextAdvisor



## SUBSCRIPTIONS

Start a Subscription

Customer Service

eEdition

Vacation Hold

Pay Your Bill

Close Ad



Rewards

## SITE INFORMATION

About Us

Contact Us

Newsletters

News in Education

## SOCIAL, MOBILE & MORE

Text News Alerts

Mobile & Apps

Facebook

Twitter

YouTube

Newsletters

## ADVERTISING

Place a Classified

Advertise

Rates

Contests & Promoti

Shopping



Close Ad

2/23/2018                    Man arrested after shots fired in Myrtle Beach | Myrtle Beach Sun News

Local Deals

## MORE

Copyright

Privacy Policy

Terms of Service

Close Ad


https://www.myhorrynews.com/news/crime/myrtle-beach-police-release-photo-from-second-shooting-of-bikefest/article_4bec504e-03df-11e5-95bd-1f743ad1110f.html

# Myrtle Beach police release photo from second shooting of 2015 Bikefest

By Michael Smith michael.smith@myhorrynews.com   Jun 3, 2015

Myrtle Beach police release photo from second shooting of 2015 Bikefest | Crime | myhorrynews.com



Myrtle Beach police released this surveillance photo of a man wanted in a shooting incident at Compass Cove during Bikefest.

Myrtle Beach police have released more information from the second shooting to occur at the Compass Cove Resort during the 2015 Bikefest, including a photo of a suspect in the case.

Myrtle Beach police spokesman Lt. Joey Crosby  said in a statement the man is believed to be from the Winston-Salem, N.C. area.

Anyone with information about the man or with additional information is asked to call the Myrtle Beach Police Department at 843-918-1382.



Crosby said suspect is considered to be armed and dangerous and should not be approached.

The second shooting occurred around 6:58 a.m. Sunday. An incident report lists three victims, ages 34, 22 and 26.

According to the report, at least one shot was fired on the second floor. No arrests had been made as of press time. The 34-year-old man said he was shot at while exiting his room. He avoided the shot and closed the door to his room.

Police located a shell casing near an air conditioning unit in the hall and a bullet hole was found in the door of room 252, the report said.

According to the report, the suspect is described as a black male with slim build. He was wearing a tan sweatshirt with the hood over his head, and jeans.

2/23/2018

Myrtle Beach police release photo from second shooting of 2015 Bikefest | Crime | myhorrynews.com



The shooting occurred less than 12 hours after another shooting that seriously wounded a 39-year-old man on the ninth floor at Compass Cove.

Craig Williams, 45, of Baltimore, Md., has been charged with attempted murder and possession of a weapon in the commission of a violent crime.

Bond was set at $150,000 during a bond hearing shortly after midnight Monday.

Jennifer Wilson, chief municipal judge in Myrtle Beach, said at that hearing that the victim had been shot four times and that he's not able to speak.

2/23/2018                    Myrtle Beach police release photo from second shooting of 2015 Bikefest | Crime | myhorrynews.com





**Compass Cove shooting report**
May 24, 2015





**Second Compass Cove shooting report**
May 26, 2015

**4:18-cv-00554-MGL    Date Filed 02/27/18    Entry Number 6-58    Page 46 of 73**

Contests | Carolinas Business Break | St. Jude Dream Home | NC DHHS Flu







**66°**

Broken Clouds
**Charlotte**

**FULL FORECAST**

Search

# 3rd man arrested for murder in connection to Collins St. shooting in August

*Published: Friday, August 14th 2015, 2:47 pm EST*
*Updated: Thursday, September 17th 2015, 12:12 pm EST*

**By WMBF News Staff**   CONNECT

MYRTLE BEACH, SC (WMBF) – A third man was arrested and charged with murder in connection with the shooting that occurred on Collins Street last month, according to online records from Myrtle Beach Police.

Corey Bernard Holmes, 41, was arrested Wednesday by Myrtle Beach Police and booked into J. Reuben Long Detention center on one charge of murder, records state.

Damiean Lamont Cantey, age 36, was arrested last week, and is charged with murder and possession of a weapon during a violent crime.

On Monday, August 10, officers responded to the 600 block of Collins Street at about 7:22 p.m. in reference to a shooting, according to the arrest warrant for Christopher Columbus White, III.

The investigation revealed that 30- year-old White and other people assaulted a victim together on Collins Street, which resulted in the victim dying from the injuries he received, including a gunshot wound.

