# EXHIBIT

# 64

2017

**Harley Davidson Bike Rally**
**South Carolina Department of Public Safety**
**South Carolina Highway Patrol**
**Operations Plan (OPLAN)**

**References:**

1. SC Code of Laws 1976 (as amended)
2. SCDPS Policy Directives
3. SCHP Manual of Operations
4. SCHP Civil Emergency Response Team Guide
5. Map, Horry County
6. Map, Georgetown County
7. Map, City of Myrtle Beach
8. Map, City of North Myrtle Beach

**Task Organization:**

South Carolina Highway Patrol

**1. SITUATION:**

a. General

The Harley Davidson Myrtle Beach Bike Rally is an annual event sponsored by the Carolina Harley Davidson Dealer's Association. In addition to planned events, large numbers of commercial vendors establish temporary businesses on private property areas throughout the Grand Strand. As a result, maximum vehicle capacity volume, ingress and egress of vehicle traffic, and heavy pedestrian traffic will create continuous traffic congestion. **The 2017 Harley Davidson Bike Rally is scheduled for May 12, 2016 through May 21, 2017.**

b. Public safety hazards created by congestion and above maximum volume traffic, the integration of motorcycles, automobiles (passenger, recreational and commercial vehicles) and pedestrians in a festive atmosphere will exist. Slow moving and\or stalled traffic, and violations committed by motorcycle riders (and automobiles) have the potential for creating unsafe conditions at any time. Violations typically committed:

Last Updated April 10, 2017

c.
1. Improper Passing (particularly between lanes of traffic)
2. Improper Parking/Standing
3. Improper Starting
4. Improper/Unlawful Lane Changes
5. Turning Improperly/Unlawfully (including illegal u-turns)
6. Disregarding Signs and/or Signals
7. Following Too Closely
8. Failure To Yield Right of Way
9. Racing
10. Speeding
11. Equipment Violations
12. Pedestrian Violations
13. Driving Under the Influence

## 2. MISSION:

To enhance traffic and public safety by deploying sufficient traffic enforcement, crowd control and traffic control measures in affected areas. To detect traffic and criminal law violations and take immediate/appropriate enforcement action, as well as to facilitate the safe and orderly movement of pedestrian traffic. To enhance the efficient movement of motor vehicles through the dissemination of public information, by utilizing highway advisory radios, electronic variable message boards and local media.

## 3. EXECUTION:

a. Commander's Intent.

To deploy traffic enforcement, crowd control and traffic control units to effected roadways and areas. Ensure unobstructed traffic along roadways. Ensure safe and orderly movement of pedestrian traffic. Direct immediate and appropriate enforcement and\or crowd control measures when necessary to enhance public safety.

b. Concept of Operations.

SCDPS public safety efforts for this event will be concentrated in four areas.
1. Traffic Control/Traffic Control Points (Appendix A)
2. Traffic/Special Enforcement (Appendix B)
3. Public Information (Appendix C)
4. **Crowd Control**

Last Updated April 10, 2017

c.    Coordinating Instructions.

1.    Horry/Georgetown County SCHP or Horry County Sheriff's Department will be responsible for prisoner transports.

2.    Patrol Troop Lieutenants will respond to any DPS vehicle crash or other emergency.

3.    No assignments will be modified and\or disregarded without prior approval of Patrol Troop Five Commander or event OIC (Lieutenant G. M. Caulder).

4.    Body armor will be worn at all times on post/assignment (outer carrier optional) Reflective Vests to be utilized at all times while in roadway.

## 4. SERVICE AND SUPPORT:

a.   Assigned units will be housed at Hampton Inn and Suites Ocean Front (Appendix D)
b.   Patrol Troop Five will provide spare vehicle(s) as needed.
c.   Vehicle repairs will be made in accordance with existing policy.  Post D (Horry County) SCHP supervisors will assist where needed.

## 5. COMMAND AND COMMUNICATION:

a.   Command.

| Name | Call # | Position | Location |
|------|--------|----------|----------|
| Director Leroy Smith | DPS1 | DPS Director | TBA |
| Colonel M. R. Oliver | HP1 | SCHP Commander | TBA |
| LTC C. R. Williamson | HP2 | SCHP Deputy Commander | TBA |
| Major Melvin Warren | HP3 | Field Operations Officer | TBA |
| Captain G. S. Owens | R-1 | ACE Commander | TBA |
| Captain J. N. Nell | E-1 | Troop 5 Commander | Troop 5 |
| Lieutenant G. M. Caulder | E-2 | Operations OIC | Troop 5 |
| Lieutenant B. K. Floyd | E-4 | Assistant Operations OIC | Troop 5 |

b.   Communications.

| Unit | 800 MHz Channel |
|------|-----------------|
| Horry County | Zone 5 Channel 70 Post D |
| ACE Team | Zone 5 Channel 73 S/Op 5 |
|  |  |

Last Updated April 10, 2017

c. Back-Up Communications Plan.

| Unit | 800 MHz Channel |
|------|-----------------|
| Horry County | Zone 27 Channel 1 Horry HP |
| ACE | T5-73 S/Op 5 |
| | |

**\*All Troop 5 officers working normal duties should use Zone 5 Channel 69 TAC 10 as the talk-around channel during the fall Harley Davidson Bike Rally period.**

**6. SAFETY**

a. Unit Commanders will conduct safety briefings prior to operations.

b. Supervisors and assigned personnel will continuously monitor operations and will take appropriate action(s) to enhance safety.

