IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| National Association for the Advancement of Colored People, Inc. by and through its Myrtle Beach Branch, Simuel Jones, Leslie Stevenson, and Cedric Stevenson,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>City of Myrtle Beach, a municipal corporation within the State of South Carolina and City of Myrtle Beach Police Department, a department of the City of Myrtle Beach,<br><br>　　　　　　Defendants. | C.A. NO. 4:18-CV-00554-DCC<br><br><br>**Rule 26.01 Responses<br>By City of Myrtle Beach/<br>Myrtle Beach Police Department<br>(Jury Trial Demanded)** |

Defendant City of Myrtle Beach's answers to Rule 26.01 Interrogatories are as follows:

　　A. State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

　　RESPONSE: None at this time.

　　B. As to each claim, state whether it should be tried jury or nonjury and why.

　　RESPONSE: The Plaintiff's Complaint requested a jury trial for all their claims. Therefore, the lawsuit should be tried by jury.

　　C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding

1

shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

RESPONSE: Defendant City of Myrtle Beach is a municipality and political subdivision of the State of South Carolina.

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division.)

RESPONSE: The events giving rise to the Complaint occurred in the Florence Division.

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?

RESPONSE: No.

F. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

RESPONSE: Defendant is properly identified.

G. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

RESPONSE: None at this time.

*s/Michael W. Battle*____<br>
Michael W. Battle, Fed. ID #01243<br>
BATTLE LAW FIRM, LLC<br>
Attorney for City of Myrtle Beach<br>
P.O. Box 530, 1200 Main Street<br>
Conway, SC 29528<br>
(843) 248-4321<br>
mbattle@battlelawsc.com

March 16, 2018

2