

**South Carolina
Department of Transportation**

Darlington County
Dillon County
Florence County
Georgetown County
Horry County
Marion County
Marlboro County
Williamsburg County

RECEIVED

2017 DEC 27 AM 8:52

M.B. POLICE DEPARTMENT

November 27, 2017

Amy S. Prock, Chief of Police
City of Myrtle Beach
1101 Oak Street
Myrtle Beach, South Carolina 29577

RE: Traffic Control Plan – 2018 Memorial Day Weekend

Dear Chief Prock:

Thank you for your letter regarding the traffic control plan developed by the Myrtle Beach Police Department for the 2018 Memorial Day Weekend.

As noted in the letter, the plan would primarily implement the following measures:

- One-way traffic flow on Ocean Boulevard between 29th Avenue North and 29th Avenue South from Friday, May 25, 2018 at 6:00 AM to Monday, May 28, 2018 at 6:00 AM
- Public access to Ocean Boulevard limited to 29th Avenue North, 21st Avenue North, Mr. Joe White Avenue, 9th Avenue North, 3rd Avenue South, 13th Avenue South, 17th Avenue South, and 29th Avenue South
- The traffic loop involving 29th Avenue North, Ocean Boulevard, Kings Highway, Harrelson Boulevard, US-501, SC-31, and Grissom Parkway; this loop would generally be in effect each night between the hours of 10:00 PM and 2:00 AM
- US-501 southbound traffic into Myrtle Beach routed to US-17 Bypass
- A speed limit of 25 mph on Kings Highway southbound at 29th Avenue North – 38th Avenue North and 24th Avenue North – 20th Avenue North

Based on the anticipated traffic volumes and potential for safety and operational issues, SCDOT has no objection to the traffic control plan as submitted. Please note that the City of Myrtle Beach will be responsible for providing, installing, and maintaining all traffic control devices. Also, all devices should conform to applicable SCDOT standards and guidelines. As with previous events, SCDOT will be glad to assist with engineering issues related to the plan.

Thank you again for your efforts to maintain the safety and operation of the transportation system during this event. If additional information is needed, please contact the District Five office.

Sincerely,

W. Kyle Berry
District Engineering Administrator

WKB:jhs
cc:     Shannon Welch, Resident Maintenance Engineer
File:   D5/MEB
us17oceanblvd-2018memorialbikeweek-tcp(11-17)

District Five Engineering
Post Office Box 1911
Florence, South Carolina 29503

Phone: (843) 661-4710
Fax:   (843) 661-4704

AN EQUAL OPPORTUNITY
AFFIRMATIVE ACTION EMPLOYER