Coastal Alliance Meeting Minutes
Myrtle Beach City Hall
Wednesday, December 3, 2014
11:00 A.M.

Chairman Samples the regular monthly meeting of the Coastal Alliance to order at 11:00 a.m.

Members present: Mayor Samples, Chairman; Mark Lazarus, Horry County Council Chairman; Mayor Jake Evans of Atlantic Beach; Mayor Gary Pell of Briarcliffe Acres; Mayor John Rhoades of Myrtle Beach, and Mayor Marilyn Hatley of North Myrtle Beach. Others present: Horry County EOC Director Webster; Micki Fellner; Mike Mahaney, John Pedersen, Chris Eldredge, Monroe Baldwin and Paul T. Gayes.

## BUSINESS

**1. Wind Energy Potential and Opportunities for South Carolina Update**, presented by Paul T. Gayes of the School of Coastal and Marine Systems Science

- Much of the interest is driven from the growth in population and demand for energy in this area.
- The Regulatory Task Force has reviewed available statutes to deal with new industries in the State of South Carolina. Work has been on-going for the past five years. Surfside was on the committee. This is the body that works at the State level to determine areas in the offshore on Federal Lands that might be developed. They are selecting places off our coast.
- Clemson University completed some perception surveys insofar as energy interest along the coast.
- There are studies of grid; North Myrtle Beach is doing a lot of work. It has small turbines along its beach.
- Data buoys have been deployed along the coast for about a year to collect data to validate the offshore models as projected, if there was a potential resource off the coast.
- The Supreme Court recently ruled on the ability to fund construction for new reactors through rate increases.
- Oil and gas exploration of the coast is an energy issue of interest to this group.
- There are no magic energy solutions, but more energy is required to meet the demand, particularly on the coast.
- The potential wind energy amount had been modified since the last presentation. The study was extended to 50 nautical miles offshore. Floating towers were being used in a research project off the coast of Portugal.
- South Carolina, North Carolina, and Virginia have the most wind energy available.
- Efforts are being made to drive down the construction and financing costs for wind energy.
- The United States generates the most wind energy of any country, but it is just a small percentage of the total energy need.
- Towers are in states like South Dakota, Iowa and other areas with small populations.

- This project off the local coast is coming to a conclusion to determine what actual WEAs (Wind Energy Areas) force would be on a foundation structure during hurricanes so they could be used in the design standards for the platforms.
- US Department of Energy opened the Southeast Wind Energy Resource Center, which is coordinated by the Southeastern Wind Coalition in Charlotte, North Carolina. This groups is primarily university based focused on providing fact-based, unbiased information about wind energy and costs/benefits to stakeholders.
- There are five test sites in Long Bay; the outside world is watching to see results.
- A Wind Energy Forum was held at Coastal Carolina University on October 29th that was attended by numerous dignitaries, including a member of the White House staff. The topic is gaining more high level attention.
- The turbines in North Myrtle Beach have gained a lot of attention at the Federal level.
- Turbine visibility minimizes the further offshore they are placed; at 10-miles they are virtually invisible from shore.
- The Federal-State Task Force will work to define "wind energy areas," where high resource and low or minimal impediments are found. Two of the three sites identified in North Carolina are located near the North Carolina/South Carolina state line.
- Mark Jordan, president of the North Myrtle Beach Chamber of Commerce serves on the South Carolina BOEM (Bureau of Ocean Energy Management) Task Force, which will prepare the maps for development through the BOEM process. The maps are being designed with a focus on the northern part of the state, as that is where the priority has been; one section near the North Carolina state line and also a large block at the south end of the Grand Strand near Winyah Bay.
- A $1.5 million BOEM grant from the Department of the Interior was just awarded to begin the environmental studies to rule out places that might have fish habitat, coastal resources, shipwrecks, etc. This will start refining the areas that turbines may located. The survey will cover 11 to 16 miles off the North Myrtle Beach coast, and he expected to start before Christmas.
- The survey will include developing where a cable connection corridor could be constructed. The process will probably continue until spring.
- Phase II would be focused on the south strand area.
- This type baseline study is what BOEM would publish to help developers further refine they would focus.
- Since S0757 Concurrent Resolution was adopted by the State, there has been much more Federal level interest.

