# 2016 Memorial Day Weekend Bikefest After Action Report & Improvement Plan











*This Page Intentionally Left Blank*



**Emergency Management Department**

Randall S. Webster

## Executive Summary

Overall, the planning, coordination, and response actions taken by the task force to meet the goals established for the 2016 MDW Bikefest Rally were executed successfully. Many of the recommendations from lessons learned published in the 2015 after action report were implemented and event operations improved. In general terms, the violence was down from the past year and it appeared that the rally participation numbers were lower. However, accurate participation numbers cannot be validated so estimates are based on observations of task force members that have worked during the previous rallies. The 2016 Rally was also impacted by the landfall of Tropical Storm Bonnie on Saturday which brought heavy rain and 30-40 MPH wind gusts. This brought challenges with anticipating gathering locations for crowds on Saturday night. Loop traffic was down each night over last year. While weather most likely contributed towards Saturday evening, it is unclear why for the other nights. This has led to speculation that participation numbers were lower or that participants dispersed to other areas during loop activation hours. There were still issues on the first night of loop operations with getting passengers out of the Myrtle Beach International Airport that arrived after 10 PM.

Event coordination between the Horry County EOC, Unified Law Enforcement Command Center and the other local jurisdiction EOCs improved over last year's rally. This was a direct result of the task force's advanced planning and placing an emphasis on improving law enforcement communication coordination between these locations. Medical command basically mirrored their actions from 2015 Rally response efforts through a separate command center and reported overall improvement from last year. The Horry County EOC reduced operational hours this year but still had staff in place when other agencies were not on duty for the rally. Moving forward, the EOC will operate on the same days and schedule as the other rally agencies. The Joint Information Center operated very well and experienced improvement with messaging and press release coordination. Coordination with the state and other agencies that support the task force

3

was again excellent.  Going into next year, it is our desire to maintain that relationship and request their support once again.

Immediately following the 2016 weekend rally, local officials again received overall favorable comments from the community and rally participants.  Violence was down as were complaints as compared to past rallies.  The Bikefest Task Force once again met the goal established by the Coastal Alliance to provide a safe environment for the community, rally participants and the public safety personnel working the event.  The Coastal Alliance met following the rally and received a briefing from the Task Force Chairman.  After acknowledged the hard work and success of the task force members, the Coastal Alliance voted to continue with the Task Force again for the 2017 Memorial Day Weekend Bikefest Rally.


Randall S. Webster

Task Force Chairman

## *Handling Instructions*

1.  The tile of this document is ***2016 Memorial Day Weekend Bikefest Task Force After-Action Report and Improvement Plan.***

2. The information gathered in the AAR/IP is classified as ***For Official Use Only*** and should be handled as internal Horry County information not to be disclosed without prior permission.  This document should be safeguarded, handled, transmitted, and stored in accordance with county policies.  Reproduction of this document, in whole or in part, without prior approval from the Horry County Public Information Office or Horry County Emergency Management is prohibited.

3. At a minimum, the attached materials will be disseminated only on a need-to-know basis and when unattended, will be stored in a locked container or area offering sufficient protection against theft, compromise, inadvertent access, and unauthorized disclosure.

## *Table of Contents*

1. **The Task Force**...........................................................................................8
   1.1. Organizational Chart.........................................................................9

2. **Planning**.........................................................................................................9

3. **Goals & Objectives**.......................................................................................9

4. **Review** ........................................................................................................10

5. **Improvements**............................................................................................11
   5.1. Emergency Operations Center...........................................11
   5.2. Law Enforcement................................................................12
   5.3. Traffic Management............................................................15
   5.4. Check-in/Lodging................................................................17
   5.5. Medical/Fire........................................................................17
   5.6. Communications.................................................................19
   5.7. Public Information Officer/Joint Information Center....................19
   5.8. Public Outreach..................................................................20
   5.9. Additional Concerns...........................................................20

**2016 Memorial Day Weekend Bikefest**

**After Action Report & Improvement Plan**

This after action report is based on the actions and reviews of each of the task force members during their response for Bikefest.  While individual agencies, organizations, or departments provided the necessary information, this report reflect comments and improvements for the task force as a whole.

