

**EMERGENCY MANAGEMENT
DEPARTMENT**

**RANDALL S. WEBSTER
DIRECTOR**

## Bikefest Task Force Agenda

March 14, 2018

1. Welcome

2. Task Force Mission

3. Discussion Items:

    a. Overall Event Coordination for 2018

    b. Traffic Management Discussion

    c. Law Enforcement Update

    d. Medical Treatment/Transport Update

    e. Communications Update

    f. Joint Information Center Update

    g. Community Outreach Update

4. Questions/Comments