IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

National Association for the Advancement of Colored People, Inc., et al.,

~~Violet Lucas~~ Plaintiffs,

v.

City of Myrtle Beach, at al.,

Defendants.

C.A. NO. 4:18-CV-00554-DCC

**AFFIDAVIT OF**

Violet L Lucas

---

Violet L Lucas affirms the following:

I AM A BiKER AND have ATTENDED the Memorial BiKE festival for MORE than 20 years. Over the Last 5 years or so, I also ATTENDED the Harley Rally Both held during the Month of May. While some would compare both Rallies to being one and the same I would disagree with the comparison. the Harley Rally is in the earlier part of the Month May the Harley Rally while people May stay at the hotels

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on** _____

_____
Signature

Violet L Lucas
Printed Name

1

Within the city of Myrtle Beach, the vendors and activities are held south of Myrtle Beach, within Murrells Inlet, Georgetown County and the majority of the traffic is south.

The Memorial Bike Festival most of the traffic is North of Myrtle Beach and while the City of Myrtle Beach experience a huge traffic influx of people, from a biker stand point, those are not bikers. We as bikers are impede to safety hazards due to the overwhelming numbers of car that impede on us as bikers safely being able to enjoy an event that was designed for us as bikers. While we as bikers do not support the traffic loop, we do understand the need where it's done for one and not the other. We as bikers would like to see more concerns for bikers that there perhaps can be a motorcycle only lane or access

point of entry or exit (stairs) more towards us bikers.

We as bikers would like to see less cars as this is not what bike week is about.

We as biker do not patronize the restaurant, simply because we tend to bar more towards the comradare and fellowship of the family atmosric environment. We buy out the grocery stores and cook out at the condos or houses we rent for the week of the event.

While we understand there's a need for equal treatment, we want the voices of us as bikers and our wants or desires to be the basis of all or any conversation in reference to bikers and any who speaks for us to speak to us to truly understand what we as bikers want or ask.