IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| National Association for the Advancement of Colored People, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Myrtle Beach, at al., <br><br> Defendants. | C.A. NO. 4:18-CV-00554-DCC <br><br> **AFFIDAVIT OF** <br> Kenneth Holoman |

Kenneth Holoman affirms the following:

I have been riding and participate with Memorial weekend bike events for 15 years. I have been doing the biker prayer blessing with the city of Myrtle Beach for 4 years. Memorial bike events and Harley biker week are totally two different bike events. Memorial week has more people attending than Harley week events. Due to the heavy attendance of Memorial week, MB has had to focus on the ocean Blvd and surronding streets due to traffic congestion that is not due to the bikers but due to the tourest.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on 3/19/18.

Kenneth Holeman
Signature
Kenneth Holoman
Printed Name

1

Harley Week event is held in the Murrells Inlet area and has not made an impact on the traffic in the MB area case stays the same as it does during Memorial Week.