IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| National Association for the Advancement of Colored People, Inc. by and through its Myrtle Beach Branch, Simuel Jones, Leslie Stevenson, and Cedric Stevenson,<br><br>Plaintiffs,<br><br>v.<br><br>City of Myrtle Beach, a municipal corporation within the State of South Carolina and City of Myrtle Beach Police Department, a department of the City of Myrtle Beach,<br><br>Defendants. | C.A. NO. 4:18-CV-00554-DCC<br><br><br><br><br>**AFFIDAVIT OF JOHN PEDERSEN** |

John Pedersen with the City of Myrtle Beach affirms the following:

1. I am the City Manager for the City of Myrtle Beach.

2. I have been the City Manager for the City of Myrtle Beach from 2014 to present.

3. I attended the Coastal Alliance meetings held on December 3, 2014 and June 3, 2015.

4. The attached Minutes for those Coastal Alliance meetings are a true and accurate representation of the comments and subjects discussed during those meetings.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on**

                                                                _/s/ John Pedersen_
                                                                 John Pedersen

March 27, 2018

1

Scanned by CamScanner