| ICS-COVER: INCIDENT ACTION PLAN COVER | | eICS by Rhodium |
|---|---|---|
| **Incident Name:** [ Memorial Day Weekend 2017 ] | **Date / Time Prepared:** 05-10-2017 07:47 | **Operational Period:** Op Hours 0600 - 1800 / 1800 - 0600 |

**Cover Image:**

[Myrtle Beach S.C. Police badge]

**Comments:**
Memorial Day Weekend 2017 is taking place Friday, May 26 2017 through Monday, May 29, 2017.

| **Prepared by:** Amy 102 / 6044 Prock [MBPD] | **Submitted for Review** ☐ |
|---|---|
| **Approved by:** *Warren S. Gall* [signature] | **Approved** ☐ |

| ICS-201: INCIDENT BRIEFING | | eICS by Rhodium |
|---|---|---|
| **Incident Name:**<br>[ Memorial Day Weekend 2017 ] | **Date / Time Prepared:**<br>04-09-2017 22:13 | **Operational Period:**<br>Op Hours 0600 - 1800 / 1800 - 0600 |

**Map / Sketch:**
Include sketch, showing the total area of operations, the incident site/area, impacted and threatened areas, overflight results, trajectories, impacted shorelines, or other graphics depicting situational status and resource assignment.

**Situation Summary and Health and Safety Briefing:**
For briefings or transfer of command. Recognize potential incident Health and Safety Hazards and develop necessary measures (remove hazard, provide personal protective equipment, warn people of the hazard) to protect responders from those hazards.

All officers and personnel will use due care throughout this operation utilizing all provided safety equipment to include bulletproof vests, traffic vests and any other issued equipment applicable. All officers will follow all Emergency Vehicle Operation procedures as well as all departmental policies and regulations.

**Current and Planned Objectives:**
The Myrtle Beach Police Department in conjunction with the City of Myrtle Beach has been tasked with coordinating the enforcement efforts for Memorial Day Weekend. This will be a multi-agency collaborative effort within the City to include federal, state, county and local resources.

| Time: | Actions: |
|---|---|

| Resource | Resource Identifier: | Date/Time Ordered: | ETA: | Arrived: | Notes (location/assignment/status): |
|---|---|---|---|---|---|

**Current Organization:**

- **Incident Commander**: Gall, Warren 101 / 2200 [MBPD]
  - **Safety Officer**: Brown, Marty 105 / 5572 [MBPD]
  - **Liaison Officer**: Prock, Amy 102 / 6044 [MBPD]
  - **PIO**: Crosby, Joey 170 / 6199 [MBPD]
  - **Planning Section**: Prock, Amy 102 / 6044 [MBPD]
  - **Operations Section**: Bertang, John 107 / 6026 [MBPD]
  - **Finance/Admin**:
  - **Logistics Section**: Kennedy, John 106 / 2900 [MBPD]

**Prepared by:** 102 / 6044 Prock, Amy []

**Approved by:** *Warren S. Gall* (signature)

Submitted for Review ☐

Approved ☐

# ICS-202: INCIDENT OBJECTIVES

eICS by Rhodium

| Incident Name: | Date / Time Prepared: | Operational Period: |
|---|---|---|
| [ Memorial Day Weekend 2017 ] | 05-10-2017 06:40 | Op Hours 0600 - 1800 / 1800 - 0600 |

**Objective(s):**
To provide public safety for the Myrtle Beach community throughout the Memorial Day Weekend by using law enforcement support provided by federal, state, county and local law enforcement agencies.

**Operational Period Command Emphasis:**

**General Situational Awareness:**

**Site Safety Plan Required?** Yes ○ No ⦿
**Approved Site Safety Plan(s) Located at:**

**Incident Action Plan (the items included below are included in this Incident Action Plan):**
Cover - Incident Action Plan Cover
201 - Incident Briefing
202 - Incident Objectives
203 - Organization Assignment List
204's
205 - Radio Communications Plan
206 - Medical Plan

**Attachments:** (PDF files only)

| Prepared by: | Submitted for Review ☐ |
|---|---|
| Amy 102 / 6044 Prock [MBPD] | |
| Approved by: *[signature] S. Gall* | Approved ☐ |

# ICS-203: ORGANIZATION ASSIGNMENT LIST

eICS by Rhodium

| Incident Name: | Date / Time Prepared: | Operational Period: |
|---|---|---|
| [ Memorial Day Weekend 2017 ] | 04-09-2017 19:53 | Op Hours 0600 - 1800 / 1800 - 0600 |

### Incident Commander(s) and Command Staff:

| Position: | Name: | Phone: | Email: |
|---|---|---|---|
| Incident Commander | Gall, Warren 101 / 2200 [MBPD] | 843-450-2500 | wgall@cityofmyrtlebeach.com |
| Deputy Commander | Prock, Amy 102 / 6044 [MBPD] | 843-222-9113 | aprock@cityofmyrtlebeach.com |
| Safety Officer | Brown, Marty 105 / 5572 [MBPD] | 843-450-1704 | mbrown@cityofmyrtlebeach.com |
| Public Information Officer | Crosby, Joey 170 / 6199 [MBPD] | 843-450-0131 | jcrosby@cityofmyrtlebeach.com |

