# THINGS TO KNOW BEFORE YOU GO

- The noise ordinance prohibits excessive noise, including noise created by loud music, revving engines and spinning tires. Violations are misdemeanors, subject to a fine of up to $500 and/or 30 days in jail, per occurrence, upon conviction.

- Illegal activities, including excessive noise, speeding, littering, impromptu parties, unlicensed retail sales and other criminal behavior will result in tickets or arrests.

- Alcohol consumption is illegal in parking areas and on public rights-of-way. Violations are misdemeanors, and are subject to a fine of up to $500 and/or 30 days in jail, per occurrence, upon conviction.

- No more than 2 motorcycles may park in a single public space. For spaces controlled by pay-stations, rather than parking meters, both motorcycles must display parking receipts. Paid parking is enforced from 9:00 am to 12:00 am, 7 days a week.

- South Carolina requires helmets and eye protection for all motorcycle and moped operators and passengers who are under the age of 21.

- Pedestrians will be separated by barricades from vehicles along five miles of Ocean Boulevard, from 29th Avenue North to South Kings Highway.

**Be Safe Have Fun & Follow the Law!**



- The Clerk of Court's Office will be open 24 hours a day, throughout the weekend, with bond hearings scheduled every six hours.

- In the City of Myrtle Beach, a year-round curfew is in effect for juveniles (under the age of 18) between 1:00 am and 6:00 am. It is a misdemeanor for a minor to be in a public place during curfew hours.

**A 23.1 mile extended traffic loop will be in effect from 10:00 pm to 2:00 am**

**Friday, Saturday and Sunday, May 26 — 28**

## THINGS TO REMEMBER

- Increased law enforcement will help with public safety. Additional police officers will be available throughout the Grand Strand.
- Trash receptacles on Ocean Boulevard will be emptied twice daily.
- Impromptu parties, with or without alcohol, are illegal on both public and private property parking areas.
- All traffic on Ocean Boulevard is one way, southbound, from 29th Avenue North to South Kings Highway. From Friday through Monday, May 26-29, northbound lanes of Ocean Boulevard are reserved for emergency vehicles only.
- Access to Ocean Boulevard begins on Kings Highway at 29th Avenue North. Exits from Ocean Boulevard during non-loop hours will be permitted at those cross streets with traffic signals on Kings Highway, depending on traffic conditions.
- No golf carts will be permitted south of 29th Avenue North on Ocean Boulevard. Due to the traffic diversion plan, golf cart use will be restricted to side street use only south of 3rd Avenue South.
- Mopeds are prohibited on Ocean Boulevard from 8:00 PM to 8:00 AM each night from May 25 to May 29, 2017 until all traffic control devices are removed from Ocean Boulevard.

## Important Numbers

Myrtle Beach Information

(843) 918-INFO

(4636)

Clerk of Court

(843) 918-1356

Questions?

info@cityofmyrtlebeach.com

(843) 918-1014



 

www.CityofMyrtleBeach.com

Police.cityofmyrtlebeach.com

Myrtle Beach is committed to a safe, friendly environment for our visitors and residents. Everyone is welcome, but everyone is expected to obey the law and behave responsibly.

# Welcome to Myrtle Beach



## Memorial Day Weekend 2017

May 26 — May 29