IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| National Association for the Advancement of Colored People, Inc. by and through its Myrtle Beach Branch, Simuel Jones, Leslie Stevenson, and Cedric Stevenson,<br><br>Plaintiffs,<br><br>v.<br><br>City of Myrtle Beach, a municipal corporation within the State of South Carolina and City of Myrtle Beach Police Department, a department of the City of Myrtle Beach,<br><br>Defendants. | C.A. NO. 4:18-CV-00554-DCC<br><br><br><br><br>**AFFIDAVIT OF RENEE HARDWICK** |

Renee Hardwick with the Horry County Government affirms the following:

1. I have been an employee for Horry County Government for 35 years.

2. I am currently the Director for the Horry County Emergency 911 Dispatch.

3. Part of my duties with Horry County includes maintaining the data on the Horry County's Computer Aided Dispatch system ("CAD").

4. The CAD keeps a log of Horry County's Fire/Rescue calls for service and the resulting reports.

5. The data in CAD is made at or near the time of the event by someone with knowledge.

6. The data in CAD is kept in the course of Horry County's regular activity, and creating the data is part of Horry County's regular activity.

7. Once I had gathered the data regarding Horry County's Fire/Rescue response times for Memorial Weekends 2011 to 2017, I emailed this data to Cathie Rhodes with the Myrtle Beach Police Department.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on

*Renee Hardwick*
Renee Hardwick

March 27, 2018