# EXHIBIT

# 24

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,
INC., *et al.*,

        Plaintiffs,

        v.

CITY OF MYRTLE BEACH, *et al.*,

        Defendants.

Civil Action No. 4:18-cv-00554-DCC

**DECLARATION OF NATALIE LITSEY**

I, Natalie Litsey, hereby state as follows:

1.     I am over the age of eighteen and am competent to make this Declaration. I have personal knowledge of the matters set forth herein.

2.     I am African American. I lived in Myrtle Beach until February, 2017. I currently live in Hawaii because I was afraid for my safety in Myrtle Beach. I retired from the United States Air Force, honorably, in Nov. 2015. My service included a tour in Afghanistan.

3.     When I lived in Myrtle Beach, I owned Natalia's Bar and Grill located at 815 North Kings Highway Myrtle Beach, South Carolina, 29577 near downtown Myrtle Beach.

4.     During Black Bike Week 2016, I planned day and night events for the tourists on Wednesday, Thursday, Friday, and Saturday. My customers were consistently harassed by Myrtle Beach City Police in an attempt to intimidate them and to shut down my Black Bike Week events. The Police would enter my business at night to harass customers without cause and threaten me with municipal citations. For example, the police alleged that the DJ at my event did

not have a license, that the outdoor tents violated City Code, and that the music violated City Code because it could be heard outside of my restaurant.

5.     My business was under 24 hour surveillance on the Thursday, Friday and Saturday of Black Bike Week. For example, there were two to three police cars parked outside of my restaurant for the entire weekend. Myrtle Beach City Police sat in their cars and watched my customers around the clock.

6.     I was especially disturbed by the behavior of the City Police, because my restaurant welcomed tourists during other busy weekends in Myrtle Beach and they were treated differently. For example, many white customers visited my bar during the Carolina Country Music Festival in 2016, but the police did not watch, harass, or intimidate my patrons.

7.     As someone who lived in Myrtle Beach year-round, I found the police presence during Black Bike Week, especially after 2015, to be overwhelming. The patrols and show of force were unnecessary for tourists who were just trying to enjoy themselves. The Myrtle Beach police department treats Black tourists like criminals, without cause. I find this highly disturbing as a member of the community.

8.     The police presence is not as visible during Harley Week when the tourists are predominantly white.

9.     The traffic plan that I experienced during Black Bike Week 2016 was a burden on both my employees and customers. My employees were required to travel miles out of the way to get to work when the loop was in place. During Black Bike Week 2016, I lost a lot of business at night because the side streets leading from the traffic loop to my restaurant were blocked off, and tourists struggled to get through the traffic to my restaurant. Because of the traffic loop,

2

many Bike Week tourists were unable to attend the events I had planned because the loop routed them out of Myrtle Beach.

10.    On Thursday, Friday and Saturday night of Black Bike Week 2016, I was also trapped in the loop heading to my business. At the time, I lived 1.5 miles away from my business, but I was stuck in traffic for at least 45minutes -1 hour.  When I closed my bar it took me 30-45minitues to get home.

11.    I moved away from Myrtle Beach in February of 2017, but still attended Black Bike Week 2017. As a tourist I witnessed the same traffic patterns and police enforcement I witnessed in 2016. I believe the City does this because they want to give Black tourists a hard time to discourage them from visiting Myrtle Beach.

12.    The history of discrimination by the City of Myrtle Beach and Myrtle Beach City Police Department is so blatant that I do not feel comfortable visiting during this year's Black Bike Week. White tourists who visit during Harley Week, 4th of July, and the Carolina Country Music Festival are treated differently. These are some of the busiest events in Myrtle Beach, but they do not attract the same overwhelming police presence that has come to characterize Black Bike Week. I am shocked that a City is still able to treat its white and Black tourists so differently.

I declare under penalty of perjury that the foregoing is true and correct.


EXECUTED WITHIN THE UNITED STATES ON: April _9_, 2018.


BY: _____
Natalie Litsey

3