# EXHIBIT

# 27

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MYRTLE BEACH, *et al.*,<br><br>Defendants. | Civil Action No. 4:18-cv-00554-DCC |

### DECLARATION OF WILLIAM BOOKER

I, William Booker, hereby state as follows:

1. I am over the age of eighteen and am competent to make this Declaration. I have personal knowledge of the matters set forth herein.

2. I am the former City Manager of Atlantic Beach, South Carolina.

3. I served as the City Manager from June 2009 - July 2011 and July 2013 – August 2014.

4. In 2014, there were shootings that happened in Myrtle Beach during Memorial Day Weekend. The people associated with the shootings were not bikers.

5. Shortly after Memorial Day, the mayor of Myrtle Beach – John Rhodes, the mayor of North Myrtle Beach – Marilyn Hatley and the Horry County Council Chairman – Mark Lazarus and elected officials for other Horry County municipalities met with Governor Haley about the Memorial Day weekend shootings. They discussed improving public safety and some expressed their desire to end the Atlantic Beach Bikefest (also known as Black Bike Week).

6. Soon after, the Myrtle Beach Police Department organized a Special Events Summit in August of 2014 and invited cities that had event similar to Bikefest to share knowledge about public safety and policing large events.

7. Atlantic Beach was not initially invited to the Summit. I reached out to the Myrtle Beach Police Chief and expressed interest in attending the Summit and the Chief extended an invitation to us.

8. At the Summit, Myrtle Beach expressed a desire to create a traffic loop that would take motorists outside of the City of Myrtle Beach into Horry County. Some Horry County officials initially opposed this idea because they did not want unnecessary traffic congestion in the County.

9. For the 2015 Bikefest, Myrtle Beach created a 23-mile loop that takes motorists from Myrtle Beach into Horry County. Atlantic Beach was not consulted in the creation of this loop. This loop was also implemented in 2016 and 2017.

10. I believe that Myrtle Beach created the 23-mile loop to discourage African American bikers and tourists from visiting Myrtle Beach during the Memorial Day weekend. The loop inconveniences visitors and forces them to stay in traffic for hours. It takes visitors away from Myrtle Beach event area and forces them to go to the northern most part of the city. This discourages people from attending the Bikefest.

11. I know that the former mayor of Myrtle Beach- John Rhodes was interested in ending the Atlantic Beach Bikefest and the loop was created as a way of diminishing attendance.

I declare under penalty of perjury that the foregoing is true and correct.

2

EXECUTED WITHIN THE UNITED STATES ON: April 8, 2018.

BY: _____
William Booker