UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
May 17, 2005

No. 05-1517
CA-03-1732-4-TLW

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,
INCORPORATED, by its Conway Branch; CRAIG WILLIAMS; LEWIS
ELY, JR.; JOCELYN MERCER-BROWN; MERLE STEWART; WASHICA
LITTLE; MICHAEL LITTLE; MICHAEL GOOD; CHRISTOPHER COLEMAN;
BARBARA COLEMAN; ANTHONY TONIC

    Plaintiffs - Appellees

 v.

CITY OF MYRTLE BEACH, SOUTH CAROLINA, a municipal
corporation within the State of South Carolina; WARREN GALL,
in his official capacity as the Chief of the Myrtle Beach
Police Department;

    Defendants - Appellants

J. EDWARDS GREAT RIBS AND MORE

    Party-in-interest

  and

HORRY COUNTY, a body politic and subdivision of the State of
South Carolina

    Defendant

------------
O R D E R
------------

 Appellants filed a motion for stay pursuant to Rule 8 of the Federal Rules of Appellate Procedure, and the appellees responded.

 The Court grants the motion for stay. The panel expresses no view as to the ultimate merits of the case.

 Entered at the direction of Judge Luttig, with the concurrence of Judge Michael and Judge Traxler.

             For the Court,

             /s/ Patricia S. Connor
                CLERK