# EXHIBIT

# 2

## Report

National Association for the Advancement of Colored People, Inc., et al. v. City of Myrtle Beach, et al.

### Geoffrey Alpert, Ph.D.

### And

### Kyle McClean, Ph.D.

February 20, 2019

## Scope of Assignment

We were retained by attorney James Battle to assess the impact of Memorial Day Weekend activities in Myrtle Beach on public safety personnel. A specific assignment was to compare Memorial Day Weekend activities with other busy summer weekends. As part of our assessment, one of us attended Harley weekend in Myrtle Beach and both of us attended Memorial Day Weekend (Hereafter, MDW) activities as well as July 4th activities in Myrtle Beach in 2018. Additionally, we reviewed action plans from the City of Myrtle Beach and spoke with officers at various levels of the City of Myrtle Beach Police Department (Hereafter, MBPD), including the Chief of Police, Deputy Chief of Police and various patrol officers, sergeants, and lieutenants in the course of their duty. Finally, and most importantly, we reviewed Computer-Aided Dispatch data provided by the City of Myrtle Beach (see exhibits listed at the end of the report), as well as Emergency Response Data provided by Horry County Fire/Rescue. We also reviewed the expert reports of Mitchell Brown and Willie Williams, David Clarke, Charles Gallagher and Allan Parnell.

**Background**

Discussions with command staff and officers at MBPD, as well as reviews of action plans for MDW showed important details about the recent history of MDW. It is important to consider that from 2011 to 2014, traffic on Ocean Boulevard flowed in both directions and was considerably less restricted than it was in 2018. Additionally, though there was a heavy presence of law enforcement officers, their visibility was relatively low as officers were mainly stationed off Ocean Boulevard and around beach access points.

Following several high-profile incidents in 2014, Myrtle Beach and a number of other public safety agencies in the Grand Strand region created the Bike Week Task Force. The Task Force developed a new plan for MDW that involved greater traffic restrictions (including limiting Ocean Boulevard to one-way and instituting a "traffic loop" for four hours each night of MDW) and greater officer visibility – stationing officers every few blocks along Ocean Boulevard.

**Methodology**

To examine the comparative impact of Memorial Day Weekend on public safety resources and understand how this impact has changed over time, data from two primary sources were analyzed. The first source was the Computer-Aided Dispatch (Hereafter, CAD) data provided by MBPD from 2011 to 2018. The second primary source was the Fire/EMS Response Time (hereafter, "Fire/EMS") data provided by Horry County. The Fire/EMS data included responses into the city limits of Myrtle Beach.

For both datasets, a number of comparison weekends were identified as a reference for understanding the impact of MDW. In order to be consistent with expert reports from the plaintiffs, the reference weekends identified by Clarke in his report, "Comparison of Traffic

Control for Motorcycle Rallies in Myrtle Beach, SC" were utilized here. However, data from both datasets were limited to the Friday and Saturday of the comparison weekends. This approach was taken in order to standardize events that vary in length. For example, "Harley" week is a full week while MDW is a weekend event that stretches into Monday. On the one hand, including data from Thursday in the analyses would bias estimates from Harley week upwards as Thursday is part of the event for Harley week but not for MDW. This would also be true for most other weeks during the summer where visitors typically spend the entire week at the beach instead of a long weekend. On the other hand, including data from Sunday in the analyses would unfairly bias estimates for MDW upward as it is the last day of the Harley event (a time when visitors are likely driving home), but is a busy day for MDW as the event does not end until Monday. Furthermore, crime trends indicate that levels of criminal activity increase on the weekend. Thus, truncating the data to include only Friday and Saturday standardizes the holidays to two days without ignoring potential variation due to increased activity on the weekend. A list of the exact dates utilized for each weekend is presented in Appendix A.

Using the data sets noted above, a number of analyses were identified as relevant to a comparison of MDW's impact on public safety resources. The first set of analyses examined the CAD database. Specifically, analyses were conducted to examine calls for service, self-initiated activity, response time, motor vehicle accidents, motor vehicle accidents with injury, serious violent crime, serious property crime, weapons violations, and narcotics activity as reported in the CAD database. The police are not the only individuals to respond to calls for service, so the second set of analyses examined response time and call volume using the Fire/EMS data.

**Analytical Strategies**

*Calls for Service and Self-Initiated Activity*

Calls for service and self-initiated activity were identified by examining the "How Call was Received" column in the CAD database. All activities that were identified as being received via "PHONE" or "E911" were considered to be a call for service or a response. In other words, these activities were conducted as a result of a citizen placing a call to dispatch requesting MBPD's presence, rather than MBPD seeking out activity or pro-active policing. All activities that were identified as being received via "SELF" were considered self-initiated activity. In other words, these activities were more discretionary in nature and subject to an officer's decision to engage in an encounter with a citizen.

