IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC. by and through its MYRTLE BEACH BRANCH, HARRY BRIGGS, NOVICE BRIGGS, KENNETH COLEMAN, SIMUEL JONES, TYRONE KINARD, WILLIAM LASSITER, CEDRIC STEVENSON, and LESLIE STEVENSON,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF MYRTLE BEACH, a municipal corporation within the State of South Carolina, and CITY OF MYRTLE BEACH POLICE DEPARTMENT, a department of the City of Myrtle Beach,<br><br>    Defendants. | Civil Action No. 4:18-cv-00554-MGL<br><br><br>**EIGHTH AMENDED SCHEDULING ORDER** |

   Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.

1.   Motions in limine must be filed no later than **November 19, 2019**.  Written responses are due seven (7) days thereafter.

2.   No later than **November 5, 2019** the parties shall file and exchange Fed.R.Civ.P. 26(a)(3) pretrial disclosures.  Within fourteen (14) days thereafter, a party shall file and exchange Fed.R.Civ.P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed.R.Civ.P. 32(a)(6).

3.   Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury selection (Local Civil Rule 26.05).  Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits.  See Local Civil Rule 26.07.

4.      This case is subject to being called for jury selection and/or trial on or after **January 27, 2020**.


                                                s/Mary Geiger Lewis
                                                MARY GEIGER LEWIS
                                                UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 16, 2019