# EXHIBIT

# 7

```
 1                UNITED STATES DISTRICT COURT
                   DISTRICT OF SOUTH CAROLINA
 2                      FLORENCE DIVISION

 3   NATIONAL ASSOCIATION FOR THE
     ADVANCEMENT OF COLORED PEOPLE,
 4   INC. BY AND THROUGH ITS MYRTLE
     BEACH BRANCH, SIMUEL JONES,
 5   LESLIE STEVENSON, AND CEDRIC STEVENSON,

 6              Plaintiffs,

 7        vs.              CASE NO. 4:18-CV-005540-MGL

 8   CITY OF MYRTLE BEACH, A MUNICIPAL
     CORPORATION WITHIN THE STATE OF
 9   SOUTH CAROLINA AND CITY OF
     MYRTLE BEACH POLICE DEPARTMENT,
10   A DEPARTMENT OF THE CITY OF MYRTLE BEACH,

11              Defendants.

12   DEPOSITION OF:    JAKE EVANS

13   DATE:             November 5, 2018

14   TIME:             9:07 a.m.

15   LOCATION:         BATTLE LAW FIRM
                       1200 Main Street
16                     Conway, SC

17   TAKEN BY:         Counsel for the Defendants

18   REPORTED BY:      Lauren A. Balogh, Court Reporter
     _____
19
             A. WILLIAM ROBERTS, JR., & ASSOCIATES
20
                   Fast, Accurate & Friendly
21
      Charleston, SC    Hilton Head, SC  Myrtle Beach, SC
22    (843) 722-8414    (843) 785-3263    (843) 839-3376

23    Columbia, SC      Greenville, SC    Charlotte, NC
      (803) 731-5224    (864) 234-7030    (704) 573-3919
24
                       Asheville, NC
25                     (828) 123-9876
```

National Assc Advancement of Colored People vs.  Jake Evans
City of Myrtle Beach, et al.  November 05, 2018

13

1        A.    Yes, I was a city council member before
2   I became mayor.
3        Q.    And how long were you a council member?
4        A.    From 2004 to 2012 maybe.
5        Q.    Okay.  And do you own any businesses in
6   Atlantic Beach?
7        A.    Yes.
8        Q.    Okay.  Tell me what those businesses
9   are.
10       A.    Evans Motel.
11       Q.    Okay.  And how many rooms does Evans
12  Motel have?
13       A.    14.
14       Q.    Okay.
15       A.    And I'm not the sole owner of Evans
16  Motel.
17       Q.    Okay.
18       A.    It's owned by me and my family, my
19  brothers and sisters and my mother.
20       Q.    Okay.
21       A.    Family owned.
22       Q.    I've got you.
23             Are you the -- kind of like the
24  property manager or --
25       A.    Yes.

National Assc Advancement of Colored People vs.　　　　　　　　　　Jake Evans
City of Myrtle Beach, et al.　　　　　　　　　　　　　　　November 05, 2018

14

1　　　　Q.　I've got you.  All right.

2　　　　　　So I guess it's safe to say you have a

3　lot of experience with Atlantic Beach; you're very

4　familiar with that community?

5　　　　A.　Yes.

6　　　　Q.　Okay.  Tell me about Atlantic Beach

7　Bike Week or tell me, what do you call it?  It's a

8　motorcycle event over Memorial weekend.  What do

9　you call it?

10　　　　A.　Well, it was the Atlantic Beach Bike

11　Fest, and now it's called the Atlantic Beach

12　Cultural Heritage Festival and Bike Fest.

13　　　　Q.　Okay.  And so for this deposition do

14　you want to call it Atlantic Beach Bike Fest?

15　　　　A.　You can.

16　　　　Q.　Okay.

17　　　　A.　It's fine with me.

18　　　　Q.　Okay.  So how long -- how long has this

19　been -- has this event been going on in Atlantic

20　Beach?

21　　　　A.　1980 was the first Bike Fest.

22　　　　Q.　Okay.  And how do you remember that?

23　　　　A.　I remember it.  It was a very small

24　event.  We did have a parade.  And it was just

25　something put into place to try to bring business

National Assc Advancement of Colored People vs.  
City of Myrtle Beach, et al.

Jake Evans  
November 05, 2018

15

```
 1   to Atlantic Beach.
 2         Q.   Okay.  And so since from 1980 to, you
 3   know, 2018 -- and no reason to believe there's not
 4   going to be one in 2019; is that fair to say?
 5         A.   That's fair to say.
 6         Q.   Okay.  Tell me -- so tell me like how
 7   -- it was a small gathering in the beginning in
 8   1980?
 9         A.   Yes.
10         Q.   Tell me how it's changed over the
11   years.
12         A.   The crowds are larger, and, of course,
13   that's what we wanted.  I mean, of course we
14   started with it to try to bring more people to
15   Atlantic Beach, and over the years it grew to
16   actually what we wanted it to become.
17         Q.   Sure.  I've got you.
18              And so Memorial weekend comes and what
19   is -- so like was it -- how did the crowd size
20   change?  Like was it each year grew a little bit
21   bigger or was there -- go ahead.
22         A.   Yes, every year it's just more and more
23   people came.
24         Q.   I've got you.
25         A.   Just people came and enjoyed it, and
```

National Assc Advancement of Colored People vs.  Jake Evans
City of Myrtle Beach, et al.  November 05, 2018

16

1  the word got out.  Just more and more people came.

