# EXHIBIT

# 46

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MYRTLE BEACH, *et al.*,<br><br>Defendants. | Civil Action No. 4:18-cv-00554-MGL |

## DECLARATION OF JENNIFER WILLIS

I, Jennifer Willis, hereby state as follows:

1. I am over the age of eighteen and am competent to make this Declaration. I have personal knowledge of the matters set forth herein.

2. I am a resident of Myrtle Beach, South Carolina and live near 67th Avenue North in the Golden Mile. I moved to Myrtle Beach two-and-a-half years ago. I am white.

3. As a year-round resident of Myrtle Beach, I have observed both Black Bike Week and Harley Week, as well as other large events in Myrtle Beach.

4. When I moved to Myrtle Beach, I was shocked by the difference in the City's treatment of Black Bike Week as compared to Harley Week.

5. Based on my experience of events in Myrtle Beach, the only explanation for the extreme difference in treatment of Black Bike Week as compared to any other large event is the race of Black Bike Week attendees. Black Bike Week is the only time of year where the majority of visitors are African American.

6. For example, during Harley Week, the visitors are mostly white.

1

7. Harley Week visitors are able to do everything that anyone would normally do on vacation. I have not witnessed any changes in policing or traffic regulations during Harley Week.

8. When Black Bike Week occurs shortly after Harley Week, barricades and "No Thru Traffic" signs are brought in. Side streets are closed off and Ocean Boulevard is limited to one-way traffic. Restaurants close. The City changes dramatically in response to Black Bike Week.

9. There is a drastic increase in the number of police officers present during Black Bike Week, including many officers who are brought in from outside of South Carolina.

10. One night during Black Bike Week in 2017, I needed to go to the grocery store. I tried to go to Walmart, but it was completely barricaded. There were police officers standing in front of the store.

11. While outside of the Walmart, I spoke with two police officers near the barricades. Both officers were brought in from outside of South Carolina. I explained my observations of the unfair treatment of visitors during Black Bike Week, compared to the treatment of visitors during Harley Week. The out-of-town officers were unaware of the differences in treatment and seemed upset to learn about them. This experience caused me to call the NAACP regarding the discriminatory treatment of visitors who come to Myrtle Beach for Black Bike Week.

12. The traffic loop during Black Bike Week is used like a cage for animals. The crowd is corralled by the barricades of the loop and people are not able to move about freely. The loop is a way of controlling and watching visitors during Black Bike Week. I find this to be very troubling.

13. In my experience, the traffic loop makes traffic worse.

PL_032713

14. I believe that side streets are closed off because many rich white people do not want Black bikers on their streets. These residents do not care about bikers on their streets during Harley Week. I have been upset by the discriminatory ways in which some Myrtle Beach residents talk about Black Bike Week visitors.

15. The City of Myrtle Beach also engages in discrimination by implementing road closures, one-way traffic on Ocean Boulevard, the traffic loop, and by not allowing Black Bike Week visitors to move freely through the City. This is furthered by the number of law enforcement officers on the street whose presence feels almost military in nature.

16. There are many other large events in Myrtle Beach and none of those events involve the restrictions that are put in place during Black Bike Week.

17. I have not observed differences between the behavior of the crowd during Black Bike Week and the crowds during other large events in Myrtle Beach. The difference that sticks out is in how the City treats the visitors.

18. The Black Bike Week visitors whom I have observed are people who work hard in their communities. They come Myrtle Beach to be with each other under a common interest.

19. I believe that the treatment of visitors during Black Bike Week is nothing more than Southern white racism in its finest form.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED WITHIN THE UNITED STATES ON: October 30, 2018.

BY: *Jennifer Willis*
Jennifer Willis

3