IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., *et al.*, | Civil Action No. 4:18-cv-00554-SAL |
| Plaintiffs, | **ELEVENTH AMENDED SCHEDULING ORDER** |
| v. | |
| CITY OF MYRTLE BEACH, *et al.*, | |
| Defendants. | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.

1. The Parties shall meet and confer on Motions in Limine by **September 18, 2020**.

2. The Parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures by **September 25, 2020**.

3. The Parties shall exchange copies of physical exhibits by **October 2, 2020**.

4. On **October 5, 2020**, Pretrial Briefs are due. Pretrial Briefs are expected to be e-mailed in **MS WORD format** to lydon_ecf@scd.uscourts.gov in accordance with Rule 26.05 of the Local Rules.

5. On **October 5, 2020**, all **Requests to Charge, Requests for Voir Dire, and Proposed Verdict Forms** shall be submitted **JOINTLY** to the Court by email to lydon_ecf@scd.uscourts.gov in **MS WORD format**. Joint Requests for Voir Dire must include a **joint** list of witnesses along with their addresses as well as the occupation of each witness. **These documents shall not be filed.**

6. On **October 6, 2020**, the list of jurors will be available in CM/ECF. The Court will submit written interrogatories to the jury venire. **THESE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION.**

7. On **October 6, 2020**, copies of the responses to the written interrogatories submitted to the jury venire will be available for review in CM/ECF. Attorneys and parties are

advised that they must file a "Juror Questionnaire & List Request" form in the appropriate case via CM/ECF using the *Certification -Juror Questionnaire and List Request* event, found under Other Filings -Trial Documents to obtain access to the questionnaires. You may obtain the form from the Jury Administrator at the Clerk's Office or from the Court's Internet site at https://www.scd/uscourts.gov.

8. By **October 9, 2020 at 12:00 p.m.**, all **Strikes for Cause** must be submitted **JOINTLY** by email to the Clerk's Office at filingdocs_ecf_flor@scd.uscourts.gov and to chambers at lydon_ecf@scd.uscourts.gov. Judge Lydon's Joint Strikes for Cause form is located on the Court's website under Forms-Jury. Please list all joint strikes as well as a list of strikes not agreed upon.

9. Motions in Limine must be filed by **October 9, 2020**. Written responses are due by **October 16, 2020**. Written replies to responses, if any, are due **by October 23, 2020**.

10. This case is subject being called for jury selection on **October 13, 2020**.

11. A party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6) by **October 30, 2020**.

12. The Parties shall exchange and mark exhibits by **November 6, 2020**.

13. The Parties shall file a final exhibit list with objections by **November 13, 2020**.

14. This case is subject to being called for trial on **November 30, 2020**.

Date: August 27, 2020
Columbia, South Carolina

s/ *Sherri A. Lydon*
Hon. Sherri A. Lydon
United States District Judge

2