# UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA FLORENCE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MYRTLE BEACH, *et al.*, <br><br> Defendants. | Civil Action No. 4:18-cv-00554-SAL <br><br> **DEFENDANTS' DAUBERT MOTION TO EXCLUDE EXPERT TESTIMONY OF CHARLES A. GALLAGHER** |

Pursuant to Federal Rule of Evidence 401, 701, 702 , *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S. Ct. 2786, 125 L. Ed. 2d 469 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999), Defendants move to exclude the expert testimony of Charles A. Gallagher. The motion is made on the grounds that Dr. Gallagher's opinions are not relevant to the probative factors of the present case's legal discriminatory intent requirements and his opinions would not aid the jury in understanding the law or the facts pertinent to this case. Further, Dr. Gallagher's methodologies for reaching his conclusions are not reliable. The motion is supported by the attached memorandum and exhibits 1-4.

                                                              _s/*Michael W. Battle*_____
                                                              Michael W. Battle Fed ID # 1243
                                                              (mbattle@battlelawsc.com)
                                                              James R. Battle Fed ID #10221
                                                              (jbattle@battlelawsc.com)
                                                              Battle Law Firm, LLC
                                                              Attorneys for Defendants

November 9, 2020