White was questioned by police, but denied any knowledge of the incident, the warrants state. Investigators learned he was injured during the incident, and was wearing a hat while he was confronted by investigators to hide these injuries. Once confronted, he revealed the lacerations he had to his head, but said he received them at a different location. Further investigation revealed White did receive the injuries on Collins Street, and hid that information from police.

On Thursday, August 13, White was arrested by Myrtle Beach Police and charged with murder and obstructing justice for the deadly shooting on Collins Street, and lying to investigators about it.

Dominick Goodwin, age 23, of Myrtle Beach, has been identified as the victim of the shooting, according to Darris Fowler, Horry County Deputy Coroner.

**Related Link: Police: Suspect at large in Collins St. shooting**

*Copyright 2015 WMBF News. All rights reserved.*

# SPONSORED STORIES

*Recommended by*









**Glasses-Lovers Are Going Crazy Over This Website**
*GlassesUSA*

**These Wallet-Friendly, Walkable Heels Are Flying Out Of Stock, And They're From One Of Your Favorite Brands**
*InStyle - Fashion*

**These Hearing Aids Are Selling Out Fast**
*Hear.com*

**She Transformed Her Gut With One Thing**
*Gundry MD*



**Size Matters! Tips for Keeping Your Breast Healthy**
*Health Central*



**Born Before 1985? Virginia Will Pay Off Your Mortgage**
*Fetcharate*



**Did You Know This Site Can Locate Anyone? Enter Name**
*TruthFinder*



**[Gallery Story] Haleigh Wakes From Coma And Tells Doctors What Her Parents Did**
*Herald Weekly*

## SPONSORED CONTENT

**A Car Like No Other: The New 2018 Toyota Tundra Explored** *Edmunds*

**[Photos] Colorado Mom's Double Life Leaves Her Family In Ruins** *Direct Expose*

**The Tragic True Story Behind "Dennis The Menace"** *Trend Chaser*

**Here's Why You Should Stop 'Googling' People** *BeenVerified.com*

**If You're a Keurig Addict, Read This: 4 Ways to Save on K-Cups** *Coffee Magazine*

## WE RECOMMEND

**The Latest: Deadly tornado confirmed in Kentucky**

**Gerber names 1st 'spokesbaby' with Down syndrome**

**Emergency crews respond to accident in Mt. Pleasant**

**Missing Chelsea woman, Lisa Holman, found alive**

**The Only Sweet Tea Recipe You Need**

*Recommended by*

2/26/2018

3rd man arrested for murder in connection to Collins St. shootin - | WBTV Charlotte

Can't Find Something?

**SEARCH**

SEARCH



1 Julian Price Pl.
Charlotte, NC 28208
(704) 374-3500

**FCC Public File**
**publicfile@wbtv.com**
(704) 374-3788
**EEO Report**
**Closed Captioning**

**NEWS**      **WEATHER**      **SPORTS**      **VIDEO**      **TRAFFIC**      **FEATURES**      **COMMUNITY**      **ABOUT US**      **TV**      **MARKETPLACE**

**NORTH CAROLINA NEWS NOW**      **SOUTH CAROLINA NEWS NOW**

frankly All content © Copyright 2000 - 2018 Raycom Media. All Rights Reserved. For more information on this site, please read our **Privacy Policy**, and **Terms of Service**, and **Ad Choices**.



**CRIME**

# Myrtle Beach police charge man with murder in hotel parking lot shooting

**BY TONYA ROOT**
*troot@thesunnews.com*

September 01, 2015 11:04 AM
Updated September 01, 2015 10:05 AM

An argument between two men in a Myrtle Beach hotel parking lot ended with one man shot to death and the other charged with murder, authorities said Tuesday.

Darrell Faquwan Deas, 32, of Myrtle Beach was charged Tuesday with murder, unlawful carrying of a pistol and possession of a weapon during the commission of a violent crime, Myrtle Beach police Lt. Joey Crosby said Tuesday.

Deas is being held at the Myrtle Beach Jail pending a bond hearing later in the day.

ADVERTISING



inRead invented by Teads

The charges were filed in connection with the death of 30-year-old Latron Lewis, who died after being shot about 5:15 a.m. Sunday in the rear parking lot of the LaQuinta Inn and Suites on 21st Avenue North in Myrtle Beach.

Myrtle Beach police charge man with murder in hotel parking lot shooting | Myrtle Beach Sun News



Lewis was taken to Grand Strand Regional Medical Center and pronounced dead about 6:30 a.m. Sunday from his injuries, Horry County Deputy Coroner Darris Fowler said.

Detectives learned Deas and Lewis argued in the parking lot and it escalated to Deas using a handgun, Crosby said Tuesday. Details about what the men argued about were not available.