Risk Assessment

| Risk | Preventive Measures |
|------|---------------------|
| Traffic (Moving Vehicles) | Reflective Vests, Traffic Wands, Cones and other devices |
| Heat Injury | Briefing with handouts |

Last Updated April 10, 2017

**Harley Davidson Bike Rally**
**South Carolina Department of Public Safety**
**South Carolina Highway Patrol**
**Operations Plan (OPLAN)**
**Appendix A**

**Traffic Control Point One**
**Shift A.  (1100-2100 hours) May 12 – 14, 2017**

| Name | Call # | Assignment |
|------|--------|------------|
| L/Cpl B. A. Suggs | E-55 | US 17 Business @ Murrells Inlet |
| Trp H. P. Lewis | A-100 | US 17 Business @ Murrells Inlet |
| Trp B. C. Vaught | E-122 | US 17 Business @ Murrells Inlet |
| Trp L. M. Swanson | A-122 | US 17 Business @ Murrells Inlet |
| | | |

**Traffic Control Point One**
**Shift B. (1600-0200 hours) May 12 – 14, 2017**

| Name | Call # | Assignment |
|------|--------|------------|
| Cpl M. S. Clayton | E-30 | US 17 Business @ Murrells Inlet |
| L/Cpl C. A. Brown | E-78 | US 17 Business @ Murrells Inlet |
| Trp M. D. Cook | E-128 | US 17 Business @ Murrells Inlet |
| Trp T. A. Skoczlas | E-139 | US 17 Business @ Murrells Inlet |
| Trp J. T. Grogan | B-83 | US 17 Business @ Murrells Inlet |

**Traffic Control Point Two**
**Shift A.  (1100-2100 hours) May 12 – 14, 2017**

| Name | Call # | Assignment |
|------|--------|------------|
| Sgt C. S. Harrelson | A-10 | US 17 Business @ The Beaver Bar |
| L/C S. A. Cotellese | E-92 | US 17 Business @ The Beaver Bar |
| TFC K. B. Smith | B-64 | US 17 Business @ The Beaver Bar |
| Trp C. A. Barnes | E-141 | US 17 Business @ The Beaver Bar |

**Traffic Control Point Two**
**Shift B.  (1600-0200) May 12 – 14, 2017**

| Name | Call # | Assignment |
|------|--------|------------|
| Cpl G. D. Payne | E-26 | US 17 Business @ The Beaver Bar |
| TFC J. J. Ragazzo | E-96 | US 17 Business @ The Beaver Bar |
| TFC E. A. Metherd | E-103 | US 17 Business @ The Beaver Bar |
| Trp A. C. Jones | F-86 | US 17 Business @ The Beaver Bar |
| Trp B. A. Lee | E-131 | US 17 Business @ The Beaver Bar |
| Trp C. P. Jones | E-146 | US 17 Business @ The Beaver Bar |

Last Updated April 10, 2017

**Harley Davidson Bike Rally**
**South Carolina Department of Public Safety**
**South Carolina Highway Patrol**
**Operations Plan (OPLAN)**
**Appendix B**

**Special Enforcement (ACE Motor Units)**
**Shift A. 0800-1800 May 12 - 14, 2017**

| Name | Type | Call # | Location |
|------|------|--------|----------|
| Lt C. P. Logdon | | R-3 | **Command Staff** |
| F/Sgt B. D. Dowis | | R-6 | **Dayshift Supervisor** |
| Sgt D. E. Smith | | R-12 | **Nightshift Supervisor** |
| Cpl K. D. Elia | MU | R-20 | US 17 from US 501 to SC 9 |
| L/C D. W. Giddings | MU | R-50 | US 17 from US 501 to Georgetown Co |
| Cpl B. G. Dewitt | TZ | R-27 | US 501/US 17 |
| L/C C. D. Brigham | TZ | R-66 | US 501/US 17 |
| L/C W. C. Harman | TZ | R-73 | US 501/US 17 |
| L/C M. S. Webb | TZ | R-75 | US 501/US 17 |

**MU (Motor Unit)**

**Special Enforcement (ACE Motor Units)**
**Shift B. 1600-0200 May 12 – 14, 2017**

| Name | Type | Call # | Location |
|------|------|--------|----------|
| Cpl T. C. Kitchens | MU | R-23 | US 17 Bus N from US 501 to US 17 ByP |
| L/C J. A. Johnson | MU | R-74 | US 17 ByP from SC 544 to Georgetown |
| L/C T. L. Cannaday | MU | R-60 | SC 31 from SC 22 to SC 544 |
| L/C B. T. Lee | MU | R-67 | SC 31 from SC 22 to SC 544 |
| Cpl C. A. Bostic | TZ | R-31 | US 501/US 17 |
| L/C M. D. Trotta | TZ | R-76 | US 501/US 17 |
| L/C T. O. Jacobs | TZ | R-78 | US 501/US 17 |
| L/C T. L. Phillips | TZ | R-81 | US 501/US 17 |

Last Updated April 10, 2017

**Harley Davidson Bike Rally**
**South Carolina Department of Public Safety**
**South Carolina Highway Patrol**
**Operations Plan (OPLAN)**
Appendix

**Traffic Control Point One**
**Shift A.  (1100-2100 hours) May 15 – 17, 2017**

| Name | Call # | Assignment |
|---|---|---|
| Cpl M. Altman | F-30 | US 17 Business @ The Beaver Bar |
| Trp H. B. Causey | E-118 | US 17 Business @ The Beaver Bar |
| Trp M. E. Benson | D-89 | US 17 Business @ The Beaver Bar |
| Trp A. J. Marshall | A-91 | US 17 Business @ The Beaver Bar |
| Trp D. M. Johnson | E-145 | US 17 Business @ The Beaver Bar |

**Traffic Control Point One**
**Shift B. (1600-0200 hours) May 15 – 17, 2017**

| Name | Call # | Assignment |
|---|---|---|
| Cpl C. D. Weldon | E-32 | US 17 Business @ The Beaver Bar |
| L/C L. R. Miller | E-86 | US 17 Business @ The Beaver Bar |
| L/C K. W. Lazar | B-50 | US 17 Business @ The Beaver Bar |
| Trp B. A. Collins | E-142 | US 17 Business @ The Beaver Bar |
| Trp N. T. Pye | F-99 | US 17 Business @ The Beaver Bar |