Mayor Hatley said she attended the meeting held just before Thanksgiving. She was much energized after the meeting, because of the high interest by the State and Federal levels. She considered wind energy as economic development for our community as well as providing clean energy. When it was developed, it would be a win-win for the community and provide jobs to construct and maintain the turbines.

## 2. Community Rating System

Ms. Fellner said the Community Rating System (CRS) discussion was to determine respective ratings and what initiatives are in place. Mayor Samples said this was relating to

flood insurance premium ratings. Mike Mahaney said the whole process is under review. He believed Congress imposed a moratorium. Mayor Samples said Congress did as relating to permanent residents; commercial property rates are scheduled to increase as much as 18-percent per year for three or four more years. He asked if any local initiatives had been undertaken to reduce the rating. Surfside Beach went under CRS in 2010. Chris Eldredge said generally speaking, it was very expensive and used a lot of public money to try to lower the rating, which was the main deterrent nationwide.

Mr. Webster said Horry County had been involved with CRS for a few years. The county's next review will begin next year. The process was starting to determine where the county is in the program. Chris Eldredge was correct that this was a cost intensive process. He expected the county would get a decrease in its rating for an overall savings, but there was a point where the changes to policy and the cost were not offset by the savings. The county system did not include the city; it has its own program. There are different levels all along the Grand Strand.

Mayor Samples said Surfside Beach was taking the practical steps in order to try to reduce rates. The town was less than one mile wide, so they were very concerned about where the future lines may be located. Until the new lines are established, the town would not know the full impact of the rate increases.

John Pedersen had the flood plain coordinator check this morning and there are about 1,200 in the country. There are only 11 rated 4 or lower out of that 1,200. It is very difficult to get better than a 5 rating.

Mayor Samples said Surfside Beach is currently a 9, and he thought that was assigned just for participating in the program.

3. **Bike Fest Update**, John Pedersen

Mr. Webster said the task force met recently. Two big issues were resolved. One was the traffic management and the loop. He distributed a copy of the proposed loop. Approval of this part of the plan is essential to determine resources. The task force has generally focused on law enforcement, fire/rescue, and coordination with emergency operation center. Moving forward community outreach would be included and developing plans to engage the community.

Mayor Samples thought this was a good compromise, and that the managers and law enforcement worked hard to develop the plan. He appreciated their work.

Mayor Hatley agreed. The task force did a really good job, and she appreciated everyone coming together to find a solution that would work for everyone. She thought Chairman Lazarus had a lot to do with that and she appreciated his efforts.

Mr. Webster said the task force would like to move forward using this approach as the planning tool. The Highway Patrol signed off on this approach, as it will be a primary player in managing traffic in the loop.

Mayor Rhoades said based on the successful loops designed in Galveston and Miami Beach, it would eliminate much of the traffic congestion. If this was called a "festival loop" it would fit into the event itself. Management of the loop is important. It is also very important to get the information out to the municipalities to start sharing.

Mr. Webster said that would remain true throughout the process, and things would continue to change as May approached. He believes the task force is reaching its goal across the spectrum. There has been a lot of participation from other agencies from the state level and local agencies.

Mayor Hatley said Columbia had given a lot of support from the Governor on down, which has been great.

Mayor Evans said this looked like a big improvement over the initial plan.

Chairman Lazarus moved that the Coastal Alliance give its full support to the Bike Task Force efforts moving forward. Mayor Rhoades seconded. Chairman Lazarus explained that the task force is comprised of professionals on whom the Alliance depends for recommendations. Instead of approving just the "festival loop," the Alliance should uphold the task force in all of its efforts. All voted in favor. **MOTION CARRIED.**

Chairman Lazarus asked Mr. Webster to make sure to engage the public at the appropriate time so the public can embrace the plan. The community was being proactive, and the task force was doing a great job. If the task force needs ordinances or other measures taken to be successful, please let the Alliance know.