Department of Homeland Security Common Core Capabilities/Mission Areas:

| | | |
|---|---|---|
| Planning (All) | Public Information and Warning (All) | Intelligence and Information Sharing (Prevention, Protection) |
| Interdiction and Disruption (Prevention, Protection) | Screening, Search and Detection (Prevention, Protection) | Physical Protective Measures (Protection) |
| Community Resilience (Mitigation) | Risk and Disaster Resilience Assessment (Mitigation) | Infrastructure Systems (Response, Recovery) |
| Mass Care Services (Response) | On-Scene Security and Protection (Response) | Operational Communications (Response) |
| Public and Private Services and Resources (Response) | Public Health and Medical Services (Response) | Situational Assessment (Response) |
| Economic Recovery (Recovery) | Fatality Management Services (Response) | Environmental Response/Health and Safety (Response) |
| Operational Coordination (All) | Access Control and Identity Verification (Protection) | |

**Overview**

Due to events that occurred during the 2014 Bikefest, the Coastal Alliance formed a Bikefest Task Force comprised of local area public safety professionals to create a response plan for subsequent Memorial Day Weekend Bikefest events.  The main goal for the task force is to address concerns regarding the safety of the participants, the community and all public safety personnel working the event.

**1.  The Task Force**

The Bikefest Task Force is comprised of the following government agencies and organizations:

Town of Atlantic Beach, Town of Aynor, Town of Briarcliff Acres, City of Conway, Horry County Government, City of Myrtle Beach, City of North Myrtle Beach, Town of Surfside Beach, State of South Carolina Law Enforcement agencies (SLED, SCHP, etc.) and the South Carolina Emergency Management Division, Coastal Carolina University, Myrtle Beach Hospitality Association and the Myrtle Beach Chamber of Commerce.

**1.1. Organizational Chart**



## 2.   Planning

Planning for the 2016 Memorial Day Weekend Bikefest Rally began immediately following the reauthorization of the Bikefest Task Force by the Coastal Alliance to the first task force meeting, each local jurisdiction began formulating response plans for their jurisdiction.  It became very apparent early on that no one organization would be able to have command and control nor was that type of response needed.  Each jurisdiction has its own nuances which must be addressed.  The task force focused on sharing jurisdictional response plans and finding ways to bridge any gaps that are identified.  Once a draft plan was developed, a tabletop exercise was conducted to validate the merits of the plan.  Several key areas were discussed to make sure the planning efforts captured the best practices for this event as well as to ensure multi-jurisdictional coordination.  The exercise allowed stakeholders to brainstorm and address any problems or concerns prior to the event.

## 3.   Goal & Objectives

The Coastal Alliance determined the best course of action to address the concerns that followed the 2014 Memorial Weekend rally was to create a local multi-jurisdictional task force. The task force guidance was to ensure the over-all planning for consecutive rallies would be coordinated between all jurisdictions.  The Coastal Alliance also established an over-arching goal for the rally planning.  The task force chairman was designated to establish the objectives.

Goal -  Create a safe environment for the community, bikefest participants, and public safety personnel that will be working this event.

Objectives

   a.   Coordinate response plans that are to be utilized during each operational period between all local jurisdictions' public safety agencies.

   b.   Synchronize response and support plans that are to be utilized during each operational period with each requested state agency.

   c.   Maintain situational awareness during each operational period using iRISS, traffic cameras, radio system, and other means.

   d.   Establish a Joint Information Center to provide and coordinate the release of information to the public and the media.

   e.   Establish a Communications Plan for the field personnel and for each EOC to Command Posts interface, including EOC back-up communications, for each operational period.

f.   Staff and maintain the EOC to properly support rally operations for each operational period.

g.   Continually monitor weather and provide updated forecast information to each EOC/Command Post during each operational period.

h.   During each operational period monitor local utility providers and report any interruptions in service to the appropriate EOC/Command Post including requests from utilities to provide support to enable them to restore service.

i.   During each operational period monitor situational awareness and provide briefings to the Executive Group.

j.   During each operational period monitor local hospitals/trauma center for capacity issues and report any changes to each EOC/Command Post.

k.   During each operational period provide Situational Reports (Sit Reps) and report significant events to SC Emergency Management Division.

l.   Using the appropriate reporting techniques, capture and maintain all rally related expenses during each operational period.