### Agency/Organization Representatives:

| Agency/Organization: | Name: | Phone: | Email: |
|---|---|---|---|
| | | | |

### Planning Section:

| Position | Name: | Phone: | Email: |
|---|---|---|---|
| Planning Section Chief | Prock, Amy 102 / 6044 [MBPD] | 843-222-9113 | aprock@cityofmyrtlebeach.com |
| Planning Deputy Chief | Crosby, Joey 170 / 6199 [MBPD] | 843-450-0131 | jcrosby@cityofmyrtlebeach.com |

### Logistics Section:

| Position: | Name: | Phone: | Email: |
|---|---|---|---|
| Logistics Section Chief | Kennedy, John 106 / 2900 [MBPD] | 843-450-1731 | jkennedy@cityofmyrtlebeach.com |
| Logistics Deputy Chief | Rhodes, Cathie [MBPD] | 843-446-5874 | crhodes@cityofmyrtlebeach.com |

### Support Branch

| Position: | Name: | Phone: | Email: |
|---|---|---|---|
| Director | Kennedy, John 106 / 2900 [MBPD] | 843-450-1731 | jkennedy@cityofmyrtlebeach.com |
| Deputy | Russell, Tracy 601 / 4042 [MBPD] | 843-467-0258 | trussell@cityofmyrtlebeach.com |

### Service Branch

| Position: | Name: | Phone: | Email: |
|---|---|---|---|
| Director | | | |
| Communication Units | Rhodes, Cathie | 843.446.5874 | crhodes@cityofmyrtlebeach.com |
| Medical Unit | | | |
| Food Unit | | | |

### Operations Section:

| Position: | Name: | Phone: | Email: |
|---|---|---|---|
| Operations Section Days | Brown, Marty 105 / 5572 [MBPD] | 843-450-41704 | mbrown@cityofmyrtlebeach.com |
| Operations Section Nights | Bertang, John 107 / 6026 [MBPD] | 843-450-4077 | jbertang@cityofmyrtlebeach.com |
| Staging Area | | | |

| Waterfront | | | |
|---|---|---|---|
| Director Days | Altman, Terry 130 / 5248 [MBPD] | 843-450-2013 | taltman@cityofmyrtlebeach.com |
| Director Nights | Guthinger, Mike 131 / 6423 [MBPD] | 843-360-1283 | gguthinger@cityofmyrtlebeach.com |
| @Daytime Waterfront Sector 1 0600-1800 | Amos, Justin 245 / 7689 [MBPD] | | jamos@cityofmyrtlebeach.com |
| @Daytime Waterfront Sector 2 0600-1800 | Toole, Shannon 208 / 6960 [MBPD] | | stoole@cityofmyrtlebeach.com |
| @Daytime Waterfront Sector 3 0600-1800 | Chanaca, Traci 200 / 6818 [MBPD] | | tchanaca@cityofmyrtlebeach.com |
| @Daytime Waterfront Sector 4 0600-1800 | Bannister, Thomas 243 / 7825 [MBPD] | | tbannister@cityofmyrtlebeach.com |
| @Daytime Waterfront Sector 5 0600-1800 | Landi, Mark 235 / 8248 [MBPD] | | mlandi@cityofmyrtlebeach.com |
| @Nighttime Waterfront Sector 1 1800-0600 | Stair, Bill 225 / 7636 [MBPD] | | bstair@cityofmyrtlebeach.com |
| @Nighttime Waterfront Sector 2 1800-0600 | Curry, Mike 201 / 9013 [MBPD] | | mcurry@cityofmyrtlebeach.com |
| @Nighttime Waterfront Sector 3 1800-0600 | Fullwood, John 214 / 6738 [MBPD] | | jfullwood@cityofmyrtlebeach.com |
| @Nighttime Waterfront Sector 4 1800-0600 | Lederer, Kyle 226 / 8235 [MBPD] | | klederer@cityofmyrtlebeach.com |
| @Nighttime Waterfront Sector 5 1800-0600 | Lederer, Kyle 226 / 8235 [MBPD] | | klederer@cityofmyrtlebeach.com |
| @Bicycle Unit 1600-0400 | Bresadola, Henry 551 / 7326 [MBPD] | | hbresadola@cityofmyrtlebeach.com |
| @Support Teams 1400-0200 / 1800-0600 | Pieterse, Dianne 213 / 5367 [MBPD] | | dpieterse@cityofmyrtlebeach.com |
| @Backstreet Team Days 0600-1800 | Chanaca, Traci 200 / 6818 [MBPD] | | tchanaca@cityofmyrtlebeach.com |
| @Backstreet Team Nights 1800-0600 | Curry, Mike 201 / 9013 [MBPD] | | mcurry@cityofmyrtlebeach.com |
| @Transport 0600-1800 / 1800-0600 | Miller, Don 554 / 5938 [MBPD] | | dmiller@cityofmyrtlebeach.com |
| @Beach Patrol | Cox, Michelle 247/ 8006 [MBPD] | | mcox@cityofmyrtlebeach.com |
| @Quick Action Response Team | Murphy, Bryan 501 / 6914 [MBPD] | | bmurphy@cityofmyrtlebeach.com |
| @Volunteer Team | James, Stephani 550 / 6779 [MBPD] | | sjames@cityofmyrtlebeach.com |
| @SLED Aviation | Guthinger, Mike 131 / 6423 [MBPD] | | gguthinger@cityofmyrtlebeach.com |
| Patrol | | | |
| | Bertang, John 107 / 6026 [MBPD] | | jbertang@cityofmyrtlebeach.com |
| Deputy | Altman, Terry 130 / 5248 [MBPD] | 843-450-2013 | taltman@cityofmyrtlebeach.com |
| @Patrol Days 0600-1800 | Castle, Shannon 212 / 7044 [MBPD] | | scastle@cityofmyrtlebeach.com |
| @Patrol Nights 1800-0600 | Jackson, Mark 211 / 5765 [MBPD] | | mjackson@cityofmyrtlebeach.com |
| @Traffic Days 0600-1800 | West, Joe 239 / 7540 [MBPD] | | jwest@cityofmyrtlebeach.com |
| @Traffic Nights 1800-0600 | Spivey, Troy 244 / 6043 [MBPD] | | tspivey@cityofmyrtlebeach.com |
| @Traffic Enforcement Team 1400-2200 / 1600-0400 | Allen, James 210 / 5247 [MBPD] | 843-945-0871 | jallen@cityofmyrtlebeach.com |
| @Response Teams 1700 - 0500 | Guthinger, Mike 131 / 6423 [MBPD] | 843-360-9788 | gguthinger@cityofmyrtlebeach.com |
| @K9 Unit | Smith, Chris 248 / 7829 [MBPD] | | cmsmith@cityofmyrtlebeach.com |
| @Community Services Officers | Allen, James 210 / 5247 [MBPD] | | jallen@cityofmyrtlebeach.com |
| @Animal Control Officers | Murphy, Bryan 501 / 6914 [MBPD] | | bmurphy@cityofmyrtlebeach.com |
| @Military Appreciation Parade | Crosby, Joey 170 / 6199 [MBPD] | 843-450-0131 | jcrosby@cityofmyrtlebeach.com |
| @Police Department Service Assistance | Russell, Tracy 601 / 4042 [MBPD] | | trussell@cityofmyrtlebeach.com |
| @Evacuation Route | West, Joe 239 / 7540 [MBPD] | | jwest@cityofmyrtlebeach.com |