**Table 1. CAD Calls for Service**

|                  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Weekend Avg. |
|------------------|------|------|------|------|------|------|------|------|--------------|
| Easter           | 406  | 368  | 317  | 359  | 392  | 368  | 537  | 332  | 384.9        |
| First of May     | 274  | 321  | 250  | 340  | 329  | 343  | 382  | 358  | 324.6        |
| Harley           | 306  | 399  | 341  | 341  | 357  | 359  | 374  | 329  | 350.8        |
| **MDW**          | **625** | **1028** | **773** | **782** | **780** | **650** | **596** | **499** | **716.6**    |
| First of June    | 323  | 316  | 337  | 374  | 464  | 430  | 416  | 386  | 380.8        |
| Last of June     | 326  | 358  | 352  | 376  | 398  | 449  | 429  | 381  | 383.6        |
| First of July    | 364  | 429  | 477  | 579  | 539  | 428  | 362  | 384  | 444.5        |
| Last of July     | 294  | 384  | 394  | 399  | 370  | 351  | 375  | 414  | 385.1        |
| First of August  | 332  | 362  | 399  | 390  | 398  | 384  | 359  | 355  | 372.4        |
| Labor Day        | 314  | 310  | 326  | 380  | 353  | 423  | 337  | 340  | 347.9        |
| *Yearly Avg.*    | *356.4* | *427.5* | *396.6* | *431.4* | *438.0* | *428.5* | *416.7* | *377.8* | *409.1*    |

**Table 2. CAD Self-Initiated Activity**

|                  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Weekend Avg. |
|------------------|------|------|------|------|------|------|------|------|--------------|
| Easter           | 425  | 359  | 316  | 471  | 457  | 410  | 502  | 810  | 468.8        |
| First of May     | 184  | 248  | 252  | 545  | 415  | 445  | 382  | 410  | 360.1        |
| Harley           | 566  | 461  | 505  | 593  | 565  | 405  | 524  | 467  | 510.8        |
| **MDW**          | **862** | **1226** | **1185** | **1224** | **971** | **941** | **1186** | **1277** | **1109.0** |
| First of June    | 251  | 311  | 430  | 583  | 643  | 667  | 749  | 482  | 514.5        |
| Last of June     | 287  | 339  | 417  | 353  | 451  | 544  | 551  | 491  | 429.1        |
| First of July    | 313  | 338  | 494  | 480  | 463  | 654  | 672  | 850  | 533.0        |
| Last of July     | 370  | 228  | 431  | 360  | 356  | 373  | 592  | 587  | 412.1        |
| First of August  | 243  | 319  | 346  | 273  | 500  | 401  | 520  | 497  | 387.4        |
| Labor Day        | 256  | 290  | 210  | 349  | 570  | 508  | 677  | 774  | 454.3        |
| *Yearly Avg.*    | *375.7* | *411.9* | *458.6* | *523.1* | *539.1* | *534.8* | *635.5* | *664.5* | *517.9*    |

Data in Tables 1 and 2 show the number of calls for service and self-initiated activity, during the targeted weekends from 2011 to 2018. As indicated in the far-right column of Table 1, across these years, MDW had the highest average number of calls for service. Furthermore, in examining each year individually, MDW had the highest number of calls for service in each year from 2011 to 2018. Figure 1 further contextualizes this finding by showing how the number of calls for service have changed over the years with a vertical line placed between 2014 and 2015 to show the changes implemented from the Bike Week Task Force. While MDW definitely has the highest call volume of the targeted weekends, the figure shows that calls on MDW peaked in 2012, stabilized until 2015, when calls for service began to trend downwards. As a result, the difference between MDW and the target weekends has narrowed since the formation of the Bike Week Task Force and changes to the operational plan for MDW.

Returning to Table 2, MDW can be seen as once again having the highest average number of self-initiated activities from 2011 to 2018 (see the far-right column). Once again, examining each individual year shows that the number of self-initiated activities was highest on MDW in each of these years. Figure 2 presents these numbers graphically and shows a different trend from Figure 1. Specifically, while calls for service have been trending downwards in recent years, self-initiated activity has trended upwards. Furthermore, the gap between MDW and other target weekends was at its narrowest in 2016 and has expanded since that year.

**Figure 1. CAD Calls for Service**



**Figure 2. CAD Self-Initiated Activity**



It is important to note that these two figures cannot be examined independently. Proactive police activities are aimed at crime prevention. Thus, self-initiated activity is intended to

decrease calls for service. At the same time, self-initiated activity is also a function of criminal/suspicious activity. Increases in these types of activity should increase both calls for service and self-initiated activity. In short, it is unclear how self-initiated activity impacts call volume, however, it is more likely than not that changes to the operational plan that increased officer visibility along Ocean Boulevard had an impact on both the number of self-initiated activities and the number of calls for service.