2        Q.   Okay.  And when people come to Atlantic

3  Beach Bike Fest, like what do they do?

4        A.   We -- it's more of a situation where we

5  sell vendor permits, and vendors come in and --

6  food vendors, T-shirts, clothing, women's purses.

7  It's set up that way, as a festival that way.

8        Q.   Okay.  Are there -- is there a lot of

9  pedestrian traffic as well?

10       A.   Yes.  Music.  A lot of pedestrian

11 traffic, yes.

12       Q.   Right.

13       A.   As a matter of fact, now, and it's been

14 going on for several years, that the main street is

15 not open to vehicles.  I think they do allow

16 motorcycles and pedestrian traffic, is all that's

17 allowed on the main street where the vendors are

18 set up.

19       Q.   I've got you.  Okay.

20            So what is the -- what is the vibe or

21 -- when you go into this event, like what is it --

22 what's something that someone else would be able to

23 recognize the event is like?  Does that make sense?

24 Like -- okay.  So you have festivals, you have

25 carnivals, you have, you know, different types of

National Assc Advancement of Colored People vs.  
City of Myrtle Beach, et al.  
Jake Evans  
November 05, 2018  
17

1   events promoted by a town.  What do you feel like

2   Atlantic Beach Bike Fest is like, like a

3   comparison?

4         A.   Comparison.  I mean, I don't know what

5   to compare it to.  It's unique in its own way.

6   Atlantic Beach is a very small town.  And of

7   course, I think most people know that -- why

8   Atlantic Beach exists and why it's there and pretty

9   much why this festival started.  If you go back to

10  the 1960s where African-Americans, if they came to

11  the Grand Strand, they had no choice but to go to

12  Atlantic Beach --

13        Q.   Right.

14        A.   -- until the late '60s, early '70s.

15  And after the African-Americans were able to

16  venture out and go other places, of course they did

17  that.  And we wanted to keep as many of them coming

18  to Atlantic Beach as we could, so we were thinking

19  of things and ways and festivals to get started to,

20  you know, bring people back to Atlantic Beach, and

21  this motorcycle festival was the main thing we

22  started that got people to actually come back.  And

23  when they come back it's -- it's a reminder of what

24  Atlantic Beach was back during the '60s when they

25  weren't able to go anywhere else.  It was just

National Assc Advancement of Colored People vs.  
City of Myrtle Beach, et al.

Jake Evans  
November 05, 2018

18

1  flooded with people, music, dancing.  Actually
2  concerts.  Bike shows or motorcycle shows where
3  they pick the best-looking bike and things like
4  that.  And people just congregating and -- and
5  having a good time and kind of reminding themselves
6  of the past and what Atlantic Beach was back in
7  those days.
8        Q.    Sure.
9              What is kind of the age range of people
10 that are in Atlantic Beach for this event?
11       A.    In Atlantic Beach, I would think most
12 people are at least 30 or above.  We do have some
13 younger, but the crowds are mostly people who are
14 -- range from the mid 30s on up.
15       Q.    Right.
16             Are there a lot of families?
17       A.    There's a few families, quite a few
18 families, yes.
19       Q.    Right. Okay.
20             And do you have a lot of repeat people
21 coming back year after year?
22       A.    We do.  Actually even the motel I
23 manage there, Evans Motel, pretty much we've had
24 the same people in the motel since almost from the
25 very beginning.

National Assc Advancement of Colored People vs.  
City of Myrtle Beach, et al.

Jake Evans  
November 05, 2018

19

```
 1        Q.    Right.
 2        A.    Yeah.
 3        Q.    Okay.  And how long has Evans Motel
 4   been open?
 5        A.    The early 1960s.
 6        Q.    Okay.  That's a long time.
 7        A.    Yeah.
 8        Q.    And you said the name had changed and
 9   added the phrase "cultural event"?
10        A.    Yes.
11        Q.    Tell me what Atlantic Beach does or
12   what was the reason for that change.
13        A.    The very first year that I was mayor
14   there was an incident that occurred in Myrtle
15   Beach, and it wasn't -- as a matter of fact, there
16   was some criminal activity where some people
17   actually were shot and I think maybe a couple of
18   them even killed.  And of course, the governor of
19   the state got whiff of that, and she actually came
20   to one of the council meetings in the Town of
21   Atlantic Beach.  And of course, I want to say
22   discussion, it wasn't a discussion; it was just us
23   as mayor and town council hearing her opinion of
24   the events and what she would like to see in the
25   future as far as the event.
```

National Assc Advancement of Colored People vs.  
City of Myrtle Beach, et al.  
Jake Evans  
November 05, 2018  
47

1  CERTIFICATE OF REPORTER

2

3      I, Lauren A. Balogh, Court Reporter and

4  Notary Public for the State of South Carolina at

5  Large, do hereby certify that the foregoing

6  transcript is a true, accurate, and complete

7  record.

8      I further certify that I am neither

9  related to nor counsel for any party to the cause

10 pending or interested in the events thereof.

11     Witness my hand, I have hereunto

12 affixed my official seal this 7th day of November,

13 2018 at Murrells Inlet, Horry County, South

14 Carolina.

15

16

17

18

19

20

21

22



23 _____
   Lauren A. Balogh
24 My Commission expires
   April 13, 2020

25