More information will be posted as it is released.

*Tonya Root: 843-444-1723, @tonyaroot*

**SUGGESTED FOR YOU**

Myrtle Beach police charge man with murder in hotel parking lot shooting | Myrtle Beach Sun News





Former Roommate Reveals Secrets About Melania Trump

What Tiger Woods' Ex is Doing Now



The Truth About Clint From 'Fixer Upper'



Why Hollywood Won't Cast Hayden Panettiere Anymore



Bill Cosby's Daughter Ensa Dead at 44



Weird Things Everyone Ignores About Jenny McCarthy's Marriage





Big Stars Who Quietly Work a Normal Job

Athletes Who Died While Competing in the Olympics



💬 **COMMENTS** ⌄

2/26/2018

Myrtle Beach police charge man with murder in hotel parking lot shooting | Myrtle Beach Sun News



**SPONSORED CONTENT**

### Simple and Inexpensive: Marketing Tips For Businesses

**By Nationwide** — Instead of relying solely on traditional marketing efforts like TV commercials and print ads, think about complementing your marketing campaigns...



**SUBSCRIPTIONS**

Start a Subscription

Customer Service

eEdition

Vacation Hold

Pay Your Bill

Rewards

**SITE INFORMATION**

About Us

Contact Us

Newsletters

News in Education

2/26/2018                    Myrtle Beach police charge man with murder in hotel parking lot shooting | Myrtle Beach Sun News

## SOCIAL, MOBILE & MORE

Text News Alerts

Mobile & Apps

Facebook

Twitter

YouTube

Newsletters

## ADVERTISING

Place a Classified

Advertise

Rates

Contests & Promotions

Shopping

Local Deals

## MORE

Copyright

Privacy Policy

Terms of Service



Close Ad

love
has
no
labels

2/23/2018

Police respond to shooting at burrito bar | Myrtle Beach Sun News

**CRIME**

# Police respond to shooting at burrito bar

**BY ELIZABETH TOWNSEND**
*etownsend@thesunnews.com*

October 08, 2015 07:48 AM
Updated October 08, 2015 10:30 AM

Myrtle Beach police are investigating after a shooting happened at a downtown restaurant.

Police said the shooting happened about 5:13 a.m. Thursday at Farlo's Burrito Bar at 815 Main St. in Myrtle Beach.

Lt. Joey Crosby, Myrtle Beach police spokesman, said a preliminary investigation revealed there was a disturbance at the restaurant and shortly afterward a victim was shot.

ADVERTISING

Close Ad



Authorities said the shooting victim was taken to the hospital, and his condition was unknown later Thursday morning.

**Never miss a local story.**

Sign up today for unlimited digital access to our website, apps, the digital newspaper and more.

SUBSCRIBE NOW

The investigation is ongoing, and anyone with information is asked to contact the Myrtle Beach Police Department at 843-918-1382.

More information will be released as soon as it is provided. Please check back for story updates.

*Elizabeth Townsend: 843-626-0217, @TSN_etownsend*

**SUGGESTED FOR YOU**

Close Ad





Olympic Skier Breaks Pelvis in Horrifying 100-Foot Fall



What Tiger Woods' Ex is Doing Now

Close Ad





Former Child Stars Who Need to Realize Their Fame is Over



The Truth About the Property Brothers

Close Ad





This Is What's at the Center of Bristol Palin's Divorce



What Everyone Ignores About Russell Wilson & Ciara's Marriage

Close Ad





What Casey Anthony is Doing Today



The Double Life of Anthony Bourdain



💬 **COMMENTS** ⌄





SPONSORED CONTENT

## The Best Marketing Tips For Small Businesses

**By Nationwide** — Instead of relying solely on traditional marketing efforts like TV commercials and print ads, think about complementing your marketing campaigns...



**SUBSCRIPTIONS**

Start a Subscription

Customer Service

eEdition

Vacation Hold

Pay Your Bill

Rewards

**SITE INFORMATION**

About Us

Close Ad


Contact Us

Newsletters

News in Education

## SOCIAL, MOBILE & MORE

Text News Alerts

Mobile & Apps

Facebook

Twitter

YouTube

Newsletters

## ADVERTISING

Place a Classified

Advertise

Rates

Contests & Promotions

Shopping

Local Deals

## MORE

Copyright



Close Ad

Privacy Policy

Terms of Service



Close Ad

2/23/2018          Myrtle Beach businessman to face attempted murder trial; Stand Your Ground challenge denied | Myrtle Beach Sun News



**LOCAL**

# Myrtle Beach businessman to face attempted murder trial; Stand Your Ground challenge denied

**BY ELIZABETH TOWNSEND**
*etownsend@thesunnews.com*

February 10, 2017 06:55 PM
Updated February 10, 2017 08:44 PM

A judge ruled Friday afternoon that a Myrtle Beach businessman who filed a Stand Your Ground challenge in regard to a November 2015 shooting incident will go to trial.