Last Updated April 10, 2017

Harley Davidson Bike Rally
**South Carolina Department of Public Safety**
**South Carolina Highway Patrol**
**Operations Plan (OPLAN)**
**Appendix A**

**Traffic Control Point One Shift A.**
**(1100-2100 hours) May 18 - 21, 2017**

| Name | Call # | Assignment |
|---|---|---|
| Sgt J. C. McWhorter | A-16 | US 17 Business @ Murrells Inlet |
| L/C L. L. Kershner | E-56 | US 17 Business @ Murrells Inlet |
| L/C A. L. Garris | E-85 | US 17 Business @ Murrells Inlet |
|  |  | US 17 Business @ Murrells Inlet |

**Traffic Control Point One Shift B.**
**(1600-0200 hours) May 18 – 21, 2017**

| Name | Call # | Assignment |
|---|---|---|
| Cpl M. S. Clayton | E-30 | US 17 Business @ Murrells Inlet |
| Trp C. T. Lago | E-130 | US 17 Business @ Murrells Inlet |
| Trp S. J. Angeline | E-140 | US 17 Business @ Murrells Inlet |
| Trp B. T. Mezger | E-149 | US 17 Business @ Murrells Inlet |
| Trp K. D. Davis | B-84 | US 17 Business @ Murrells Inlet |
|  |  | US 17 Business @ Murrells Inlet |

**Traffic Control Point Two**
**Shift B. (1100-2100) May 18 - 21, 2017**

| Name | Call # | Assignment |
|---|---|---|
| Cpl C. W. Surratt | E-35 | US 17 Business @ The Beaver Bar |
| L/C J. L. Rodgers | A-44 | US 17 Business @ The Beaver Bar |
| Trp A. L. Blair | C-131 | US 17 Business @ The Beaver Bar |
| Trp T. W. Owens | C-148 | US 17 Business @ The Beaver Bar |
|  |  | US 17 Business @ The Beaver Bar |

**Traffic Control Point Two**
**Shift B. (1600-0200) May 18 - 21, 2017**

| Name | Call # | Assignment |
|---|---|---|
| Cpl M. L. Gosnell | E-31 | US 17 Business @ The Beaver Bar |
| Cpl R. H. Olney | D-22 | US 17 Business @ The Beaver Bar |
| L/C M. G. McAdams | D-50 | US 17 Business @ The Beaver Bar |
| S/T W. W. Peters | E-104 | US 17 Business @ The Beaver Bar |
| Trp B. W. Hardy | C-146 | US 17 Business @ The Beaver Bar |
| Trp C. J. Pagano | E-132 | US 17 Business @ The Beaver Bar |
| Trp S. J. Price | A-102 | US 17 Business @ The Beaver Bar |

Last Updated April 10, 2017

**Harley Davidson Bike Rally**
**South Carolina Department of Public Safety**
**South Carolina Highway Patrol**
**Operations Plan (OPLAN)**

**A-CERT**
**(1600-0200)**

| Name | Call # | Assignment |
|---|---|---|
| Captain R. M. Howard | | |
| Lt D. J. Gamble | | |
| Cpl D. C. Martin | | |
| Cpl R. B. Pope | | |
| Cpl J. H. Lane | | |
| L/C J. E. Goldman | | |

Last Updated April 10, 2017

Harley Davidson Bike Rally
South Carolina Department of Public Safety
South Carolina Highway Patrol
Operations Plan (OPLAN)
Appendix B

**Special Enforcement (ACE Motor Units)**
**Shift A. 0800-1800 May 18 - 21, 2017**

| Name | Type | Call # | Location |
|------|------|--------|----------|
| Lt J. E. Strait | | R-2 | **Command Staff** |
| F/Sgt B. D. Dowis | | R-6 | **Dayshift Supervisor** |
| Sgt D. E. Smith | | R-12 | **Nightshift Supervisor** |
| Cpl K. D. Elis | MU | R-20 | US 17 from US 501 to Georgetown Co |
| L/C D. W. Giddings | MU | R-50 | US 17 from US 501 to Georgetown Co |
| Cpl T. C. Kitchens | MU | R-23 | US 501/US 17 |
| L/C J. A. Johnson | MU | R-74 | US 501/US 17 |
| Cpl C. A. Bostic | TZ | R-31 | US 501/US 17 |
| L/C M. D. Trotta | TZ | R-76 | US 501/US 17 |
| L/C T. L. Phillips | TZ | R-81 | US 501/US 17 |

**MU (Motor Unit)**
**Shift C. 1600-0200 May 18 – 21, 2017**

| Name | Type | Call # | Location |
|------|------|--------|----------|
| L/C B. W. Gardner | MU | R-63 | US 17 Bus N from US 501 to SC 9 |
| L/C D. W. Jenkins | MU | R-69 | US 17 Bus N from US 501 to SC 9 |
| L/C T. L. Cannaday | MU | R-60 | SC 31 from SC 22 to SC 544 |
| L/C B. T. Lee | MU | R-67 | SC 31 from SC 22 to SC 544 |
| Cpl B. G. Dewitt | TZ | R-27 | US 501/US 17 |
| L/C C. D. Brigham | TZ | R-66 | US 501/US 17 |
| L/C W. C. Harman | TZ | R-73 | US 501/US 17 |
| L/C M. S. Webb | TZ | R-75 | US 501/US 17 |

Harley Davidson Bike Rally
South Carolina Department of Public Safety
South Carolina Highway Patrol

Last Updated April 10, 2017

Operations Plan (OPLAN)
Appendix C

**Electronic Variable Message Board Information**
**Location One**

| Number | Location |
|--------|----------|
| 1 | US 17 Business (southbound lane) vicinity of Graham Golf Carts |

**Location Two**

| Number | Location |
|--------|----------|
| 1 | US 17 Business (northbound lane) near Old Magic Harbor |

**Location Three**

| Number | Location |
|--------|----------|
| 1 | US 17 By Pass & SC 707 (northbound lane) |