Mayor Rhoades said it was important that the public know efforts have been made to have safe events. The task force is providing that means.

Mr. Pedersen distributed a pamphlet that would be given to visitors during the May events. Contact persons will be identified for large groups to assist public safety.

Chairman Lazarus asked if the curfew time was established. Mayor Evans said not yet, but he believed it would be unanimous among the council to shorten it from the time last year. Chairman Lazarus thought the task force would need to know as soon as possible so it can establish police schedules for the area. Mayor Evans said that it would be on their agenda the first of the year.

Mr. Webster thanked the Alliance for its support. Several members expressed appreciation for the task force's work.

### 4. Legislative Request Regarding Beach Renourishment.

John Pedersen presented a resolution regarding beach renourishment that would be sent to the Legislative Delegation and to the Corps of Engineers. Mayor Hatley moved to adopt the

resolution as presented. Chairman Lazarus seconded. All voted in favor. **MOTION CARRIED.**

### 5. Other Business.

Mayor Hatley said she was very happy with the Alliance as it gave area leaders an opportunity to discuss items and to resolve issues together.

### 6. Adjournment.

Mayor Samples declared the meeting adjourned at 11:50 p.m.

Coastal Alliance Meeting Minutes
Myrtle Beach City Hall
Wednesday, June 3, 2015
11:00 A.M.

## CALL TO ORDER.

Chairman Samples the regular monthly meeting of the Coastal Alliance to order at 11:02 a.m. Members present: Surfside Beach Mayor Doug Samples, Chairman; Horry County Council Chairman Mark Lazarus; Myrtle Beach Mayor John Rhodes, and North Myrtle Beach Mayor Pro Tempore Terry White were present. North Myrtle Beach Mayor Marilyn Hatley was absent. A quorum was present. Others present: Surfside Beach Town Administrator Fellner; Myrtle Beach City Public Information Officer Mark Kruea, Myrtle Beach City Manager John Pedersen; North Myrtle Beach City Manager Mike Mahaney; Horry County Administrator Chris Eldridge; Horry County Director of Emergency Management Randy Webster; Atlantic Beach City Manager Ben Quattlebaum, and Atlantic Beach Police Chief Timothy Taylor.

**MINUTES.** Mayor Rhodes moved to approve the minutes of the May 6, 2015 meeting Chairman Lazarus seconded. All voted in favor. MOTION APPROVED.

## BUSINESS.

### 1. A Task Force Update on the Memorial Day Bike Event, Randy Webster.

Chairman Lazarus said it was decided to form a task force to allow professionals move through the event. Mr. Webster began as the co-chairman, but became the full chairman very quickly. He coordinated efforts between all municipalities and the State of South Carolina; he and his team did an exceptional job.

Mr. Webster said initially he was unsure how the task force would be effective. The key was to stick to the goal of creating a safe environment for the community, BikeFest participants, and the first responders working the event. He believed the task force achieved that goal. The same process was used that was used for hurricanes: communicate and coordinate. One beneficial step the task force identified was that each municipality needed to maintain its economy and plan operational aspects so the task force could fill gaps and help coordinate multiple jurisdictions. It will take some time to complete the debrief process so a final report can be made.

Mayor Rhodes asked if any one major issue came to mind that needed to be addressed. Mr. Webster said nothing quickly. The key is to move forward methodically to make sure all the right pieces are addressed. Utilizing an emergency operations center (EOC) during the event to receive reports from each area allowed overall management. The EOC had some minor issues that need to be resolved, but nothing serious. He did not expect many issues to be identified in the after-action review. Most issues will be because it was the first time the task force and coordination effort were done. There are always ways to improve. Forms were sent this week to

Page 1 of 3

get feedback from the various agencies that participated. Mr. Webster said the only feedback so far is that the information would be returned in around 30-days.

Mayor Samples said it was clear that the task force's efforts and the local governments working together was beneficial. Surfside Beach had a good time, and appreciated the effort.