## 4. Review

A few days after the end of the Memorial Day weekend Bikefest, a request was sent to all task force members to solicit input on how each agency performed and what areas should be reviewed by the task force as improvements during the planning process for 2016.  Various means were used to gain this information.  Most were through the agency(s) normal review process and in some cases a survey was sent out to specific personal for feedback.

Comments/recommendations were received from the following:

Municipalities – Surfside Beach, Conway, North Myrtle Beach, and Myrtle Beach

State Agencies – South Carolina Emergency Management Division, SCHP, and DHEC

Horry County Departments – Police, Sheriff, Emergency Management, E-911, Airports, EOC, and PIO

Business – Myrtle Beach Hospitality, North Myrtle Beach Chamber, and the Sun News.

Comments and recommendation were submitted to the taskforce chairman.  Each agency's submissions were logged according to the same categories used during the task force planning sessions. Comments that were very specific to an individual department or agency, which were

not germane to the task force as a whole, were not included in the report. Following a review by task force members, additional recommendations were determined and an overall improvement plan was established.  The improvement plan assigned responsibility in an effort to follow through with the recommendations or to determine the actions were not feasible or warranted.

## 5.  Improvements

### 5.1 Emergency Operations Center

*DHS Capabilities (Planning, Operational Coordination, Intelligence and Information Sharing, Infrastructure Systems, Operational Communications, Situational Awareness, Risk and Disaster Resilience Assessment)*

Discussion

The EOC was activated Thursday May 26 at 1500.  Operational hours were Thursday through Sunday 1500-0300.  EOC Staff Included ESF 2, ESF 4, ESF 13, ESF 22, EM Director; EOC Manager; Operations Manager; Liaisons from SCEMD and NWS.  The Joint Information Center (JIC), comprising of the EMD Communication Specialist and the county PIO, were present in the EOC for this event.  The Horry County EOC Executive Group was also a part of the EOC.

The main mission of the EOC was to maintain situational awareness across the county by documenting and tracking significant events through the county's IRISS system, receive from and disseminate information to the command posts, provide SITREPS to SCEMD and the Horry County Executive Group, monitor traffic especially during the implementation of the traffic loop, maintain accurate hospital capacity counts, and coordinate issues with the E911 Communications Center as needed.  Bikefest 2016 had a lower volume of incidents from past events, this could have been the result of inclement weather conditions from Tropical Storm Bonnie and/or the increased law enforcement presence.  Regardless this weekend proved to be well planned and well executed among all participating departments.

Observations/Recommendations

*Primary Responsibility Agency – Horry County Emergency Management*

1. Stand-alone computers required multiple software updates during EOC Operations – Monthly start and use of laptop computers
2. EMD laptops need EOC printers added to their connected devices
3. Tropical Storm Bonnie introduced new challenges to Bikefest planning and operations, NWS presence proved to be essential – continue to have NWS liaisons represented in EOC for all operations

4.  iRISS notification functioned well, however potential for event duplication between Significant Events and CAD, need to develop protocol for determining Significant Event, continue to staff IT in EOC
5.  Information distributed via Social Media and Media inquiries were key aspects associated with most significant events, continue to staff JIC in EOC
6.  Back-up E911 center was pertinent to notification of significant events, continue staffing during EOC activations
7.  EMD needs to explore possibilities to gain access to City of Myrtle Beach's traffic camera system
8.  Summarized SITREPs and supporting documentation needs to be developed for all significant events and sent to EMD personnel, amplifying information and responsive actions should be time-stamped and documented as well
9.  All ESF personnel should develop and maintain position logs with detailed information on all events and response activities throughout operational periods
10. Final SITREPs should continue to be sent at end of operational period with sensitive information removed and significant event information prioritized
11. EMD needs to review current EOC schedule and base future plans based on need
12. Intelligence Coordinator position needs a complete SOP developed and implemented