| Investigative | | | |
|---|---|---|---|
| Director / Chief / Leader | Knipes, David 104 / 2952 [MBPD] | 843-450-2341 | dknipes@cityofmyrtlebeach.com |
| Deputy | Furlong, Doug 140 / 2161 [MBPD] | 843-446-3424 | dfurlong@cityofmyrtlebeach.com |
| @Investigative Division | Knipes, David 104 / 2952 [MBPD] | | dknipes@cityofmyrtlebeach.com |
| @Drug Enforcement Unit/ Street Crimes Unit | Mitchell, Tony 132 / 5256 [MBPD] | | tmitchell@cityofmyrtlebeach.com |
| @Intelligence Unit (Command) | Swanson, Robert 171 / 6571 [MBPD] | | rswanson@cityofmyrtlebeach.com |
| @Intelligence Unit (Field) | Swanson, Robert 171 / 6571 [MBPD] | | rswanson@cityofmyrtlebeach.com |
| @Auto Theft Detail | Brown, Marty 105 / 5572 [MBPD] | | mbrown@cityofmyrtlebeach.com |
| @Crime Scene Unit | Cozene, Orion 402 / 6430 [MBPD] | 843-450-1702 | ocozene@cityofmyrtlebeach.com |
| @Unified Command Center | Swanson, Robert 171 / 6571 [MBPD] | 843-450-2919 | rswanson@cityofmyrtlebeach.com |
| **Support Services Days** | | | |
| Director / Chief / Leader | Russell, Tracy 601 / 4042 [MBPD] | | trussell@cityofmyrtlebeach.com |
| Deputy | | | |
| @Detention Days 0500-1700 | | | |
| @Communications Days 0500-1700 | | | |
| @Property and Evidence Days | | | |
| @Records Day | | | |
| @Courtroom Security | | | |
| **Support Services Nights** | | | |
| Director / Chief / Leader | Rhodes, Cathie [MBPD] | | crhodes@cityofmyrtlebeach.com |
| Deputy | | | |
| @Detention Nights 1700-0500 | | | |
| @Communications | | | |
| @Property & Evidence Nights | | | |
| @Information Line | | | |
| @Building Security | | | |
| **Command** | | | |
| Director / Chief / Leader | Gall, Warren 101 / 2200 [MBPD] | | wgall@cityofmyrtlebeach.com |
| Deputy | Prock, Amy 102 / 6044 [MBPD] | | aprock@cityofmyrtlebeach.com |
| @Command Staff | | | |
| @Office of Professional Standards | Chestnut, Tommy 158 / 1750 [MBPD] | | tchestnut@cityofmyrtlebeach.com |
| **Air Operations Branch** | | | |
| Position: | Name: | Phone: | Email: |
| **Administration / Finance Section:** | | | |
| Position: | Name: | Phone: | Email: |