*Response Time*

The CAD database also contains information on the average response time for MBPD officers on the target weekends. Average response time was estimated using the "Seconds from First Dispatch to First Arrival" column. This column contains the elapsed time between the dispatcher issuing an assignment to the officer and the officer arriving on scene. The time indicates how long it takes for an officer to arrive on a scene after being dispatched. Incidents that are self-initiated are unlikely to have a meaningful response time as the officer is not dispatched or assigned the activity. Thus, the average response time was estimated for each weekend using only the activities designated as calls for service in the previous analyses. These average response times are produced in Table 3.

Unlike the calls for service and self-initiated activity, average response time has no clear trend that can be found in the data. MDW has the lowest average response time across every year included in the analysis. However, examining the years individually MDW does not have the lowest average response time consistently. In fact, in 2013, MDW approaches the highest average response time. It does appear, however, that since the formation of the Bike Week Task Force, MDW has had a consistently low average response time (see Figure 3).

**Table 3. CAD Average Response Time**

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | *Weekend Avg.* |
|---|---|---|---|---|---|---|---|---|---|
| Easter | 312 | 272 | 365 | 332 | 381 | 394 | 419 | 301 | *347.0* |
| First of May | 293 | 274 | 367 | 671 | 338 | 360 | 379 | 392 | *346.8* |
| Harley | 319 | 198 | 318 | 338 | 368 | 373 | 395 | 361 | *333.8* |
| **MDW** | **281** | **186** | **378** | **389** | **309** | **335** | **358** | **338** | ***321.8*** |
| First of June | 342 | 230 | 385 | 330 | 338 | 337 | 393 | 347 | *337.8* |
| Last of June | 344 | 242 | 388 | 421 | 377 | 419 | 385 | 369 | *368.1* |
| First of July | 334 | 216 | 368 | 376 | 352 | 366 | 377 | 338 | *340.9* |
| Last of July | 404 | 243 | 360 | 391 | 388 | 452 | 441 | 413 | *386.5* |
| First of August | 326 | 294 | 381 | 509 | 411 | 426 | 376 | 343 | *383.3* |
| Labor Day | 356 | 355 | 379 | 442 | 385 | 347 | 376 | 375 | *376.9* |
| *Yearly Avg.* | *331.1* | *251.0* | *368.9* | *389.9* | *364.7* | *380.9* | *383.1* | *357.7* | *354.3* |

**Figure 3. CAD Response Time**



*Motor Vehicle Collisions*

Motor vehicle collisions were examined by looking at the "Nature Code" column in the CAD database. The Nature Codes "MVAI," "MVAN," "MVAPP," "LSI," and "LSNI" all refer to calls involving motor vehicle collisions. Nature Codes "MVAI" and "LSI" refer specifically to motor vehicle collisions with injuries. Tables 4 and 5 show the numbers of motor vehicle collisions and motor vehicle collisions with injury, respectively, for each of the targeted weekends from 2011 to 2018.

As can be seen in Table 4, MDW had the highest average number of motor vehicle collisions from 2011 to 2018. Additionally, MDW had the highest number of motor vehicle collisions in seven of the eight years examined, with Easter weekend of 2017 being the sole exception. Figure 4 shows this information as a series of trend lines. Two interesting conclusions can be drawn from the figure. First, as with calls for service, while MDW has the highest number

10

**Table 4. CAD – Motor Vehicle Accidents**

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | *Weekend Avg.* |
|---|---|---|---|---|---|---|---|---|---|
| Easter | 50 | 66 | 36 | 38 | 33 | 60 | 77 | 39 | *49.9* |
| First of May | 21 | 28 | 16 | 34 | 30 | 28 | 42 | 41 | *30.0* |
| Harley | 32 | 18 | 30 | 39 | 35 | 38 | 47 | 45 | *35.5* |
| MDW | 90 | 133 | 135 | 171 | 116 | 88 | 75 | 57 | *108.1* |
| First of June | 46 | 41 | 37 | 44 | 59 | 53 | 37 | 34 | *43.9* |
| Last of June | 44 | 40 | 31 | 33 | 50 | 49 | 45 | 33 | *40.6* |
| First of July | 54 | 43 | 43 | 62 | 62 | 34 | 40 | 43 | *47.6* |
| Last of July | 38 | 46 | 43 | 40 | 40 | 66 | 40 | 33 | *43.3* |
| First of August | 39 | 50 | 41 | 46 | 56 | 44 | 45 | 31 | *44.0* |
| Labor Day | 27 | 28 | 29 | 32 | 29 | 22 | 38 | 39 | *30.5* |
| *Yearly Avg.* | *44.1* | *49.3* | *44.1* | *53.9* | *51.0* | *48.2* | *48.6* | *39.5* | *47.3* |