Circuit Court Judge Steven John denied the Stand Your Ground challenge filed by Shai David's defense attorney after hearing testimony and viewing evidence, including body camera footage of the incident, on Thursday, and stated Friday the matter will go to trial.

2/23/2018         Myrtle Beach businessman to face attempted murder trial; Stand Your Ground challenge denied | Myrtle Beach Sun News

David is charged with attempted murder and possession of a weapon after the shooting injury of Jack Isaiah Rabon, who was charged with the third-degree assault of David, stemming from the same incident, according to court records.

David said Rabon began threatening him after some failed business dealings. The day of the incident, David said he was in the Superblock area in Myrtle Beach collecting rent from his tenants when he saw Rabon come "out of nowhere," according to testimony.

---

### Never miss a local story.

Sign up today for unlimited digital access to our website, apps, the digital newspaper and more.

SUBSCRIBE NOW

---

David activated a body camera he was wearing, capturing the incident. A witness working at a nearby business said he heard shouting, told someone to call 911 and ran out to help. Rabon then backed away to his vehicle, and David opened fire, according to court statements.

Rabon was injured during the shooting, and testified in court Thursday that he was on life support in the hospital for about three days after the incident.

David sought immunity from the charges in the incident under the shield of the state's Stand Your Ground law, which says deadly force is allowed to defend someone's home, place of business or vehicle.

During closing arguments Friday morning, David's defense attorney said David had the right to use force until he believed the threat he was encountering was over.

David told police that Rabon carried "several guns" in his truck and that he feared if he didn't shoot, Rabon would have carried out previous threats, according to court statements.

The defense also said in closing that David believed he saw a weapon and had the right to act on appearances. The defense claimed that when Rabon was in his vehicle there was a pause in his departure where he repositioned his vehicle, so David fired his gun until he believed the threat had ended, which the defense said was his right, and that David was acting in self defense.

The defense called Rabon's attack on David just before the shooting "unprovoked and vicious."

4:18-cv-00554-MGL    Date Filed 02/27/18    Entry Number 6-58    Page 71 of 73

2/23/2018                     Myrtle Beach businessman to face attempted murder trial; Stand Your Ground challenge denied | Myrtle Beach Sun News

"Was he justified of being fearful of Jack Rabon? Absolutely," David's attorney said.

While the State said Rabon did assault David, it argued that any threat ended when Rabon retreated to his vehicle and that Rabon was fleeing the scene when David advanced toward him and fired.

Rabon testified Thursday that he did have a firearm, an "old pair of brass knuckles," several different rounds of ammunition and a "small baseball bat" in his truck that day, but said he never used any of the weapons against David.

Rabon said that he lived in a rough part of town and that he had been robbed before so he carried weapons for protection. The defense said that David knew Rabon carried weapons, making him feel threatened.

The State also said that Rabon was driving away from the scene when David moved toward him and opened fire.

"He ended the altercation. He drove away, and the defendant pursued," said attorney Martin Spratlin, representing the State.

The judge made his ruling Friday afternoon after hearing closing arguments that morning, and denied the Stand Your Ground challenge. Now, a jury will decide the case.

The matter will be scheduled to go to trial, but a date is not set.

*Elizabeth Townsend: 843-626-0217, @TSN_etownsend*


💬 **COMMENTS** ⌄

4:18-cv-00554-MGL    Date Filed 02/27/18    Entry Number 6-58    Page 72 of 73

2/23/2018    Myrtle Beach businessman to face attempted murder trial; Stand Your Ground challenge denied | Myrtle Beach Sun News



## SUBSCRIPTIONS

Start a Subscription

Customer Service

eEdition

Vacation Hold

Pay Your Bill

Rewards

## SITE INFORMATION

About Us

Contact Us

Newsletters

News in Education

## SOCIAL, MOBILE & MORE

Text News Alerts

Mobile & Apps

Facebook

Twitter

YouTube

Newsletters

## ADVERTISING

Place a Classified

Advertise

Rates

Contests & Promotions

Shopping

Local Deals

## MORE

Copyright

Privacy Policy

Terms of Service