**Location Four**

| Number | Location |
|--------|----------|
| 1 | US 17 By Pass south of Sec. 801 (southbound Lane) |

**Location Five**

| Number | Location |
|--------|----------|
| 1 | US 17 Bus. north of Sec. 801 (southbound) |

**Location Six**

| Number | Location |
|--------|----------|
| 1 | US 17 By Pass south of SC 544 (southbound lane) |

**Location Seven**

| Number | Location |
|--------|----------|
| 1 | US 17 Welcome Center (southbound lane) |

**Location Eight**

| Number | Location |
|--------|----------|
| 1 | US 501 & Carolina Forest (eastbound lane) |

**Location Nine**

| Number | Location |
|--------|----------|
| 2 | SC 9 north & south of Waccamaw River |

**\*\*Electronic message boards will advise approaching motorists of congestion (ahead) and will advise of alternate routes. Highway advisory radio will broadcast continuous traffic condition updates and traffic incidents requiring driver action. Information regarding alternate routes (around congestion) will also be provided on a continuous basis. Troop Community Relations Officer (CRO) will update local media on a regular basis regarding both current and expected traffic conditions.**

Last Updated April 10, 2017



**Memorial Week Bike Fest**
**South Carolina Department of Public Safety**
**Operations Plan (OPLAN)**

**References:**

    1.    SC Code of Laws 1976 (as amended)
    2.    DPS Policy Directives
    3.    SCHP Manual of Operations
    4.    SCHP Civil Emergency Response Team Guidebook
    5.    Map, Atlantic Beach
    6.    Map, Horry County
    7.    Map, City of Myrtle Beach
    8.    Map, City of North Myrtle Beach

**Task Organization:**

    South Carolina Highway Patrol
    South Carolina Highway Patrol ACE Team
    South Carolina Highway Patrol ACERT Team
    South Carolina State Transport Police
    South Carolina Department of Pardon, Probation and Parole

## 1. SITUATION.

    a.    General

    The Memorial Week Bike Fest is an annual event centered in (and around) the town of Atlantic Beach. Along with the planned events, a significant number of vendors establish temporary businesses on private property inside the town limits. Because of the Town's relatively small size (4 square blocks), the large numbers of motorcycles, recreational vehicles and pedestrians create extreme congestion within the town limits. Additionally, the movement of bikers to planned activities, ingress and egress from vendor areas, and cruising contribute to severe traffic congestion in the Grand Strand, particularly the areas of US 17 business and by-pass, from Myrtle Beach to North Myrtle Beach. **This year's event is scheduled for May 25 through 29, 2017.**

    b.    Assumptions.

    Public safety hazards created by severe traffic congestion, stopped and\or stalled traffic and large numbers of pedestrians crossing and walking in close proximity to roadways will exist through the event. The movement of motorcycle (riders) in and around stalled traffic has the potential for creating unsafe conditions at any given time during the event. Other violations typically committed by motorcycle riders include:

    1.    Improper Passing (particularly between lanes of traffic)

2.    Improper Parking
3.    Turning Unlawfully (including illegal U-turns)
4.    Disregarding Signs or Signals
5.    Failure to Yield Right of Way
6.    Speeding
7.    Racing
8.    Walking Violations
9.    Reckless Driving
10.   Driving Under the Influence

## 2.    MISSION

The mission of the Department of Public Safety is to enhance public safety by deploying sufficient traffic enforcement, crowd control and traffic management/control measures through (and in the vicinity of) Atlantic Beach, North Myrtle Beach and Myrtle Beach. Facilitate the safe and orderly movement of pedestrian traffic. To assist the efficient movement of motor vehicles and reduce congestion by disseminating public information through the use of highway advisory radio, electronic variable message boards and local media.

## 3.    EXECUTION

a.    *Commander's Intent*

To deploy traffic enforcement, crowd control and traffic control units and systems to affected areas; to ensure roadways remain free of obstructions; to ensure safe and orderly movement of pedestrian traffic; to enhance public safety in areas of large crowd gatherings; to direct immediate and appropriate enforcement and\or crowd control measures when necessary for public safety.

b.    *Concept of Operations*

SCDPS efforts for this event will be concentrated in four functional areas.

1.    Traffic/Crowd Control (see appendix A).
2.    Special Enforcement (see appendix B)
3.    Public Information (see appendix C)

c.    *Coordinating Instructions*

1.    Body armor is mandatory for all personnel (inner wear or outer garment is optional)
2.    Supervisors will conduct shift change briefings at the beginning\end of each tour of duty.
3.    Post D (Horry County) SCHP units will be responsible for ACE motor unit prisoner transports.
4.    Patrol Troop Five Lieutenant will respond to any DPS vehicle crash or other emergency.
5.    Troop 5 leadership will provide administrative support/information as needed.

Updated April 24, 2017

### 4. SERVICE AND SUPPORT.

a. Patrol Troop 5 will provide (temporary) spare vehicle(s) if needed.

b. Vehicle repairs (if necessary) will be made in accordance with existing policy.

### 5. COMMAND AND COMMUNICATION.

a. *Command.*

| Name | Call # | Position | Location |
|------|--------|----------|----------|
| Leroy Smith | DPS1 | DPS Director | TBA |
| Colonel M. R. Oliver | HP1 | SCHP Commander | TBA |
| Colonel Leroy Taylor | STP1 | STP Commander | TBA |
| LTC C. N. Williamson | HP2 | SCHP Deputy Commander | TBA |
| Major M. Warren | HP3 | Operations Officer | Horry County |
| Major M. J. Gamble | HP6 | Operations Officer | Horry County |
| Captain J. N. Nell | E-1 | Troop 5 Commander | Horry County |
| Captain G. S. Owens | R-1 | ACE Commander | Horry County |
| Lieutenant G.M. Caulder | E-2 | Operations OIC | Horry County |
| Lieutenant B. K. Floyd | E-3 | Assistant Operations OIC | Horry County |

b. *Communications*

| Unit | 800 MHz Channel |
|------|-----------------|
| Horry County | Zone 5 Channel 70 Post D |
| ACE | Zone 5 Channel 73 Special Ops 5 |
| Myrtle Beach | TBD-Nick Babin Briefing |
| Atlantic\North Myrtle Beach | Zone 5 Channel 74 LEC-5 |

c. *Back-Up Communications Plan.*

| Unit | 800 MHz Channel |
|------|-----------------|
| Horry County | TBD-Nick Babin Briefing |
| ACE/Safety Improvement Team | Zone 5 Channel 73 S/Op 5 |
| Myrtle Beach | Zone 5 Channel 73 S/Op 5 |
| Atlantic\North Myrtle Beach | TBD-Nick Babin Briefing |