Chairman Lazarus thanked Mr. Webster for his efforts. He also thanked his entire staff last night as every department in Horry County participated in some way. He appreciated concessions made by Atlantic Beach by closing down earlier. He looked forward to working with everyone in the future utilizing this process. Chairman Lazarus believed the task force should continue, because the BikeFest event is not sponsored by anyone. The heritage for the event was the Carolina Knight Riders who visited Atlantic Beach annually enjoying fellowship and brotherhood. He did not believe the event today reflects that heritage. Working together to manage the event will help protect Atlantic Beach to preserve its heritage and to work with the town to promote economic development and a year-round economy.

Mayor Rhodes suggested that Atlantic Beach develop 10- and 20-year visions. There is so much heritage in Atlantic Beach as it is one of the few African-American resorts in the country. It is known as the "Black Pearl," which within itself has so much meaning. How does that heritage get developed into a location that produces income, taxes, and take the town to the next level. However, it did not matter what any of the Alliance members thought. The citizens of Atlantic Beach would have to desire changes.

Mr. Quattlebaum thanked all the law enforcement agencies and government officials that worked on the task force. He said all of the points being raised about long term vision for the town and maintaining the town's heritage was something that was being addressed with Atlantic Beach Town Council. Next year will be the town's 50th Anniversary. His recommendation to the council was to expand BikeFest in terms of incorporating some type commemorative event for that celebration, and not holding a one-weekend event. There are suggested events over several weekends that would generate some economic revenue for the town. Development is his focus; creating a stable tax base for the Town of Atlantic Beach.

**2. A Discussion Regarding the Continuance of the BikeFest Task Force, Chairman Lazarus.**

Chairman Lazarus said there was not much more to discuss, and moved to continue the Task Force for 2016. Mayor Pro Tempore White seconded. Chairman Lazarus said the county would continue to provide the EOC as was done this year. All voted in favor. **MOTION CARRIED.**

**3. Other Business.**

Mayor Rhodes said the first Country Music Festival would begin Thursday, June 4th. About 16,000 tickets have been sold. This will be an annual event, and a fall event might be scheduled. The event has filled hotel reservations. One hotelier told him they were sold out within two weeks of the event announcement. Mr. Pederson said there would be some traffic

issues, and parking problems, but he believed there was a manageable plan. Mr. Pederson said one church is renting its parking spaces as a fund raiser. This event would benefit the entire region.

Mayor Rhodes asked how much beach was lost during Tropical Storm Ana. Mr. Pederson said Myrtle Beach was not affected. Mayor Rhoads said the south end of Myrtle Beach was impacted, which was visible during high tide. Beach renourishment was definitely needed.

Mayor Samples said there has not been any beach at high tide in Surfside Beach for a couple of years. The town definitely needs renourishment to begin. Ms. Fellner added that Garden City's beach was worse than the town's.

Mayor Pro Tempore White said North Myrtle Beach lost a good bit on the north end, which was typical.

Mr. Quattlebaum said Atlantic Beach did not have any problems.

Chairman Lazarus said Garden City is Horry County's worst beach. The Shore Drive area beach look pretty good.

Mr. Mahaney said the Army Corps of Engineers was coming soon. Coastal Carolina University calculated that 365 thousand yards of sand were lost during Ana over the nine miles of beach. Congressman Rice was asked to bring up beach renourishment at last week's meeting, and was taken on a tour of the beach. Unless FEMA declares a disaster, you cannot skip the economic analysis section. Beach renourishment is scheduled for 2018.

Mayor Rhodes suggested a letter be sent from Coastal Alliance to Governor Haley thanking her BikeFest assistance. All members agreed.

A support letter was requested from Horry County for its application for the Barrett Lawrimore Award. All members agreed.

### ADJOURNMENT.

Mayor Samples asked for motion to adjourn. Mayor Rhodes so moved at 11:30. Chairman Lazarus seconded. All voted in favor. **MOTION CARRIED.**