## 5.2  Law Enforcement

*DHS Capabilities (Planning, Interdiction and Disruption, Operational Coordination, Screening, Search and Detection, On-scene security and Protection, Access Control and Identity Verification, Intelligence and Information Sharing, Physical Protective Measures, Operational Communications, Infrastructure Systems, Situational Assessment)*

Discussion

(MBPD) The overall consensus was that the weekend went well. The changes in the operational plan with the increase in visibility, additional equipment within the Emergency Lanes, the increase in communication due the Unified Command Center as well as the stronger presence with the Event Staff on the side streets made a significant impact in the overall response to calls for service and interaction with the public. Although there continues to be several major incidents, the increase in manpower and communication assisted in a quick response and control of the scene and reaction.

Observations/Recommendations

Myrtle Beach Police Department

1.  Law Enforcement meeting coinciding with Bikefest Task Force meetings to begin earlier in order to allow for state, county and local governments to start preparing (October was the first meeting).

2. The distinction between Bikefest Task Force meeting and Law Enforcement meetings was made and accomplished providing needed information regarding created a more organized Unified Command.
3. Training for the event will be completed well in advance.
4. Increased Myrtle Beach Police Officers and outside agencies officers assigned to the Traffic Enforcement Detail with a supervisor. The detail went well but supervision is needed to ensure they officers stay on task in the designated areas of North Kings Highway, North Ocean Boulevard, and 21st Avenue North specifically.
5. Identification and connection with the contracted event staff group in the fall of 2015 went well but more organization overall needs to be done. Overall their staff did well, but internal issues need to be addressed.
6. Diversity Training to be completed well in advance for all agencies. Most agencies completed this in a timely fashion.
7. Specific training regarding traffic diversion was completed with individual officers.
8. Traffic supervisors trained with Public Works supervisors.
9. Unified Command Center definitely increased communication amongst all agencies.
10. The flow of information to and from Conway and NMB increased.
11. Communications technology connectivity was good throughout.

## Horry County Sheriff's Office

1. Deputies responded to several calls for service within Myrtle Beach, but no arrests were made, no citations issued and all incident reports were written by Myrtle Beach Police Officers.
2. Overall, the supervisors were very satisfied with the flow of communication between the agencies and the emergency operations center.   No one had any comments, complaint or suggestions.

## Horry County Police Department

1. SC DOT signs at mall parking lot about the closure of the parking lot to help with clearing it out.
2. The schedule was much better this year giving a better mix instead of locked into all bike or all patrol.
3. BOLOs given out by Dispatch need to be done on the MDT as well as over the air if possible.
4. Were informed that HCPD were the only ones that had provided most of the Intel on the bikers and where they were staying.  A mid-day or morning shift would work better to provide more complete Intel on the clubs attending.
5. Continue to use the barricades at the mall.
6. The three motor teams were working some other matters, wounded warriors, drag strip etc.  Keep them working bike patrol around all the bikes.

**5.3 Traffic Management**

DHS Capabilities (Planning, Community Resilience, Operational Coordination, Public Information and Warning, Access Control and Identity Verification, Physical Protective Measures, Infrastructure Systems, Operational Communications)