Prepared by:
ZOE VOULGARELIS []

Submitted for Review ☐

Approved by: Warren S. Gall

Approved ☐

# ICS-204: ASSIGNMENT LIST

eICS by Rhodium

| Incident Name: | Date / Time Prepared: | Operational Period: |
|---|---|---|
| [ Memorial Day Weekend 2017 ] | 04-09-2017 20:23 | Op Hours 0600 - 1800 / 1800 - 0600 |

| Branch: | Division / Group: | Staging Area: |
|---|---|---|
| Waterfront | Daytime Waterfront Sector 1 0600-1800 | |

**Operations Personnel:**

| | Name: | Phone: | Email: |
|---|---|---|---|
| Operations Section Chief: | | | |
| Director / Chief / Leader: | | | |
| Daytime Waterfront Sector 1 0600-1800 Supervisor: | Amos, Justin 245 / 7689 [MBPD] | | jamos@cityofmyrtlebeach.com |

**Resources Assigned:**

| Resource Identifier | Leader | # Persons | Contact (phone/email/pager/radio/etc) | Notes (location/assignment/status) |
|---|---|---|---|---|
| Supervisor, 29th Ave N to 16th Ave N | Amos, Justin 245 / 7689 [Myrtle Beach Police Depar | | ; jamos@cityofmyrtlebeach.com | SCSO Lt. P. Wiley |
| 29th Ave N to 16th Ave N | Hinton, Keith 265 / 8678 [Myrtle Beach Police Depa | | ; khinton@cityofmyrtlebeach.com | PPP J. Matthews / PPP McKenzie / PPP Norfus / PPP Stroud |
| 25th Ave N to 21st Ave N, 1500 - 0300 | McKinney, Scott 292 / 7533 [Myrtle Beach Police D | | ; smckinney@cityofmyrtlebeach.com | DNR B. Miller / DNR H. Holliday / DNR J. Burnette / DNR J. Wallace / DNR C. Keller |
| 21st Ave N Ave to 16th Ave N | Jeslis, Matthew 381 / 10233 [Myrtle Beach Police D | | null; mjeslis@cityofmyrtlebeach.com | PPP K. Duncan / PPP R. Garvin / PPP G. Ketner / PPP L. Schatzle |

**Work Assignments:**
1. Directives include to keep checks at the beach accesses and roadways for parking violations and traffic congestion.
2. Officers will assist visitors and employees into businesses on the east side of Ocean Boulevard during all times of the traffic pattern.
3. Supervisors will ensure all outside agency officers are present each day and report any no-shows to the on duty lieutenant.
4. Golf-carts will be used as needed and issued by each Sector Supervisor.
5. Directives will also include any soliciting, alcohol violations and parking lot issues.

**Special Instructions:**

**Communications:**
Select the applicable channel(s) for this assignment

| Zone/Grp | Channel | Function | Channel Name | Assignment | Remarks |
|---|---|---|---|---|---|

| Prepared by:<br>ZOE VOULGARELIS [] | | Submitted for Review<br>☐ |
|---|---|---|
| Approved by: *Warren S. Gall* | | Approved<br>☐ |

# ICS-204: ASSIGNMENT LIST

eICS by Rhodium

| Incident Name: | Date / Time Prepared: | Operational Period: |
|---|---|---|
| [ Memorial Day Weekend 2017 ] | 04-09-2017 20:43 | Op Hours 0600 - 1800 / 1800 - 0600 |

| Branch: | Division / Group: | Staging Area: |
|---|---|---|
| Waterfront | Daytime Waterfront Sector 2 0600-1800 | |

## Operations Personnel:

| | Name: | Phone: | Email: |
|---|---|---|---|
| Operations Section Chief: | | | |
| Director / Chief / Leader: | | | |
| Daytime Waterfront Sector 2 0600-1800 Supervisor: | Toole, Shannon 208 / 6960 [MBPD] | | stoole@cityofmyrtlebeach.com |