**Table 5. CAD – Motor Vehicle Accidents with Injury**

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | *Weekend Avg.* |
|---|---|---|---|---|---|---|---|---|---|
| Easter | 8 | 13 | 6 | 2 | 4 | 10 | 6 | 5 | *6.8* |
| First of May | 3 | 5 | 1 | 7 | 7 | 5 | 6 | 3 | *4.6* |
| Harley | 3 | 4 | 9 | 10 | 5 | 11 | 12 | 11 | *8.1* |
| MDW | 30 | 43 | 40 | 60 | 28 | 18 | 26 | 12 | *31.1* |
| First of June | 3 | 8 | 4 | 7 | 10 | 5 | 7 | 10 | *6.8* |
| Last of June | 6 | 5 | 7 | 2 | 9 | 7 | 9 | 7 | *6.5* |
| First of July | 10 | 8 | 12 | 7 | 11 | 8 | 5 | 9 | *8.8* |
| Last of July | 7 | 6 | 4 | 7 | 5 | 8 | 7 | 6 | *6.3* |
| First of August | 6 | 9 | 8 | 15 | 8 | 6 | 10 | 8 | *8.8* |
| Labor Day | 6 | 1 | 7 | 4 | 6 | 2 | 7 | 1 | *4.3* |
| *Yearly Avg.* | *8.2* | *10.2* | *9.8* | *12.1* | *9.3* | *8.0* | *9.5* | *7.2* | *9.3* |

of motor vehicle collisions, the gap between MDW and other target weekends has narrowed

considerably since the formation of the Bike Week Task Force. Second, the trend line shows a

general increase in the number of motor vehicle collisions during MDW from 2011 to 2014,

followed by a sharp decrease from 2014 to 2018. This is especially remarkable because the trend

lines for other weekends appear remarkably steady with no clear increases or decreases.

**Figure 4. CAD Motor Vehicle Collisions**



The data in Table 5 shows that MDW has the highest average number of motor vehicle

collisions with injury from 2011 to 2018 ($M = 31.1$). Additionally, MDW has the highest number

of motor vehicle collisions with injury in each of these years individually. Figure 5 presents this

information as a trend line. The results mimic the examination of motor vehicle collisions,

broadly. Collisions with injuries on MDW trended upward from 2011 to 2014. Since 2014,

motor vehicle collisions with injury on MDW have trended steeply downward, narrowing the

12

gap between MDW and other target weekends. The trends for motor vehicle collisions with injury during other weekends is remarkably steady.

**Figure 5. CAD Motor Vehicle Collisions w/ Injury**



*Criminal Activity*

Finally, the last set of analyses examined differences in the volume of different types activities conducted by MBPD related to suspected criminal activities. The first type of activity was serious violent crime, as indicated by Nature Codes related to armed robbery ("ARMED"), assault ("ASSAUL"), carjacking ("CARJ"), criminal domestic violence ("CDV"), fights ("FIGHT"), homicides ("HOMICI"), kidnappings ("KIDNAP"), shootings ("SHOOT"), and strong armed robberies ("STRONG"). Admittedly, a number of these activities are extremely rare, if they occurred at all, during any of the target weekends including MDW. However, an inclusive definition allows for an examination of any potentially serious violent crimes during any of the weekends (Table 6). The second type of activity was serious property crime, as

indicated by Nature Codes related to auto burglaries ("BURGA"), business burglaries

("BURGB"), burglaries from motels ("BURGB"), burglaries from residences ("BURGR"),

**Table 6. CAD – Serious Violent Crime**

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | *Weekend Avg.* |
|---|---|---|---|---|---|---|---|---|---|
| Easter | 22 | 13 | 22 | 13 | 24 | 13 | 28 | 15 | *18.8* |
| First of May | 14 | 11 | 13 | 10 | 16 | 21 | 11 | 13 | *13.6* |
| Harley | 8 | 14 | 14 | 14 | 16 | 12 | 10 | 15 | *12.9* |
| **MDW** | **30** | **40** | **44** | **45** | **30** | **18** | **21** | **20** | ***31.0*** |
| First of June | 14 | 14 | 15 | 13 | 19 | 17 | 18 | 20 | *16.3* |
| Last of June | 17 | 12 | 10 | 15 | 17 | 20 | 16 | 14 | *15.1* |
| First of July | 22 | 20 | 9 | 22 | 16 | 17 | 9 | 16 | *16.4* |
| Last of July | 13 | 7 | 18 | 23 | 18 | 17 | 12 | 18 | *15.8* |
| First of August | 9 | 14 | 21 | 10 | 21 | 16 | 13 | 19 | *15.4* |
| Labor Day | 7 | 13 | 15 | 12 | 14 | 13 | 9 | 11 | *11.8* |
| *Yearly Avg.* | *15.6* | *15.8* | *18.1* | *17.7* | *19.1* | *16.4* | *14.7* | *16.1* | *16.7* |