**\*All Troop 5 officers working normal duties should use Zone 5 channel 69 TAC 10 as the talk-around channel during the Memorial Week Bike Fest period.**

### 6. SAFETY

a. Unit Commanders will conduct safety briefings prior to operations.

b. Supervisors and assigned personnel will continuously monitor operations and will take appropriate action(s) to enhance safety.

Risk Assessment

| Risk | *Preventive Measure* |
|------|----------------------|
| Traffic (Moving Vehicles) | Reflective Vests, Traffic Wands, Cones and other Devices |
| Heat Injury | Briefings, handouts |

# Memorial Week Bike fest
## South Carolina Department of Public Safety OPLAN
## Traffic Control Assignments
## Appendix A-1

**Shift A (0700-1900 hours)**

| Traffic Post | Name | Call # | Remarks |
|---|---|---|---|
| OIC | Sgt Q.D. Hallman | B-14 | |
| US 17 @ 27th Ave. South | Cpl W.C. West<br>L/C J.D. Bell<br>Off J.C. Hughes<br>Off T.D. Praileau | D-34<br>A-125<br>X-84<br>X-104 | |
| US 17 @ 29th Ave. South | L/C C.T. Norton<br>Trp S.W. Krawczyk | X-56<br>C-156 | |
| US 17 @ 30th Ave South | Cpl T.M. McKinney<br>L/C S.D. Brookshire<br>Trp M.D. Ambrose<br>Trp G.E. Littles<br>L/C T.C. Smallwood | B-35<br>B-52<br>C-161<br>A-116<br>X-60 | |
| US 17 @ 31st Ave. South | L/C D.L. Tillman | X-49 | |
| US 17 @ 32nd Ave. South | TFC J.D. Bedard | C-108 | |
| US 17 @ 33rd Ave. South | Off B.R. DeWeese | X-96 | |
| US 17 @ 37th Ave | L/C R.C. Bohler<br>Trp D.M Madison<br>Trp C.J. Arnold | F-47<br>F-97<br>A-113 | |
| US 17 @ Windy Hill | L/C K.Q. Phan<br>Trp G.E. Cooke | X-48<br>D-101 | |
| US 17 @ 46th | TFC L.K. Wilson<br>Trp S.J. Price | C-101<br>A-102 | |
| US 17 @ 48th | L/C J.P. Neuroth<br>Trp D.S. Jones | X-55<br>C-155 | |
| US 17 @ Ocean Creek | TFC E. S. Klemm<br>Trp H.P. Lewis | C-104<br>A-100 | |
| US 17 @ Briarcliffe Acres (Main Entrance) | Off P.K. Clarke | X-92 | |
| Relief Personal 1200hrs-2400hrs. | | | |

Troopers/Officers assigned to traffic control points will ensure safe ingress and egress from secondary roadways and private parking lots. Troopers/Officers will ensure safe pedestrian crossing of roadways. Troopers/Officers assigned to traffic control points will prevent improper/illegal parking.

A-1-1

Updated April 24, 2017

# Memorial Week Bike fest
## South Carolina Department of Public Safety OPLAN
### Traffic Control Assignments
### Appendix A-2

**Shift B (1900-0700 hours)**

| Traffic Post | Name | Call # | Remarks |
|---|---|---|---|
| OIC | F/Sgt  D.A. Miller | E-10 | |
| US 17 @ 27th Ave. South | Cpl  D.J. Utley<br>Trp  C.B. Grigg<br>Trp  D.W. Miller<br>Trp  M.S. Hardin | E-28<br>C-166<br>F-88<br>A-110 | |
| US 17 @ 29th Ave. South | L/C  A.D. Sane<br>Trp  A.C. Howard | X-52<br>G-81 | |
| US 17 @ 30th Ave South | Cpl  P.H. Hunt<br>Trp  D.D. Leopold<br>Trp  J.D. Hall<br>Trp  A.K. Enzor<br>Off  J. Harris | E-27<br>F-96<br>A-99<br>G-79<br>X-89 | |
| US 17 @ 31st Ave. South | S/T  J.M. Gardner<br>Trp  A.P. Hamilton | C-96<br>F-95 | |
| US 17 @ 32nd Ave. South | OFC B.E. Conner<br>Trp  J.R. Delucia | X-81<br>F-92 | |
| US 17 @ 33rd Ave. South | S/O  M.R. Goff<br>Trp  M.E. Benson | X-78<br>D-89 | |
| US 17 @ 37th Ave | TFC D.E. Millwood, Jr<br>Off  R.T. Evans | D-74<br>X-98 | |
| US 17 @ Windy Hill | L/C  J.T. Phillips<br>Trp  W. Cleveland | X-38<br>A-98 | |
| US 17 @ 46th | TFC K.W. McDaniel<br>Trp  B.J. Tarter | C-109<br>G-76 | |
| US 17 @ 48th | L/C  H.R. Wimberly<br>Off  Z.M. Stone | F-44<br>X-85 | |
| US 17 @ Ocean Creek | L/C  L.J. Cothran<br>Trp  D.L. Decker | C-92<br>F-91 | |
| US 17 @ Briarcliff Acres (Main Entrance) | Off  A.S. May | X-91 | |

Troopers/Officers assigned to traffic control points will ensure safe ingress and egress from secondary roadways and private parking lots.  Troopers/Officers will ensure safe pedestrian crossing of roadways.