Observation/Recommendations

Myrtle Beach Police Department

1. The increase of equipment and signage was better in the Emergency Lanes but there is still a need for more. Additional equipment needs to be added in order to provide a more distinct and understandable divide for drivers.
2. Additional signage needed throughout Ocean Boulevard.
3. Overall satisfaction with the pedestrian barricades dividing vehicular traffic from pedestrian traffic, however additional signage needed for the avenues to divert traffic coming from Kings Highway.
4. Increased event staff did a better job of letting officers and emergency staff in and out. Some issues with event staff internally that was addressed (i.e. alcohol related; charging for entry; not following directions). All was addressed swiftly by management.
5. Officers did a good job supervising the loop.
6. More complaints into the PD due to the loop traffic. This will be addressed through a designated volunteer manned phone line and email distribution.
7. Event staff did a good job on the loop setting up, implementing and tearing down.
8. Dispatch did a good job of monitoring the loop and keeping the Unified Command aware.
9. Golf cart and moped issues were addressed better.
10. Use of back-up generators for equipment worked better. No major failures.
11. Swing-shift officers worked better to support the loop in order to keep heavy on O.B.
12. Airport personnel notified of having issues of no transportation on Saturday night. The original notification was 100 visitors. MBPD Rep notified five companies who advised they would send cabs eastbound 17. Notification was later made that there were under 50 needing rides. HCPD supported this by sending cars to help and notification was later made this was rectified. We will coordinate in 2017 to possibly have an Airport representative at our Taxi Outreach meeting to help encourage their assistance during Traffic Loop hours.
13. Traffic Loop supervisors advised that HCPD officers at the intersections were not familiar with the directives. They had a change-over of personnel in May. We will follow up for 2017 and ensure Horry County Police are involved in the Traffic Loop planning for the Airport and Hwy 15 and Harrelson route.

South Carolina Highway Patrol

1. Clarification on making a left turn onto Clay Pond Road from George Bishop Highway on the Traffic Loop

14

2. More signage in the areas of Clay Pond Road and George Bishop Highway informing motorists to continue in the traffic loop to return to 29th Avenue
3. More signage at George Bishop Highway and US 501 Overpass informing motorists to continue in the traffic loop to return to 29th Avenue
4. More signage at the entrance to SC 31 explaining which direction to travel to return to 29th Avenue

## 5.4. Check-in/Lodging

*DHS Capabilities (Planning, Mass Care Services, Public and Private Services and Resources, Operational Coordination)*
Observations/Recommendations

<u>Myrtle Beach Police Department</u>

1. Overall positive reviews on lodging facilities.
2. Overall positive reviews on debit cards.
3. Increased volunteers to deliver meals and increased communication of deliveries.

## 5.5. Medical/Fire

*DHS Capabilities (Planning, Mass Care Services, Public and Private Services and Resources, Operational Coordination, Public Health and Medical Services, Fatality Management Services, Operational Communications, Situational Assessment, Environmental/Health and Safety, Risk and Disaster Resilience Assessment)*

Discussion
The Fire Rescue Department operated with extra staffing through the weekend including Senior Management staff. Adjustments were made to the previous year's plan. The adjusted plan was implemented with the coordination of City of Myrtle Beach Fire Department (MBFD) that included three staging points along the Ocean Boulevard within the city limits, as well as the staging point in Atlantic Beach. The EMS response was coordinated through an Operations Center located in the MBFD administration building.

As with 2015, the call volume was not heavy and it was noted by Fire Rescue staff that the call volume took a decrease during the times of the Traffic Loop implementation. The weather likely played a role in the decline in call volume this year, as the area experienced rain and impacts from a subtropical low pressure system. This seemingly kept the crowds light, especially the pedestrian traffic along Ocean Boulevard. Afternoon and evenings proved to be the busiest times. Call volume proved busiest along the coast, as was expected. For the first time in recent memory there was a structure fire in Atlantic Beach with an apartment building catching fire. While the potential exists that the traffic plan in that area would impede fire apparatus response that was not the case. Law Enforcement assets were the first to notice the fire, and

15

made an early notification to 911. The traffic control officers were alerted and cleared the path for responding apparatus to access the scene. Early arrival of the Fire Rescue team assigned to Atlantic Beach also allowed for coordination of responding units to eliminate confusion. Overall, the incident was handled well.