## Resources Assigned:

| Resource Identifier | Leader | # Persons | Contact (phone/email/pager/radio/etc) | Notes (location/assignment/status) |
|---|---|---|---|---|
| 16th Ave N to 5th Ave N, MBPD Supervisor, | Toole, Shannon 208 / 6960 [Myrtle Beach Police Dep | | ; stoole@cityofmyrtlebeach.com | 1500 - 0300, Winthrop PD Asst. Chief Scoggins |
| 16th Ave N to 13th Ave N | Southerland, Brittany 356 / 8247 [Myrtle Beach Pol | | ; bsoutherlan@cityofmyrtlebeach.com | PPP B. Duncan / PPP B. Scruggs / PPP McKenzie / PPP Sebree |
| 13th Ave N to 9th Ave N | Kittle, Robert 324 / 6164 [MBPD] | | ; rkittle@cityofmyrtlebeach.com | PPP Macon / PPP Davis / PPP Owens / PPP Stephens |
| 9th Ave to 5th Ave N | Elliott, Brad 254 / 8775 [MBPD] | | ; telliott@cityofmyrtlebeach.com | PPP Chapman / PPP Huffman / PPP Sterling / PPP Tolliver |
| Downtown Boardwalk / Central, 1200 - 2400 | Hess, Scott 310 / 8656 [MBPD] | | ; shess@cityofmyrtlebeach.com | SCC Lucas - both on bike patrol |

## Work Assignments:
1. Directives include to keep checks at the beach accesses and roadways for parking violations and traffic congestion.
2. Officers will assist visitors and employees into businesses on the east side of Ocean Boulevard during all times of the traffic pattern.
3. Supervisors will ensure all outside agency officers are present each day and report any no-shows to the on duty lieutenant.
4. Golf-carts will be used as needed and issued by each Sector Supervisor.
5. Directives will also include any soliciting, alcohol violations and parking lot issues.

## Special Instructions:

## Communications:
Select the applicable channel(s) for this assignment

| Zone/Grp | Channel | Function | Channel Name | Assignment | Remarks |
|---|---|---|---|---|---|

| Prepared by:<br>ZOE VOULGARELIS [] | | Submitted for Review<br>☐ |
|---|---|---|
| Approved by: *[signature] S. Gold* | | Approved<br>☐ |

# ICS-204: ASSIGNMENT LIST

eICS by Rhodium

| Incident Name: | Date / Time Prepared: | Operational Period: |
|---|---|---|
| [ Memorial Day Weekend 2017 ] | 04-09-2017 20:47 | Op Hours 0600 - 1800 / 1800 - 0600 |

| Branch: | Division / Group: | Staging Area: |
|---|---|---|
| Waterfront | Daytime Waterfront Sector 3 0600-1800 | |

## Operations Personnel:

| | Name: | Phone: | Email: |
|---|---|---|---|
| Operations Section Chief: | | | |
| Director / Chief / Leader: | | | |
| Daytime Waterfront Sector 3 0600-1800 Supervisor: | Chanaca, Traci 200 / 6818 [MBPD] | | tchanaca@cityofmyrtlebeach.com |

## Resources Assigned:

| Resource Identifier | Leader | # Persons | Contact (phone/email/pager/radio/etc) | Notes (location/assignment/status) |
|---|---|---|---|---|
| 5th Ave N to 6th Ave S, MBPD Supervisor | Chanaca, Traci 200 / 6818 [Myrtle Beach Police Dep | | ; tchanaca@cityofmyrtlebeach.com | Chief M. Campisi, Graham PD |
| 5th Ave N to 2nd Ave N | Weld, Corey W 315 / 8289 [Myrtle Beach Police Depa | | ; cweld@cityofmyrtlebeach.com | PPP C. Anderson / PPP Holmes / PPP Suber / PPP Vasquez |
| 2nd Ave N to 3rd Ave S (15:00 - 03:00) | Voegele, Christopher 352 / 8805 [Myrtle Beach Poli | | ; cvoegele@cityofmyrtlebeach.com | DNR Stewart / DNR J. Ginn / DNR J. Turner / DNR N. Brooking / DNR G. Gilmore |
| 3rd Ave S to 6th Ave S | Nazario, Gilson 337 / 10135 [MBPD] | | null; gnazario@cityofmyrtlebeach.com | PPP Addison / PPP Burch / PPP Wilson / PPP Worthy |

**Work Assignments:**
1. Directives include to keep checks at the beach accesses and roadways for parking violations and traffic congestion.
2. Officers will assist visitors and employees into businesses on the east side of Ocean Boulevard during all times of the traffic pattern.
3. Supervisors will ensure all outside agency officers are present each day and report any no-shows to the on duty lieutenant.
4. Golf-carts will be used as needed and issued by each Sector Supervisor.
5. Directives will also include any soliciting, alcohol violations and parking lot issues.