**Table 7. CAD – Serious Property Crime**

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | *Weekend Avg.* |
|---|---|---|---|---|---|---|---|---|---|
| Easter | 39 | 28 | 19 | 34 | 29 | 40 | 41 | 30 | *32.5* |
| First of May | 33 | 31 | 22 | 33 | 30 | 15 | 50 | 24 | *29.8* |
| Harley | 32 | 40 | 34 | 33 | 37 | 35 | 28 | 23 | *32.8* |
| **MDW** | **48** | **55** | **55** | **71** | **50** | **34** | **45** | **41** | ***49.9*** |
| First of June | 38 | 21 | 37 | 32 | 26 | 31 | 40 | 22 | *30.9* |
| Last of June | 28 | 44 | 37 | 40 | 50 | 39 | 50 | 29 | *39.6* |
| First of July | 32 | 44 | 47 | 50 | 40 | 42 | 42 | 31 | *41.0* |
| Last of July | 33 | 36 | 41 | 57 | 38 | 34 | 26 | 36 | *37.6* |
| First of August | 42 | 50 | 45 | 42 | 31 | 47 | 27 | 37 | *40.1* |
| Labor Day | 45 | 30 | 40 | 43 | 28 | 34 | 36 | 28 | *35.5* |
| *Yearly Avg.* | *37.0* | *37.9* | *37.7* | *43.5* | *35.9* | *35.1* | *38.5* | *30.1* | *37.0* |

larceny ("larceny"), and shoplifting ("SHOPLI"). The number of police activities related to these crimes is displayed in Table 7.

MDW has the highest average number of serious violent crime dispatch activities between 2011 and 2018 of any of the targeted weekends. However, examining the years individually shows that MDW's outsized impact in terms of serious violent crime is limited to the years 2011 to 2014. In these years, MDW had a considerably higher number of serious violent crime dispatch activities than the other target weekends, including nearly double the next highest activity weekend in 2012, 2013, and 2014. MDW remained the highest activity weekend in 2015 – though only by 6 CAD activities – before falling from the top spot in 2016 and 2017. In 2018, MDW was tied for the highest number of dispatch activities related to serious violent crime with the first weekend of June.

This trend is further illustrated in Figure 6. CAD activities related to serious violent crime increased from 2011 to 2014, then sharply decreased from 2014 to 2016, and stabilized between 2016 and 2018. Furthermore, the decrease between 2014 and 2016 erases a sizeable gap that existed between MDW and the other target weekends, such that MDW becomes nearly indistinguishable from the comparison weekends in terms of CAD activities related to serious violent crime from 2016 to 2018. Again, it appears that since the formation of the Bike Week Task Force and the major changes to the operational plan for MDW, CAD activities related to serious violent crime have decreased and MDW has become indistinguishable from other busy weekends in the City of Myrtle Beach.

The data in Table 7 shows a similar, but less severe trend. Though MDW has the highest average number of CAD activities related to serious property crime, the gap between MDW and other weekends is much less distinct. Though the trend line follows a similar shape to Figure 6 –

16

increase from 2011 to 2014, decrease to 2016, stabilization until 2018 – the line is much closer to the target weekends than the serious violent crime trend line.

**Figure 6. CAD Activities – Serious Violent Crime**



**Figure 7. CAD Activities – Serious Property Crime**



*Weapons Violations and Narcotics Activities*

Tables 8 and 9 contain the number of CAD activities related to weapons violations and narcotics activities from 2011 to 2018 for each of the target weekends. These tables provide several notable conclusions. First, MDW has the highest average number of CAD activities in both categories. Second, the specific number of CAD activities for each individual weekend is too low for meaningful trends to be discerned. Thus, it is impossible to say whether these activities follow the same trend as the previous examinations of motor vehicle collisions, motor vehicle collisions with injury, serious violent crime, or serious property crime. Finally, MBPD has substantially increased their CAD activities related to narcotics since 2011. This finding could partially explain the increase in self-initiated activity seen across all target weekends in Figure 2, as narcotics activities are more likely to be self-initiated rather than a call for service.

**Table 8. CAD – Weapons Violations**

|                  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | *Weekend Avg.* |
|------------------|------|------|------|------|------|------|------|------|----------------|
| Easter           | 1    | 1    | 0    | 2    | 2    | 2    | 5    | 4    | *2.1*          |
| First of May     | 1    | 1    | 0    | 2    | 4    | 1    | 0    | 3    | *1.5*          |
| Harley           | 2    | 2    | 1    | 1    | 1    | 1    | 0    | 1    | *1.1*          |
| MDW              | 0    | 7    | 5    | 12   | 7    | 13   | 3    | 9    | *7.0*          |
| First of June    | 0    | 0    | 2    | 1    | 5    | 2    | 5    | 4    | *2.4*          |
| Last of June     | 0    | 0    | 1    | 0    | 0    | 0    | 1    | 1    | *0.4*          |
| First of July    | 0    | 2    | 1    | 0    | 0    | 2    | 2    | 1    | *1.0*          |
| Last of July     | 0    | 3    | 0    | 2    | 1    | 0    | 1    | 2    | *1.1*          |
| First of August  | 1    | 6    | 0    | 0    | 1    | 2    | 1    | 2    | *1.6*          |
| Labor Day        | 2    | 1    | 3    | 2    | 2    | 0    | 2    | 2    | *1.8*          |
| *Yearly Avg.*    | *0.7*| *2.3*| *1.3*| *2.2*| *2.3*| *2.3*| *2.0*| *2.9*| *2.0*          |