A-2-1

**Memorial Week Bike fest**
**South Carolina Department of Public Safety OPLAN**
**Crowd Control Assignments (Atlantic Beach Interior)**

Appendix A-3

Shift A (0700-1900 hours)

| Post | Name | Call # | Remarks |
|---|---|---|---|
| OIC | Lt  D. Boniecki | F-3 | |
| 31st @ 1st Ave. | Trp  J.O. Clynes<br>Trp  B.E. Compton | A-81<br>G-78 | Ensure all vehicles turn left onto 2nd Avenue and travel north toward 29th Avenue. Assist pedestrians. |
| 30th Ave. | Cpl  S.D. Southerland<br>L/C  J.D. Lasseter<br>S/T  J. H. Wright<br>Trp  A. Piersaint<br>Trp  K.C. Davis | F-31<br>X-69<br>E-101<br>A-94<br>F-68 | Assist with motorcycle parking on eastbound lanes of 30th Avenue.  Keep westbound lanes of 30th Avenue open to pedestrian traffic.  Assist pedestrians as needed in crossing eastbound lanes of 30th Avenue. |
| 30th @ 2nd Ave. | Cpl  W.C. Wilks<br>L/C  B.J. Lewis<br>Trp  B.M. Crowley<br>Trp  J.R. White<br>Trp  J.E. Carter | E-36<br>E-98<br>E-129<br>A-108<br>G-75 | Ensure all vehicles continue north toward 29th Avenue **NO** vehicles are permitted to turn left onto 30th Avenue. Allow/assist motorcycles to turn left from 30th Avenue and re-enter 2nd Street. Assist pedestrians. |
| 29th @ 2nd Ave. | TFC C.J. Nicholls<br>Trp  B.L. Vega | C-105<br>F-80 | Ensure that traffic traveling east on 29th turns left onto 2nd Ave.  Assist pedestrians. |
| 29th @ 3rd Ave. | Trp  G.M. Mintz<br>Trp  C.J. Hudgins | E-150<br>C-168 | Ensure traffic proceeds west toward US 17 or allow motorcycles **ONLY** to turn south on 3rd Street.  Assist pedestrians. |

A-3-1

**Memorial Week Bike fest**
**South Carolina Department of Public Safety OPLAN**
**Crowd Control Assignments (Atlantic Beach Interior)**
**Appendix A-4**

**Shift B (1900-0700 hours)**

| Post | Name | Call # | Remarks |
|------|------|--------|---------|
| OIC | **F/Sgt J.A. Segars** | **E-7** | |
| 31st @ 1st Ave. | **Trp R.A. Griffin**<br>**Trp R.P. Raines** | **C-154**<br>**C-158** | Ensure all vehicles turn left onto 2nd Avenue and travel north toward 29th Avenue. Assist pedestrians. |
| 30th Avenue. | **Cpl J.J. Roberts**<br>**S/O T.R. Flowers**<br>**OFC J.L. Gasque**<br>**L/C L.B. Floyd**<br>**L/C J. Jones**<br>**Trp J.T. Barkdoll**<br>**Trp R. Beach**<br>**Trp K.A. Phillips** | **E-25**<br>**X-75**<br>**X-80**<br>**E-82**<br>**E-90**<br>**E-115**<br>**E-117**<br>**D-100** | Assist with motorcycle parking on eastbound lanes of 30th Avenue. Keep westbound lanes of 30th Avenue open to pedestrian traffic. Assist pedestrians as needed in crossing eastbound lanes of 30th Avenue. |
| 30th @ 2nd Ave. | **Cpl C.H. Lowder**<br>**S/T M.T. Winkeler**<br>**Trp F. Allen, Jr.**<br>**Trp T.A. Gamble**<br>**Trp C.G. Smith**<br>**Trp P.A. Wise**<br>**Trp A.J. Bratton**<br>**Trp C.J. Wright** | **E-21**<br>**E-100**<br>**A-112**<br>**D-82**<br>**D-93**<br>**D-97**<br>**A-114**<br>**E-124** | Ensure all vehicles continue north toward 29th Avenue. **NO** vehicles are permitted to turn left onto 30th Avenue. Allow/assist motorcycles to turn left from 30th Avenue and re-enter 2nd Avenue. Assist pedestrians. |
| 29th @ 2nd Ave. | **Trp D.L. Anderson**<br>**Off T.E. McAbee** | **D-88**<br>**X-101** | Ensure that traffic traveling east on 29th Ave turns left onto 2nd Ave. Assist pedestrians. |
| 29th @ 3rd Ave. | **L/C M.L. Taylor**<br>**Trp J.E. Perry** | **C-75**<br>**A-84** | Ensure traffic proceeds west toward US 17 or allow motorcycles (**ONLY**) to turn south onto 3rd Street. Assist pedestrians. |

**A-4-1**

Updated April 24, 2017

**Memorial Week Bike Fest**
**South Carolina Department of Public Safety OPLAN**
**Crowd Control Assignments**
**Myrtle Beach Detachment**
**Waterfront**

**Appendix A**

**Shift A. (0700-1900)**

| Name | Call # | Assignment | Remarks |
|------|--------|------------|---------|
|      |        |            |         |
|      |        |            |         |
|      |        |            |         |
|      |        |            |         |
|      |        |            |         |
|      |        |            |         |
|      |        |            |         |

**A-5-1**

**Memorial Week Bike Fest**
**South Carolina Department of Public Safety OPLAN**
**Crowd Control Assignments**
**Myrtle Beach Detachment**
**Waterfront**