Observations/Recommendations

1. HCFR continued to staff the EMS Operations Center in Myrtle Beach. Coordination was successful of all response apparatus from a medical standpoint and the call volume was managed so that no one crew was overworked. Statistics tracked show once again the calls were evenly distributed throughout the crews and the additional resources used allowed for meal breaks as well. We will continue the inclusion of Mutual Aid resources from outside the normal response resources to continue this in the future.
2. Additional management teams were implemented from senior staff to increase the scene management capability. This was toned down a bit from last year, and did not have a negative impact on the operations. It is still recognized that it is beneficial to have the resource management capability improved, as well as having the rank and file see the leadership actively participating in the response effort.
3. The additional EMS response units once again were able to lower the demand for fire apparatus first response. We will continue to coordinate efforts between all agencies, and have additional mutual aid resources on stand-by through the S.C. Firefighter Mobilization system in the event of an outbreak of civil unrest or act of terrorism that would tax local resource response capabilities.
4. Law Enforcement interaction was improved this year. A senior staff member from Fire Rescue was assigned to the Unified Command Post, with that duty being split between command officers from MBFD and HCFR. The recommendation is to continue this practice going forward.
5. Recommend having building code control personnel included with patrols for instances involving crowds at or over capacity for certain venues.

**Finalk**

### 5.6. Communications

*DHS Capabilities (Planning, Operational Coordination, Public Information and Warning, Operational Communications, Situational Assessment)*

Observations/Recommendations

E-911

1. Review the need to monitor and additional radio channel for Atlantic Beach Police/SLED. Very little radio traffic with Communications Center.

16

2. Excessive radio traffic when officers signing on and off duty. This could be handled with a HCPD Supervisor providing a list to a Supervisor in 9-1-1 via telephone or email.
3. Utilization of the MDT's help reduce some radio traffic and NCIC workload there is still room for improvement.
4. All HCFR calls need to be handled by Communications.  If HCFR has or is working out of a special operations center and they become aware of a call they need to call us.  Not doing so causes confusion in an already busy environment and could cause a delay in a call.

Horry County Police Department

1. BOLOS given out by Dispatch need to be done on the MDT as well as over the air if possible


### 5.7 PIO/Joint Information Center

DHS Capabilities (*Planning, Operational Coordination, Public Information and Warning, Operational* Communications, Situational Assessment)

Discussion

The JIC was established to be operational during the Bikefest to receive and deliver timely information to the media and the public. Written media briefings were sent at specific times of each day to include the most recent updates regarding traffic, traffic loop updates, crowd management, traffic accident/fatalities, etc. These briefings were also shared with local/state PIOs participating in the event and various staff members. The JIC was on standby to assist public safety/EOC with any emergent messaging that needed to be delivered timely. The JIC also monitored social media and provided assistance with rumor control as needed.

Observations/Recommendations

1. Social Media was enhanced significantly this year and recommend expanding social media and coordinating messages if possible.
2. Pre-event coordination went well and messaging remained consistent.
3. Regular media briefings were sent to coincide with newscasts as much as possible
4. Overall information flow improved.


### 5.8. Public Outreach

DHS Capabilities (*Planning, Community Resilience, Public and Private Resources, Public Information and Warning, Economic Recovery*)

Observations/Recommendations

1. We continue to hear complaints from visitors flying into the airport who are frustrated by the loop.  I'm not sure what more we can do to accommodate fly-in visitors but this seems to be a carryover from last year.
2. Pre-event joint messaging was successful.


## 5.9. Additional Concerns

*DHS Capabilities (Planning, Economic Recovery, Community Resilience)*

Observations/Recommendations

1. Anti-theft detail did a great job and the use of the one-tow group was extremely helpful.
2. Court hours went smoothly and were helpful clearing the detention center.
3. Detention Center help would be better to have the support on Monday morning instead of Thursday night.
4. Volunteer training for all city employees involved. We had a great deal of volunteers this year but due to the lack of visitors not as much for them to do. 2017 we will follow up with March training on 918-LOOP to assist with answering questions.