**Special Instructions:**

**Communications:**
Select the applicable channel(s) for this assignment

| Zone/Grp | Channel | Function | Channel Name | Assignment | Remarks |
|---|---|---|---|---|---|

Prepared by:
ZOE VOULGARELIS []

Submitted for Review ☐

Approved by: [signature]

Approved ☐

# ICS-204: ASSIGNMENT LIST

eICS by Rhodium

| Incident Name: | Date / Time Prepared: | Operational Period: |
|---|---|---|
| [ Memorial Day Weekend 2017 ] | 04-09-2017 20:54 | Op Hours 0600 - 1800 / 1800 - 0600 |

| Branch: | Division / Group: | Staging Area: |
|---|---|---|
| Waterfront | Daytime Waterfront Sector 4 0600-1800 | |

## Operations Personnel:

| | Name: | Phone: | Email: |
|---|---|---|---|
| Operations Section Chief: | | | |
| Director / Chief / Leader: | | | |
| Daytime Waterfront Sector 4 0600-1800 Supervisor: | Bannister, Thomas 243 / 7825 [MBPD] | | tbannister@cityofmyrtlebeach.com |

## Resources Assigned:

| Resource Identifier | Leader | # Persons | Contact (phone/email/pager/radio/etc) | Notes (location/assignment/status) |
|---|---|---|---|---|
| 6th Ave S to 18th Ave S, MBPD Supervisor | Bannister, Thomas 243 / 7825 [MBPD] | | ; tbannister@cityofmyrtlebeach.com | SCSO R. Ragin |
| 6th Ave S to 10th Ave S | Pesko, Lauren 279 / 10133 [MBPD] | | null; lpesko@cityofmyrtlebeach.com | SLED Wiggins, Lawrence; SLED Haywood, Marcus; SLED Antley, Greg; SLED Parikh, Roshani; DNR Bea, Andrew; SLED Supervisor Brown, Matt |
| 10th Ave S to 14th Ave S | Sououd, Assia 251 / 8234 [Myrtle Beach Police Depa | | ; asououd@cityofmyrtlebeach.com | SLED Williams, Jeff; SLED Stott, John; SLED Alexander, Callie; DNR Graham, Blake; DNR David, Michael; SLED Supervisor Crooks, Jeff |
| 14th Ave S to 18th Ave S | Cooper, Logan 295 / 8661 [Myrtle Beach Police Depa | | ; lcooper@cityofmyrtlebeach.com | SLED Russell, Dan SLED Tracy, Dennis; SLED Strickland, Kevin; DNR Gantt, Eric; DNR Baxter, Barrett; SLED Supervisor Bethea, Roxanne |

## Work Assignments:
1. Directives include to keep checks at the beach accesses and roadways for parking violations and traffic congestion.
2. Officers will assist visitors and employees into businesses on the east side of Ocean Boulevard during all times of the traffic pattern.
3. Supervisors will ensure all outside agency officers are present each day and report any no-shows to the on duty lieutenant.
4. Golf-carts will be used as needed and issued by each Sector Supervisor.
5. Directives will also include any soliciting, alcohol violations and parking lot issues.

## Special Instructions:

## Communications:
Select the applicable channel(s) for this assignment

| Zone/Grp | Channel | Function | Channel Name | Assignment | Remarks |
|---|---|---|---|---|---|

| Prepared by:<br>ZOE VOULGARELIS [] | | Submitted for Review<br>☐ |
|---|---|---|
| Approved by: *[signature] S. Gale* | | Approved<br>☐ |

# ICS-204: ASSIGNMENT LIST

eICS by Rhodium

| Incident Name: | Date / Time Prepared: | Operational Period: |
|---|---|---|
| [ Memorial Day Weekend 2017 ] | 05-06-2017 21:32 | Op Hours 0600 - 1800 / 1800 - 0600 |
| **Branch:** Waterfront | **Division / Group:** Daytime Waterfront Sector 5 0600-1800 | **Staging Area:** |

**Operations Personnel:**

|  | Name: | Phone: | Email: |
|---|---|---|---|
| Operations Section Chief: | | | |
| Director / Chief / Leader: | | | |
| Daytime Waterfront Sector 5 0600-1800 Supervisor: | Landi, Mark 235 / 8248 [MBPD] | | mlandi@cityofmyrtlebeach.com |

**Resources Assigned:**

| Resource Identifier | Leader | # Persons | Contact (phone/email/pager/radio/etc) | Notes (location/assignment/status) |
|---|---|---|---|---|
| 18th Ave S to 29th Ave S MBPD Supervisor | Landi, Mark 235 / 8248 [MBPD] | | ; mlandi@cityofmyrtlebeach.com | |
| 18th Ave S to 21st Ave S | Aiesi, Kerry A 351 / 7047 [MBPD] | | ; kaiesi@cityofmyrtlebeach.com | SLED Delp, Lara; SLED McCallister, Kaite; DNR; Joyner, Will; DNR Oliver, Matt ; SLED Supervisor Corley, Elizabeth |
| 21st Ave S to 25th Ave S 15:00 - 03:00* | Slone, Lucas 355 / 10137 [MBPD] | | null; lslone@cityofmyrtlebeach.com | SLED Fellers, Sabrina; SLED Hollmon-Edwards, Vicki SLED Hyatt, BJ; DNR Aston, Player; DNR Oates, Dylan ; SLED Supervisor Strange, Todd |
| 25th Ave S to 29th Ave S | Starling, Christopher 311 / 8589 [MBPD] | | ; cstarling@cityofmyrtlebeach.com | SLED Cauthen, Christine; SLED Ford, Quincy; SLED Benjamin, Jeremy; SLED Metzler, Dena; DNR Spann, Thomas ; SLED Supervisor Mazyck, Douglas |

**Work Assignments:**
1. Directives include to keep checks at the beach accesses and roadways for parking violations and traffic congestion.
2. Officers will assist visitors and employees into businesses on the east side of Ocean Boulevard during all times of the traffic pattern.
3. Supervisors will ensure all outside agency officers are present each day and report any no-shows to the on duty lieutenant.
4. Golf-carts will be used as needed and issued by each Sector Supervisor.
5. Directives will also include any soliciting, alcohol violations and parking lot issues.