**Table 9. CAD – Narcotics Activity**

|                  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | *Weekend Avg.* |
|------------------|------|------|------|------|------|------|------|------|----------------|
| Easter           | 14   | 12   | 9    | 11   | 11   | 14   | 20   | 40   | *16.4*         |
| First of May     | 5    | 7    | 10   | 5    | 14   | 11   | 9    | 20   | *10.1*         |
| Harley           | 10   | 6    | 17   | 7    | 10   | 6    | 11   | 14   | *10.1*         |
| MDW              | 16   | 29   | 51   | 52   | 33   | 43   | 40   | 67   | *41.4*         |
| First of June    | 2    | 7    | 10   | 14   | 9    | 24   | 17   | 16   | *12.4*         |
| Last of June     | 7    | 8    | 12   | 7    | 9    | 10   | 23   | 27   | *12.9*         |
| First of July    | 3    | 7    | 9    | 6    | 14   | 14   | 20   | 20   | *11.6*         |
| Last of July     | 7    | 7    | 11   | 9    | 9    | 14   | 16   | 19   | *11.5*         |
| First of August  | 5    | 5    | 7    | 10   | 4    | 8    | 16   | 19   | *9.3*          |
| Labor Day        | 4    | 7    | 10   | 10   | 12   | 13   | 19   | 28   | *12.9*         |
| *Yearly Avg.*    | *7.3*| *9.5*| *14.6*| *13.1*| *12.5*| *15.7*| *19.1*| *27.0*| *14.9*        |

19

**Fire/EMS**

As noted above, Horry County Fire/Rescue provided data on response times in the city limits of Myrtle Beach for the target weekends and years. All calls for which a response time was not able to be calculated due to missing data was excluded from the analyses. Table 10 provides information on the number of calls for which a valid response time could be calculated across each target weekend from 2011 to 2018. Table 11 provides the average response time to these calls by weekend. From these tables, it can be seen that MDW generally has the most calls with a recorded response, though the last weekend of July had more calls in 2016 and 2018. Additionally, while response times have varied considerably, MDW went from the highest average response time in 2014 to the second lowest in 2015 and finally, the lowest in every year from 2016 to 2018. These findings are further illustrated in Figures 8 and 9, respectively.

**Figure 8. Fire/EMS Call Volume**



**Figure 9. Fire/EMS Response Time**



Figure 8 shows a similar, though slightly different, pattern to the calls for service examination from the CAD data. MDW has a slightly higher call volume from 2011 to 2013, with a peak substantially higher than the target weekends in 2014, before becoming much more similar to other target weekends from 2016 to 2018. This similarity is very important as the data comes from a different source than the CAD data. While similarities in types of calls examined using the CAD data could be attributed to the common dataset, this cannot explain the similarity between the Horry County data and the CAD data.

Figure 9 also contains some notable similarities to Figure 3, the examination of response time from the CAD data. Specifically, the response time is similar to other weekends throughout the 8 year period, but remains consistently low from 2015 to 2018.

**Table 10. Fire/EMS Call Response Volume**

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | *Weekend Avg.* |
|---|---|---|---|---|---|---|---|---|---|
| Easter | 62 | 65 | 58 | 68 | 78 | 68 | 82 | 81 | *70.3* |
| First of May | 44 | 52 | 44 | 82 | 75 | 75 | 86 | 71 | *66.1* |
| Harley | 63 | 70 | 79 | 82 | 66 | 73 | 83 | 84 | *75.0* |
| **MDW** | **114** | **106** | **108** | **163** | **112** | **98** | **112** | **88** | ***112.6*** |
| First of June | 49 | 72 | 57 | 70 | 94 | 76 | 84 | 97 | *74.9* |
| Last of June | 59 | 69 | 84 | 63 | 74 | 79 | 93 | 75 | *74.5* |
| First of July | 79 | 91 | 90 | 98 | 89 | 96 | 95 | 74 | *89.0* |
| Last of July | 84 | 77 | 85 | 70 | 70 | 110 | 85 | 102 | *85.4* |
| First of August | 74 | 87 | 90 | 78 | 77 | 91 | 89 | 86 | *84.0* |
| Labor Day | 74 | 70 | 64 | 72 | 60 | 63 | 73 | 75 | *68.9* |
| *Yearly Avg.* | *70.2* | *75.9* | *75.9* | *84.6* | *79.5* | *82.9* | *88.2* | *83.3* | *80.1* |