**Appendix A**

**Shift B. (1900-0700)**

| Name | Call # | Assignment | Remarks |
|------|--------|------------|---------|
| Sgt M.D. Tomson** | G-12 | | |
| L/C I.J. Funderburk** | D-47 | | |
| L/C Z.H. Smith** | D-52 | | |
| L/C T.J. Moon** | C-50 | | |
| L/C J.A. Ballenger** | X-41 | | |
| L/C L.A. Davis** | X-51 | | |
| L/C C. Chan** | X-53 | | |
| L/C T.G. Glover | X-54 | | |
| L/C T.S. Starling** | X-66 | | |
| TFC J. Czeiszperger | F-62 | | |
| OFC G.S. Pickering** | X-79 | | |
| Trp J.M. Ballish | C-135 | | |
| Trp B.D. Clement** | C-145 | | |
| Trp T.B. Durham | C-153 | | |
| Trp J.M. Morton | C-128 | | |
| Trp W.J. Donahue** | F-85 | | |
| Trp A.D. Klimek, III** | F-87 | | |
| Trp D.W. Bullard | A-96 | | |
| Trp T.L. Tiller | A-103 | | |
| Trp A.J. Marshall | A-91 | | |
| Trp M.D. Lindsay | D-80 | | |
| Trp C.D. Nicholson | D-84 | | |
| Trp M.W. Corum** | D-96 | | |
| Trp S.H. King** | D-99 | | |
| Trp J.T. Funderburk | D-102 | | |
| Trp C.J. Thomas** | B-72 | | |
| Trp J.M. McCord** | B-76 | | |
| Trp J.D. Griffith** | B-86 | | |
| Off M.G. McGaha** | X-93 | | |
| Off D.G. Barnhart | X-94 | | |
| Off Z.S. Smith** | X-95 | | |
| | | | |
| | | | |
| | | | |

**\*\*Denotes Personnel that will be used on the Traffic Loop from 2200-0200 -- 5/26 thru 5/28**

**A-6-1**

**Myrtle Beach Detachment**
**Enforcement Detail**

**SHIFT B (1500-0300)**

| Name | Call # | Assignment |
|---|---|---|
| L/C T.L. Cannaday (**Motor Unit**) | R-60 | MBPD Detail |
| L/C B.A. Lee (**Motor Unit**) | R-67 | MBPD Detail |
| Trp K.C. Betts | E-127 | MBPD Detail |
| Trp M.D. Cook | E-128 | MBPD Detail |
| Trp T.E. Pinkerton | E-133 | MBPD Detail |
| Trp T.A. Skoczylas | E-139 | MBPD Detail |
| Trp C.A. Barnes | E-141 | MBPD Detail |
| Trp B.A. Collins | E-142 | MBPD Detail |
| Trp D.M. Johnson | E-145 | MBPD Detail |
| Trp C.P. Jones | E-146 | MBPD Detail |

**Memorial Bike Rally**
**South Carolina Department of Public Safety**
**South Carolina Highway Patrol**
**Operations Plan (OPLAN)**
**Appendix B**

**Special Enforcement (ACE)**
**Shift A. - May 25 - 29, 2017**

| Name | Type | Call # | Time | Location |
|------|------|--------|------|----------|
| Capt G.S. Owens | | R-1 | | **Command Staff** |
| Lt J.E. Strait | | R-2 | | **Command Staff** |
| F/Sgt B.D. Dowis | | R-6 | 8a-8p | **Dayshift Supervisor** |
| Sgt D.E. Smith | | R-12 | 4p-4a | **Nightshift Supervisor** |
| Cpl K. D. Elia | MU | R-20 | 8a-8p | US 17 from US 501 to Georgetown County |
| L/C D. W. Giddings | MU | R-50 | 8a-8p | US 17 from US 501 to Georgetown County |
| Cpl T.C. Kitchens | MU | R-23 | 8a-8p | SC 22 & SC 31 |
| L/C J.A. Johnson | MU | R-74 | 8a-8p | SC 22 & SC 31 |
| Cpl C.A. Bostic | TZ | R-31 | 10a-10p | US 501/US 17 |
| L/C W.C. Harman | TZ | R-73 | 10a-10p | US 501/US 17 |
| L/C M.D. Trotta | TZ | R-76 | 10a-10p | US 501/US 17 |

**Special Enforcement (ACE)**
**Shift B. - May 25 - 29, 2017**

| Name | Type | Call # | Time | Location |
|------|------|--------|------|----------|
| L/C B.W. Gardner | MU | R-63 | 4p-4a | SC 22 & SC 31 |
| L/C D.W. Jenkins | MU | R-69 | 4p-4a | SC 22 & SC 31 |
| Cpl B.G. Dewitt | TZ | R-27 | 6p-6a | US 501/US 17 |
| L/C C.D. Brigham | TZ | R-66 | 6p-6a | US 501/US 17 |
| L/C M.S. Webb | TZ | R-75 | 6p-6a | US 501/US 17 |
| L/C T.L. Phillips | TZ | R-81 | 6p-6a | US 501/US 17 |

**\*\*Assignments will be modified/adjusted as needed.**
**MU – Motor Unit**
**TZ – Target Zero**

**South Carolina Department of Public Safety OPLAN**
**Public Information**

**Appendix C**

**Electronic Variable Message Board Deployments**

| Number | Location |
|---|---|
| 1 | US 17 (northbound) near Myrtle Beach Manor (HARS) |
| 1 | US 17 (northbound) at Arcadian Shores |
| 1 | US 17 (northbound) north of Colonial Mall |
| 1 | US 17 (northbound) @ Barefoot Landing- NMB |
| 1 | US 17 (northbound) near Ryan's Steakhouse |
| 1 | US 17 BP (northbound @ 4hth Avenue North |
| 1 | US 17 (SB) near entrance to River Hills Golf Club (Little River) (HARS) |
| 1 | US 501 (eastbound ) near Factory Stores |
| 1 | US 501 North of SC 22 (northbound lane) |
| 1 | SC 9 (southbound) west of Sec. 57 |

** Electronic message boards will advise approaching motorists of congestion
(ahead) and will advise of alternate routes.  Highway advisory radio will broadcast
continuous traffic condition updates and traffic incidents requiring driver action.
Information regarding alternate routes (around congestion) will also be provided on
a continuous basis.  Troop Community Relations Officer (CRO) will update local
media on a regular basis regarding both current and expected traffic conditions.
* Radio Sign