**Special Instructions:**
1. Officers with asterisks will be working an additional assignment on the traffic diversion plan. Please see the Traffic Loop IAP for additional assignment information.

**Communications:**
Select the applicable channel(s) for this assignment

| Zone/Grp | Channel | Function | Channel Name | Assignment | Remarks |
|---|---|---|---|---|---|

| Prepared by: ZOE VOULGARELIS [] | | Submitted for Review ☐ |
|---|---|---|
| Approved by] Warren S. Gall [signature] | | Approved ☐ |

# ICS-204: ASSIGNMENT LIST

eICS by Rhodium

| Incident Name: | Date / Time Prepared: | Operational Period: |
|---|---|---|
| [ Memorial Day Weekend 2017 ] | 04-09-2017 21:45 | Op Hours 0600 - 1800 / 1800 - 0600 |
| **Branch:** Waterfront | **Division / Group:** Nighttime Waterfront Sector 1 1800-0600 | **Staging Area:** |

**Operations Personnel:**

| | Name: | Phone: | Email: |
|---|---|---|---|
| Operations Section Chief: | | | |
| Director / Chief / Leader: | | | |
| Nighttime Waterfront Sector 1 1800-0600 Supervisor: | Stair, Bill 225 / 7636 [MBPD] | | bstair@cityofmyrtlebeach.com |

**Resources Assigned:**

| Resource Identifier | Leader | # Persons | Contact (phone/email/pager/radio/etc) | Notes (location/assignment/status) |
|---|---|---|---|---|
| 29th Ave N to 16th Ave N, Supervisor | Stair, Bill 225 / 7636 [Myrtle Beach Police Depart | | ; bstair@cityofmyrtlebeach.com | PPP G. Stewart |
| 29th Ave N to 26th Ave N* | Balch, Timothy 269 / 8490 [Myrtle Beach Police Dep | | ; tbalch@cityofmyrtlebeach.com | PPP N. Burger / PPP Wix / PPP G. Carter / PPP Wyndham/ |
| 26th Ave N to 22nd Ave N | Heeren, Donald 272/ 8776 [Myrtle Beach Police Depa | | ; dheeren@cityofmyrtlebeach.com | PPP Wilder / PPP Watkins / PPP Washburn / PPP A. Boyle |
| 22nd Ave N to 19th Ave N* | Lyon, Jesse 357 / 8808 [Myrtle Beach Police Depart | | ; jlyon@cityofmyrtlebeach.com | PPP C. Adams / PPP W. White / PPP B. Singleton / PPP B. Kelly / SCC Hart |
| 19th Ave N to 16th Ave N | Strukus, Tyler 300 / 10032 [Myrtle Beach Police D | | ; tstruckus@cityofmyrtlebeach.com | PPP P. Wertman / PPP T. Cox / PPP A. King / PPP S. Simmons |

**Work Assignments:**
1. Directives include to keep checks at the beach accesses and roadways for parking violations and traffic congestion.
2. Officers will assist visitors and employees into businesses on the east side of Ocean Boulevard during all times of the traffic pattern.
3. Supervisors will ensure all outside agency officers are present each day and report any no-shows to the on duty lieutenant.
4. Golf-carts will be used as needed and issued by each Sector Supervisor.
5. Directives will also include any soliciting, alcohol violations and parking lot issues.

**Special Instructions:**
1. Officers with asterisks at their name will be assigned to the Traffic Diversion Plan and will be responsible for another assignment. Officers are responsible for checking the Traffic Loop IAP for specific responsibilities.

**Communications:**
Select the applicable channel(s) for this assignment

| Zone/Grp | Channel | Function | Channel Name | Assignment | Remarks |
|---|---|---|---|---|---|

Prepared by:
ZOE VOULGARELIS []

Submitted for Review ☐

Approved by: *Warren S. Gall* (signature)

Approved ☐

# ICS-204: ASSIGNMENT LIST

eICS by Rhodium

| | | |
|---|---|---|
| **Incident Name:** [ Memorial Day Weekend 2017 ] | **Date / Time Prepared:** 04-09-2017 21:49 | **Operational Period:** Op Hours 0600 - 1800 / 1800 - 0600 |
| **Branch:** Waterfront | **Division / Group:** Nighttime Waterfront Sector 2 1800-0600 | **Staging Area:** |

**Operations Personnel:**

| | Name: | Phone: | Email: |
|---|---|---|---|
| Operations Section Chief: | | | |
| Director / Chief / Leader: | | | |
| Nighttime Waterfront Sector 2 1800-0600 Supervisor: | Curry, Mike 201 / 9013 [MBPD] | | mcurry@cityofmyrtlebeach.com |