**Table 11. Fire/EMS Average Response Time**

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | *Weekend Avg.* |
|---|---|---|---|---|---|---|---|---|---|
| Easter | 445 | 431 | 393 | 335 | 364 | 441 | 397 | 510 | *414.5* |
| First of May | 410 | 361 | 427 | 392 | 336 | 439 | 427 | 456 | *406.0* |
| Harley | 350 | 446 | 346 | 417 | 393 | 465 | 408 | 477 | *412.8* |
| **MDW** | **381** | **419** | **336** | **454** | **343** | **351** | **365** | **365** | ***376.8*** |
| First of June | 339 | 409 | 416 | 363 | 389 | 393 | 484 | 498 | *411.4* |
| Last of June | 382 | 328 | 409 | 440 | 402 | 366 | 451 | 424 | *400.3* |
| First of July | 390 | 415 | 358 | 389 | 418 | 482 | 481 | 531 | *433.0* |
| Last of July | 453 | 411 | 423 | 493 | 428 | 442 | 447 | 534 | *453.9* |
| First of August | 485 | 420 | 455 | 398 | 432 | 471 | 416 | 443 | *440.0* |
| Labor Day | 452 | 384 | 368 | 364 | 433 | 450 | 402 | 496 | *418.7* |
| *Yearly Avg.* | *408.7* | *402.4* | *393.1* | *4045* | *393.8* | *430.0* | *427.8* | *473.4* | *416.7* |

**Conclusions**

Two very important conclusions are drawn from the data analyses. First, from 2011 to 2018, MDW has had an outsized impact on public safety resources compared to other busy weekends in Myrtle Beach. Whether measured through calls for service, motor vehicle collisions, motor vehicle collisions with injury, serious violent crime, serious property crime, or Fire/Rescue responses, MDW had a greater number of public safety activities than the comparison weekends. Second, trend lines for each of these categories of activities suggest that the public safety burden on MDW has been reduced in recent years. Specifically, since the formation of the Bike Week Task Force, MDW has seen decreases in calls for service, motor vehicle collisions, motor vehicle collisions with injury, serious violent crime, and serious property crime. The exact cause of this reduction cannot be determined, as the Bike Week Task Force implemented a number of major changes to the operational plan for MDW, including a restrictive traffic pattern that funnels traffic on Ocean Boulevard past a number of points with a considerable number of law enforcement officers observing vehicular and pedestrian traffic and people. This is a critical point because research has demonstrated that increasing policing activities in specific areas during specific times can reduce crime and improve public safety (often called "hot spots" interventions). While the operational plan for MDW is a lot broader than traditional hot spots interventions, the principle of increasing officer visibility along Ocean Boulevard and funneling traffic past these visible posts is consistent with the idea of directed patrols.

**Additional Concerns**

In addition to our consideration of CAD activities, response times, and Fire/EMS calls, we also evaluated two additional issues regarding MDW: overall traffic volume and zero-tolerance policing.

*Overall Traffic Volume*

To examine overall traffic volume in the city of Myrtle Beach, we examined data from MBPD's automatic license plate readers (ALPRs). Unlike the SC DOT traffic counters examined by Clarke in his expert report which are distributed throughout the Grand Strand region, the ALPRs are located at every major entrance and exit to the city limits of Myrtle Beach (see Appendix B for a list of ALPR locations). The data from Friday through Sunday of the second weekend of Harley week 2018 compared to MDW 2018 demonstrated a large difference in the number of vehicles in the city of Myrtle Beach. ALPRs at the city limits counted 131,604 license plates during the second weekend of Harley Week. The same ALPRs counted 193,238 license plates during MDW.[1] Thus, the number of vehicles in the city limits increased roughly 50% (46.8%) from Harley week to MDW. These numbers are substantially different from the numbers reported by Clarke. One potential explanation for this large discrepancy is the location of the counters. Specifically, one of the SC DOT counters used by Clarke is located near Garden City, SC. Garden City is not part of the City of Myrtle Beach and not included in the lawsuit, however, a substantial number of motorcycles travel through the area during Harley week, which is primarily concentrated south of Myrtle Beach. In fact, when Dr. McLean was observing

---

[1] The counter at Hwy 501 Bypass EB was excluded from both the Harley week and MDW numbers because it was broken and repaired during MDW. However, given the large difference in the total number of vehicles it is extremely unlikely that this would have changed the conclusions presented here. In fact, to believe that this decision impacted the conclusions, one would have to argue that over 60,000 more cars entered the city on 501 Bypass EB during Harley week than during MDW. At no point during Harley Week or MDW did a single entry point register 40,000 license plates.

Harley Week activities there were many traffic problems experienced south of Myrtle Beach in the Garden City area. These same problems were not present when Drs. McLean and Alpert observed traffic patterns during MDW which is concentrated in the City of Myrtle Beach, as well as north of the city limits.