Updated April 24, 2017

Memorial Bike Festival
A-CERT Members

| NAME | CALL # | DIVISION |
|---|---|---|
| Cpt R.M. Howard | | SCHP (Spec Ops) |
| Lt D.G. Brunson | | SCHP (BPS) |
| Lt D.J. Gamble | | SCHP (Spec Ops) |
| Cpl R.B. Pope | | SCHP (Spec Ops) |
| Cpl D.C. Martin | | SCHP (Spec Ops) |
| L/C J.H. Lane | | SCHP (Spec Ops) |
| L/C F.J. Melendez | | SCHP (Troop 1) |
| L/C R.G. Conyers | | SCHP (Troop 1) |
| L/C Orlando Devers | | SCHP (Troop 1) |
| L/C J. P. Farmer | | SCHP (Troop 2) |
| L/C J.V. Frayre | | SCHP (Troop 3) |
| L/C R.F. Thompson | | SCHP (Troop 3) |
| L/C T.A. Hamrick | | SCHP (Troop 4) |
| L/C M.H. Dulude | | SCHP (Troop 4) |
| L/C J.A. Buddin | | SCHP (Troop 5) |
| L/C J. E. Goldman | | SCHP (Troop 5) |
| L/C D. R. Weatherwalks | | SCHP (Troop 5) |
| L/C M. K. Frost | | SCHP (Troop 5) |
| L/C G.B. Rogers | | SCHP (Troop 6) |
| L/C H.F. James | | SCHP (Troop 7) |
| Sgt D. A. McMurry | | SCHP (TCC) |

**All A-CERT Members will arrive on May 24, 2017**

Updated April 24, 2017

## 2017 Memorial Bike Fest
## CERT Members

| Name | Troop |
|---|---|
| F/Sgt E. Patterson | 1 |
| Sgt T.P. Alford | 1 |
| Cpl A.L. Antley | 1 |
| Trp A.H. Crouch | 1 |
| Trp W.A. Davidson | 1 |
| Trp K.H. Boland** | 1 |
| Trp K.E. Bradacs | 1 |
| Trp B.R. Hall | 2 |
| Trp C.S. Koon** | 2 |
| Trp J.G. Bower** | 2 |
| Trp B.G. Bolt** | 2 |
| Trp K.B. Smith** | 2 |
| Trp J.A. Stephenson | 2 |
| Trp M.L. Barnett | 2 |
| Sgt D. Johnson** | 3 |
| Trp T.M. Pittinger | 3 |
| Trp C.J. Ladue | 3 |
| Trp G.L. Certain** | 3 |
| Trp I.A. Yopp | 3 |
| Trp C.L. Lee | 3 |
| Trp P.G. Goshorn | 3 |
| Trp C.L. Towe | 3 |
| Lt. L.K. Guempel** | 4 |
| Cpl J.H. White** | 4 |
| Trp M.D. Burns | 4 |
| Trp R.S. Bennett | 4 |
| Trp R.A. Felts | 4 |
| Trp J.F. Sweatman | 4 |
| Trp J.R. Newsome | 4 |
| Cpl C.D. Weldon | 5 |
| L/C W.A. McInville | 5 |
| L/C W.B. Benton | 5 |
| Trp H.J. Bair | 5 |
| Trp M.S. Bucciantini | 6 |
| Trp C.A. Cuata-Hernandez | 6 |
| Trp T.G. Mazzone** | 6 |
| Trp J.A. Vargo | 7 |
| Trp W.K. Stafford | 7 |
| Trp B.B. Stewart | 8 |
|  |  |

**\*\* Denotes arriving on May 24, 2017**

**Updated April 24, 2017**

# 2017 MEMORIAL BIKEFEST
# TRAFFIC LOOP
# TCP ASSIGNMENTS
# (2200 HOURS TO 0200 HOURS)

| TCP | NAME | CALL NUMBER |
|---|---|---|
| GEORGE BISHOP PARKWAY AND CLAYPOND | SGT M.D. TOMSON | G-12 |
| | | |
| GEORGE BISHOP PARKWAY @ FANTASY HARBOR BLVD | L/C I.J. FUNDERBURK | D-47 |
| | TRP A.D. KLIMEK, III | F-87 |
| | OFF M.G. McGAHA | X-93 |
| | OFF Z.S. SMITH | X-95 |
| | | |
| GEORGE BISHOP PARKWAY @ US 501 S/B RAMP | L/C C. CHAN | X-53 |
| | L/C J.A. BALLENGER | X-41 |
| | TRP S.H. KING | D-99 |
| | | |
| GEORGE BISHOP PARKWAY @ WACCAMAW BLVD | L/C Z.H. SMITH | D-52 |
| | OFC G.S. PICKERING | X-79 |
| | TRP C.J. THOMAS | B-72 |
| | TRP J.D. GRIFFITH | B-86 |
| | | |
| WACCAMAW BOULEVARD @ DICK SKOBEE RD | L/C T.S. STARLING | X-66 |
| | L/C T.J. MOON | C-50 |
| | TRP J.M. McCORD | B-76 |
| | TRP W.J. DONAHUE | F-85 |
| | | |
| DICK SKOBEE RD @ ENTRANCE RAMP TO US 501 | L/C L.A. DAVIS | X-51 |
| | TRP M.W. CORUM | D-96 |
| | TRP B.D. CLEMENT | C-145 |
| | | |
| SC 31 @ ROBERT GRISSOM PARKWAY (MONITOR TRAFFIC UNTIL IT BECOMES NECESSARY TO DIRECT TRAFFIC ONTO ROBERT GRISSOM PARKWAY) | SCHP MONITOR | |
| US 17 B P & US 17 BUS SPLIT (NORTH OF MB) | SCHP MONITOR | |

**Updated April 24, 2017**