**Resources Assigned:**

| Resource Identifier | Leader | # Persons | Contact (phone/email/pager/radio/etc) | Notes (location/assignment/status) |
|---|---|---|---|---|
| 16th Ave N to 5th Ave N Supervisor | Curry, Mike 201 / 9013 [Myrtle Beach Police Depart | | ; mcurry@cityofmyrtlebeach.com | PPP K. Crosby |
| 16th Ave N to 13th Ave N | Channani, Mohamed 336 / 8982 [MBPD] | | null; mchannani@cityofmyrtlebeach.com | PPP Stanford / PPP Gill / PPP Hardin / PPP Crocker/ SCC Hawkins |
| 13th Ave N to 9th Ave N | Benco, Kurtiss 284 / 10033 [MBPD] | | null; kbenco@cityofmyrtlebeach.com | PPP Murphy / PPP Hamberis / PPP Williams / PPP Jenkins |
| 9th Ave N to 5th Ave N | Turner, Christopher 348 / 8655 [MBPD] | | ; cturner@cityofmyrtlebeach.com | PPP Cofino / PPP Mitchell / PPP Gambrell / PPP Jacobs |

**Work Assignments:**
1. Directives include to keep checks at the beach accesses and roadways for parking violations and traffic congestion.
2. Officers will assist visitors and employees into businesses on the east side of Ocean Boulevard during all times of the traffic pattern.
3. Supervisors will ensure all outside agency officers are present each day and report any no-shows to the on duty lieutenant.
4. Golf-carts will be used as needed and issued by each Sector Supervisor.
5. Directives will also include any soliciting, alcohol violations and parking lot issues

**Special Instructions:**

**Communications:**
Select the applicable channel(s) for this assignment

| Zone/Grp | Channel | Function | Channel Name | Assignment | Remarks |
|---|---|---|---|---|---|

**Prepared by:** ZOE VOULGARELIS []    Submitted for Review ☐

**Approved by:** _[signature] S. Gall_    Approved ☐

# ICS-204: ASSIGNMENT LIST

eICS by Rhodium

| Incident Name: | Date / Time Prepared: | Operational Period: |
|---|---|---|
| [ Memorial Day Weekend 2017 ] | 04-09-2017 21:51 | Op Hours 0600 - 1800 / 1800 - 0600 |

| Branch: | Division / Group: | Staging Area: |
|---|---|---|
| Waterfront | Nighttime Waterfront Sector 3 1800-0600 | |

**Operations Personnel:**

| | Name: | Phone: | Email: |
|---|---|---|---|
| Operations Section Chief: | | | |
| Director / Chief / Leader: | | | |
| Nighttime Waterfront Sector 3 1800-0600 Supervisor: | Fullwood, John 214 / 6738 [MBPD] | | jfullwood@cityofmyrtlebeach.com |

**Resources Assigned:**

| Resource Identifier | Leader | # Persons | Contact (phone/email/pager/radio/etc) | Notes (location/assignment/status) |
|---|---|---|---|---|
| 5th Ave N to 6th Ave S, Supervisor | Fullwood, John 214 / 6738 [MBPD] | | ; jfullwood@cityofmyrtlebeach.com | Greenville Sgt. Irick |
| 5th Ave N to 2nd Ave N | Rosenblum, Ryan 258 / 8553 [MBPD] | | ; rrosenblum@cityofmyrtlebeach.com | DNR Blaxley / DNR Terry / DNR M. Smith / DNR Pinckney / DNR Henry |
| 2nd Ave N to 3rd Ave S | Boyles, Lorenzo 267 / 8986 [MBPD] | | ; lboyles@cityofmyrtlebeach.com | DNR Bryant / DNR Yongue / DNR J. Shannon / DNR G. Stevens / DNR M. Baker |
| 3rd Ave S to 6th Ave S | Best, Melanie 298 / 8743 [MBPD] | | ; mbest@cityofmyrtlebeach.com | DNR M. Owen / DNR T. Graham / DNR C. Derienzio / DNR C. Wells / DNR G. Norris |

**Work Assignments:**
1. Directives include to keep checks at the beach accesses and roadways for parking violations and traffic congestion.
2. Officers will assist visitors and employees into businesses on the east side of Ocean Boulevard during all times of the traffic pattern.
3. Supervisors will ensure all outside agency officers are present each day and report any no-shows to the on duty lieutenant.
4. Golf-carts will be used as needed and issued by each Sector Supervisor.
5. Directives will also include any soliciting, alcohol violations and parking lot issues.

**Special Instructions:**

**Communications:**
Select the applicable channel(s) for this assignment

| Zone/Grp | Channel | Function | Channel Name | Assignment | Remarks |
|---|---|---|---|---|---|

**Prepared by:**
ZOE VOULGARELIS []

Submitted for Review ☐

**Approved by:** *Carman S. Gale*

Approved ☐