*Zero-Tolerance Policing*

To evaluate the claim that MBPD engages in zero-tolerance policing during MDW, we had observers count the number of enforcement activities MBPD officers engaged in during MDW that did not result in a citation or arrest. That is, the observers counted the number of encounters where officers exercised discretion and did not use "zero-tolerance." This approach was taken because most of these types of incidents do not generate CAD data. Instead of traffic stops, citations, or arrests, these encounters involve officers telling citizens to turn their music down, turn their lights on, stop revving their engines or other orders without taking legal action. While the strategy employed was not perfect, and did not achieve consistent results among observers as many were unable to keep up with officers as they moved throughout their area of responsibility and were even issued warnings for loitering on the sidewalk. Still, their data are important and shown in Table 12. These numbers should be considered underestimates, but are nevertheless proof that enforcement actions that do not result in citations or arrests occur and a zero-tolerance approach is not taken.

**Table 12. Enforcement Actions without Ticket or Arrest**

| Weekend | Actions |
|---|---|
| 29th-26th Ave. N | 49 |
| 25th-21st Ave. N | 35 |
| 19th-16th Ave. N | 67 |
| 13th-9th Ave. N | 139 |
| 9th-5th Ave. N | 200 |
| 5th-2nd Ave. N | 124 |

25

| | |
|---|---|
| 2nd Ave. N-3rd Ave. S | 31 |
| 6th-10th Ave. S | 66 |
| 14th-18th Ave. S | 50 |
| 18th-21st Ave. S | 19 |

**Appendix A. Dates for Reference Weekends**

| Weekend | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|
| Easter | 4/22-4/23 | 4/6-4/7 | 3/29-3/30 | 4/18-4/19 | 4/3-4/4 | 3/25-3/26 | 4/14-4/15 | 3/30-3/31 |
| First of May | 5/6-5/7 | 5/4-5/5 | 5/3-5/4 | 5/2-5/3 | 5/1-5/2 | 5/6-5/7 | 5/5-5/6 | 5/4-5/5 |
| Harley | 5/20-5/21 | 5/18-5/19 | 5/17-5/18 | 5/16-5/17 | 5/15-5/16 | 5/20-5/21 | 5/19-5/20 | 5/18-5/19 |
| MDW | 5/27-5/28 | 5/25-5/26 | 5/24-5/25 | 5/23-5/24 | 5/22-5/23 | 5/27-5/28 | 5/26-5/27 | 5/25-5/26 |
| First of June | 6/3-6/4 | 6/1-6/2 | 5/31-6/1 | 6/6-6/7 | 6/5-6/6 | 6/3-6/4 | 6/2-6/3 | 6/1-6/2 |
| Last of June | 6/24-6/25 | 6/29-6/30 | 6/28-6/29 | 6/27-6/28 | 6/26-6/27 | 6/24-6/25 | 6/30-7/1 | 6/29-6/30 |
| First of July | 7/1-7/2 | 7/6-7/7 | 7/5-7/6 | 7/4-7/5 | 7/3-7/4 | 7/1-7/2 | 7/7-7/8 | 7/6-7/7 |
| Last of July | 7/29-7/30 | 7/27-7/28 | 7/26-7/27 | 7/25-7/26 | 7/31-8/1 | 7/29-7/30 | 7/28-7/29 | 7/27-7/28 |
| First of August | 8/5-8/6 | 8/3-8/4 | 8/2-8/3 | 8/1-8/2 | 8/7-8/8 | 8/5-8/6 | 8/4-8/5 | 8/3-8/4 |
| Labor Day | 9/2-9/3 | 8/31-9/1 | 8/30-8/31 | 8/29-8/30 | 9/4-9/5 | 9/2-9/3 | 9/1-9/2 | 8/31-9/1 |

**Exhibits Used**

DEF00025052
DEF00025053
DEF00025057
DEF00025058
DEF00025060
DEF00025063
DEF00003964
DEF00003965
DEF00003969
DEF00003970
DEF00003972
DEF00008154
DEF00008158
DEF00008159
DEF00008160
DEF00008161
DEF00014774
DEF00014775
DEF00014779
DEF00014780
DEF00014782
DEF00014785
DEF00045133
DEF00045134
DEF00045138
DEF00045139
DEF00045141
DEF00045144
DEF00056233
DEF00056237
DEF00056238
DEF00056239
DEF00056240
DEF00056243
DEF00061868
DEF00061869
DEF00061873
DEF00061874
DEF00061876
DEF00061879
2018 CAD DATA 1ST 6.xls
2018 CAD DATA 2nd 6.xls
FR Average Times for MB 2011.xls
FR Average Times for MB 2012.xls

FR Average Times for MB 2013.xls
FR Average Times for MB 2014.xls
FR Average Times for MB 2015.xls
FR Average Times for MB 2016.xls
FR Average Times for MB 2017.xls
FR Average Times for MB 2018.xls


Geoffrey Alpert, Ph.D.


Kyle McLean, Ph.D.